**FILED**
CLERK, U.S. DISTRICT COURT

07/17/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DM___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ABDALLAH OSSEILY,<br>  aka "Abu,"<br>NASSIM ESSAYLI,<br>  aka "Nass,"<br>ADAM ESSAYLI,<br>IBRAHIM NASRALLAH,<br>  aka "Bob,"<br>  aka "Ibrahim Masrallah,"<br>SHANE MYBURGH,<br>ANTHONY MCCLENNEN,<br>  aka "Tony,"<br>REED AUSTIN GOODFRIEND,<br>MELCHOR ANDRE YAP PUNO,<br>  aka "Andre,"<br>  aka "Andrew,"<br>RICHARD MCCLELLEN,<br>  aka "Richie,"<br>MICHAEL DWYER,<br>  aka "Mike,"<br>SHELBY HAYS,<br>  aka "Shelby Texas," and<br>BASSAM KHALIL ESSAYLI,<br><br>        Defendants. | SA<br>No. CR 19-117(A)-JAK<br><br>F I R S T<br>S U P E R S E D I N G<br>I N D I C T M E N T<br><br>[18 U.S.C. § 1349: Conspiracy to<br>Commit Mail Fraud and Wire Fraud;<br>18 U.S.C. § 1341: Mail Fraud; 18<br>U.S.C. § 1343: Wire Fraud; 18<br>U.S.C. § 1028A(a)(1): Aggravated<br>Identity Theft; 18 U.S.C.<br>§ 1344(1): Bank Fraud and<br>Attempted Bank Fraud; 26 U.S.C.<br>§ 7206(1): Subscribing to a False<br>Tax Return; 18 U.S.C. § 1425(a):<br>Attempted Unlawful Procurement of<br>Naturalization; 18 U.S.C.<br>§ 1015(a): False Statement in<br>Immigration Proceeding; 18 U.S.C.<br>§§ 981, 982, and 1028, 26 U.S.C.<br>§ 7301, and 28 U.S.C. § 2461(c):<br>Criminal Forfeiture] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1349]

A. INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1. U.S. Retailer 1 was a retail corporation headquartered in a state other than California with more than 1,800 stores in the United States and approximately 360,000 employees.

U.S. Retailer 1's Discounts

2. U.S. Retailer 1 offered various discounts to its employees and customers, including the following:

a. The Team Member Discount: U.S. Retailer 1 offered current and retired employees (and their dependents) a 10% discount off U.S. Retailer 1 merchandise, which U.S. Retailer 1 called the Team Member discount. Employees could show their eligibility for the Team Member discount in various ways. For example, they could present their physical Team Member Discount Cards or provide their eight-digit Team Member numbers at the checkout register. Each current employee had a unique Team Member number, while all retired employees used the same Team Member number, ending in 6800. In 2017, U.S. Retailer 1 began allowing employees to show their eligibility for the Team Member discount by loading their Team Member numbers into U.S. Retailer 1's mobile phone application and scanning a barcode from that application at the checkout register.

b. Wedding and Baby Registry Discounts: U.S. Retailer 1 allowed customers to create wedding and baby registries. To create a wedding or baby registry, customers had to provide basic information, including the customer's name, email address, and the wedding date or

2

anticipated birth/adoption date.  After creating the registry, the customer could add merchandise to it.  U.S. Retailer 1 offered various discounts related to these registries.  For example, U.S. Retailer 1 offered customers a 15% discount off registry items that had not been purchased within a certain time of the wedding date or anticipated birth/adoption date.

c.   Flat-Rate Discounts: U.S. Retailer 1 offered customers flat-rate discounts, including $5, $10, $15, and $20 coupons, and 5% off and 10% off coupons.  According to information printed on the coupons, customers could use each flat-rate discount one time only during a single transaction.

d.   The Military Discount: U.S. Retailer 1 offered active and former United States military servicemembers (and their dependents) a 10% discount off U.S. Retailer 1 merchandise around Veterans' Day.  Servicemembers could get the military discount by requesting a coupon in advance, or by simply identifying themselves as a servicemember at the checkout register.  U.S. Retailer 1 instructed its employees, in writing, to "take the guest's word that they are military personnel," instead of asking for military identification.

e.   The Birthday Discount: U.S. Retailer 1 offered customers 5% discounts off items purchased on their birthdays. Customers could get the birthday discount by providing basic information to U.S. Retailer 1, including their name, email address, and birthday.  U.S. Retailer 1 would email birthday coupons to customers on their birthdays.

f.   Rain Check Discounts: U.S. Retailer 1 issued physical rain check coupons to customers when on-sale items were out of stock.

1   Rain check coupons allowed customers to buy the out-of-stock items or
2   certain substitute items on future dates at the sale price, even if
3   the sale had expired.

4   Returns of Merchandise Purchased with the Team Member Discount

5   3.   U.S. Retailer 1 generally allowed customers to return
6   unused and unopened items within 90 days of purchase for a full
7   refund of the purchase price.  At times, however, U.S. Retailer 1's
8   systems generated incorrect refunds.  For example, for same-day
9   returns of items purchased with the Team Member discount, U.S.
10  Retailer 1 would issue a refund at the full retail price -- instead
11  of the full retail price less the Team Member discount -- which would
12  result in a refund greater than the purchase price.

13  U.S. Retailer 1's Loyalty Program and Mobile Phone Application

14  4.   U.S. Retailer 1 offered a loyalty program.  Customers could
15  create a loyalty program account ("Loyalty Account") by providing
16  basic information to U.S. Retailer 1, including their name and email
17  address, and creating an account password.

18  5.   Customers could create a Loyalty Account or access an
19  existing Loyalty Account through U.S. Retailer 1's mobile phone
20  application (the "App").  Customers could upload discounts, coupons,
21  and forms of payment -- including credit cards and U.S. Retailer 1
22  gift cards -- to the "Wallet" feature on the App.  Customers could
23  buy items, and apply discounts and coupons to these purchases, by
24  scanning the digital barcode from the Wallet at the checkout
25  register.  Multiple people could access and use the same Loyalty
26  Account from different mobile phones provided they had the account
27  email address and password.

28

B.   THE OBJECT OF THE CONSPIRACY

6.   Beginning on a date unknown to the Grand Jury, but no later than July 5, 2014, and continuing through at least on or about March 25, 2020, in Los Angeles, Orange, Riverside, San Bernardino, and Ventura Counties, within the Central District of California, and elsewhere, defendants ABDALLAH OSSEILY, also known as ("aka") "Abu," NASSIM ESSAYLI, aka "Nass," ADAM ESSAYLI, IBRAHIM NASRALLAH, aka "Bob" and "Ibrahim Masrallah," SHANE MYBURGH, ANTHONY MCCLENNEN, aka "Tony," REED AUSTIN GOODFRIEND, MELCHOR ANDRE YAP PUNO, aka "Andre" and "Andrew," RICHARD MCCLELLEN, aka "Richie," MICHAEL DWYER, aka "Mike," SHELBY HAYS, aka "Shelby Texas," and BASSAM KHALIL ESSAYLI ("B.K. ESSAYLI"), together with others known and unknown to the Grand Jury, knowingly conspired to commit mail fraud, in violation of Title 18, United States Code, Section 1341, and wire fraud, in violation of Title 18 United States Code, Section 1343.

C.   THE MANNER AND MEANS OF THE CONSPIRACY

7.   The objects of the conspiracy were to be carried out, and were carried out, in substance as follows:

Overview

a.   Defendant OSSEILY and co-conspirators acting at his direction -- including defendants NASSIM ESSAYLI, ADAM ESSAYLI, NASRALLH, MYBURGH, ANTHONY MCCLENNEN, GOODFRIEND, PUNO, RICHARD MCCLENNEN, DWYER, and HAYS (together, the "DEFENDANT-BUYERS") -- would buy millions of dollars of merchandise from U.S. Retailer 1's stores across the United States, which defendant OSSEILY would then resell for a profit.

b.   The profitability of this scheme depended, in large part, on the following two factors: (i) the amount of credit

1  defendant OSSEILY could obtain from financial institutions with which
2  to buy U.S. Retailer 1 merchandise; and (ii) the discounts defendant
3  OSSEILY and the DEFENDANT-BUYERS could apply toward the purchase of
4  this merchandise.

5       Credit Acquisition

6         c.   To obtain credit from financial institutions,
7  defendant OSSEILY would apply for loans, credit cards, and increased
8  credit card spending limits, both in his own name and the names of
9  his wholesale electronics businesses, Simple Marketing Solutions and
10  Extra Solutions Inc. ("Extra Solutions").

11         d.   To improve his chances of being approved for these
12  loans, credit cards, and increased credit card spending limits,
13  defendant OSSEILY would provide false information to financial
14  institutions.  For example, defendant OSSEILY would (i) report to
15  financial institutions higher personal and business income than he
16  reported to the Internal Revenue Service (the "IRS"); and (ii)
17  provide financial institutions with falsified tax returns.

18       Use of Credit to Purchase U.S. Retailer 1 Gift Cards

19         e.   Defendant OSSEILY would add co-conspirators --
20  including defendants NASSIM ESSAYLI, ADAM ESSAYLI, NASRALLAH, and
21  MYBURGH, and Co-Conspirator 2 ("CC-2") and Co-Conspirator 3 ("CC-3"),
22  whose identities are known to the Grand Jury -- as authorized users
23  of his credit accounts.  Defendant OSSEILY, codefendants, and co-
24  conspirators would then use the credit OSSEILY obtained from
25  financial institutions to buy large quantities of U.S. Retailer 1
26  gift cards.

27         f.   Defendant OSSEILY and co-conspirators -- including
28  defendants NASSIM ESSAYLI, ADAM ESSAYLI, and NASRALLAH -- would also

1  buy large quantities of U.S. Retailer 1 gift cards with credit

2  supplied by Co-Conspirator 1 ("CC-1"), whose identity is known to the

3  Grand Jury.

4      The Purchasing Trips

5          g.    Defendant OSSEILY and the DEFENDANT-BUYERS, acting at

6  defendant OSSEILY's direction, would travel to hundreds of U.S.

7  Retailer 1 stores across the United States, where they would use

8  these gift cards to buy millions of dollars of U.S. Retailer 1

9  merchandise -- most frequently electronics.

10         h.    During these purchasing trips, defendant OSSEILY would

11 issue directives to the DEFENDANT-BUYERS, often by text message

12 through the messaging application, "WhatsApp."  For example,

13 defendant OSSEILY would tell the DEFENDANT-BUYERS which U.S. Retailer

14 1 stores to visit, what merchandise to buy, what discounts and

15 coupons to apply to those purchases, when and how to ship the U.S.

16 Retailer 1 merchandise to him, and what to do if they were "flagged"

17 by U.S. Retailer 1 -- that is, if U.S. Retailer 1 staff discovered

18 their misconduct or began to monitor them.

19         i.    During these purchasing trips, defendant OSSEILY would

20 provide purchasing money to the DEFENDANT-BUYERS by adding gift cards

21 to Loyalty Accounts that defendant OSSEILY and particular DEFENDANT-

22 BUYERS could jointly access.

23         j.    During these purchasing trips, as described in the

24 subparagraphs below, defendant OSSEILY and the DEFENDANT-BUYERS would

25 buy U.S. Retailer 1 merchandise at reduced prices through the

26 fraudulent use and manipulation of the following U.S. Retailer 1

27 discounts, and by engaging in refund fraud.

28

   i. The Team Member Discount: Defendant OSSEILY and the DEFENDANT-BUYERS, acting at defendant OSSEILY's direction, would purchase U.S. Retailer 1 merchandise using the Team Member discount even though neither defendant OSSEILY nor any of the DEFENDANT-BUYERS were current or retired employees (or dependents of U.S. Retailer 1 employees) and, therefore, were not eligible for the Team Member discount.  To use the Team Member discount, defendant OSSEILY and co-conspirators would improperly obtain Team Member Discount Cards belonging to U.S. Retailer 1 employees and create counterfeit Team Member Discount Cards.  They would also acquire Team Member numbers belonging to current U.S. Retailer 1 employees and the retired Team Member number, and then upload those numbers to Loyalty Accounts they used to buy U.S. Retailer 1 merchandise.

   ii. Wedding and Baby Registry Discounts: In addition to the Team Member discount, defendant OSSEILY and co-conspirators acting at his direction -- including defendants NASSIM ESSAYLI, ADAM ESSAYLI, NASRALLAH, and MYBURGH -- would purchase U.S. Retailer 1 merchandise at reduced prices through the use of wedding and baby registry discounts they obtained by providing false information to U.S. Retailer 1, namely, false names, false wedding dates, and false anticipated birth/adoption dates.  Defendant OSSEILY would also purchase large quantities of registry discount coupons from co-conspirators -- including defendant MYBURGH, defendant BESSAM KHALIL ESSAYLI and Co-Conspirator 5 ("CC-5"), whose identity is known to the Grand Jury -- which were also acquired in the same fraudulent manner.

   iii. Flat-Rate Discounts: Defendant OSSEILY and co-conspirators acting at his direction -- including defendant NASSIM ESSAYLI, defendant NASRALLAH, and Co-Conspirator 4 ("CC-4"), whose

identity is known to the Grand Jury -- would scan single-use flat-rate coupons numerous times at self-checkout registers to obtain gaming gift cards at substantially reduced prices.  For example, during a single transaction in April 2017, defendant NASSIM ESSAYLI scanned a $10 flat-rate coupon 90 times at a self-checkout register to buy $920 worth of gaming gift cards for $20.

iv.   The Military Discount: Defendants OSSEILY, NASSIM ESSAYLI, and NASRALLAH would conspire to use and use the military discount, even though they were not current or former military servicemembers and, therefore, not eligible to use the military discount.

v.   The Birthday Discount: Defendant OSSEILY and co-conspirators would purchase U.S. Retailer 1 merchandise at reduced prices using birthday discounts they obtained by providing false information to U.S. Retailer 1, namely, false names and false dates of birth.

vi.   Rain Check Discounts: Defendant OSSEILY and co-conspirators would acquire large quantities of rain check coupons, which they would share amongst themselves and use to purchase U.S. Retailer 1 merchandise -- including ineligible electronics items -- at reduced prices.

vii. Refund Fraud: In addition to buying U.S. Retailer 1 merchandise at reduced prices through the fraudulent use and manipulation of discounts, defendant OSSEILY and co-conspirators acting at his direction -- including defendants NASSIM ESSAYLI, ADAM ESSAYLI, ANTHONY MCCLENNEN, GOODFRIEND, PUNO, RICHARD MCCLELLEN, DWYER, and HAYS -- would profit from refund fraud.  These defendants would purchase U.S. Retailer 1 merchandise with the Team

1   Member discount and then return the merchandise to the same U.S.
2   Retailer 1 store on the same day.  Because the Team Member discount
3   was applied to the purchase price but not deducted from the refund
4   amount, the refunds defendants received from these returns exceeded
5   the purchase prices the defendants paid for the returned merchandise.
6   Defendant OSSEILY would direct co-conspirators to add the illicit
7   profits from these returns to Loyalty Accounts so that they could be
8   used to buy additional merchandise, and defendants OSSEILY and NASSIM
9   ESSAYLI would instruct co-conspirators to conduct returns in a manner
10  designed to prevent detection of the scheme.

11        k.    During the purchasing trips, at defendant OSSEILY's
12  direction, the DEFENDANT-BUYERS would send defendant OSSEILY
13  photographs of U.S. Retailer 1 receipts showing the merchandise they
14  purchased, the discounts applied to those purchase, and the profits
15  from the returns.

16        Post-Purchasing Trip Conduct

17        l.    After the purchasing trips, defendant OSSEILY would
18  direct the DEFENDANT-BUYERS to ship the U.S. Retailer 1 merchandise
19  to his residence in Irvine, California or to Los Angeles
20  International Airport ("LAX").

21        m.    Defendant OSSEILY would resell the U.S. Retailer 1
22  merchandise to third-parties for a profit.

23        n.    Defendant OSSEILY would pay the DEFENDANT-BUYERS for
24  their services in carrying out the scheme.

25        o.    Defendant OSSEILY would transfer some of the earnings
26  from the resale of U.S. Retailer 1 merchandise from his company,
27  Extra Solutions, to a company controlled by CC-1.

28

1    p.    With the assistance of CC-1, defendant OSSEILY would
2 conceal from the IRS the amount of profit he made from the purchase
3 and resale of U.S. Retailer 1 merchandise.

4 C.    OVERT ACTS

5    8.    In furtherance of the conspiracy and to accomplish its
6 objects, defendants OSSEILY, NASSIM ESSAYLI, ADAM ESSAYLI, NASRALLAH,
7 MYBURGH, ANTHONY MCCLENNEN, GOODFRIEND, PUNO, RICHARD MCCLELLEN,
8 DWYER, HAYS, and B.K. ESSAYLI, together with others known and unknown
9 to the Grand Jury, on or about the dates set forth below, committed
10 various Overt Acts within the Central District of California, and
11 elsewhere, including, but not limited to, the following:

12 **SELECT OVERT ACTS RELATED TO THE APRIL 9-11, 2018, MINNESOTA**
13 **PURCHASING TRIP**

14 Overt Act No. 1:    On or about April 9, 2018, defendants NASSIM
15 ESSAYLI and ADAM ESSAYLI flew from Los Angeles, California, to
16 Minneapolis, Minnesota, using tickets purchased with a credit card
17 associated with one of defendant OSSEILY's American Express accounts.

18 Overt Act No. 2:    On or about April 9, 2018, and continuing
19 through on or about April 11, 2018, at defendant OSSEILY's direction,
20 defendants NASSIM ESSAYLI and ADAM ESSAYLI bought electronics from
21 numerous U.S. Retailer 1 stores in Minnesota at reduced prices using
22 the Team Member discount and wedding and baby registry discounts.

23 Overt Acts Nos. 3-38:    On or about the following dates,
24 beginning at approximately the following times, defendants OSSEILY
25 and NASSIM ESSAYLI exchanged the following text messages,
26 screenshots, photographs, and email:

27

28

| OVERT ACT | DATE, TIME | SENDER | CONTENT |
|---|---|---|---|
| 3 | 04/09/18, 6:48 a.m. | OSSEILY | "Hi Nassim, Hi Adam.<br>1) rain check substitute for all.<br>2) A) registry coupon 15%<br>   B) registry barcode.<br>3) 5% storewide<br>4) [loyalty program] 10% tea[m]." |
| 4 | 04/09/18, 6:53 a.m. | OSSEILY | "Send me your emails plz. Will send the 15%. The registry coupons. Update your [U.S. Retailer 1] app, if you don't see the gift cards added to wallet." |
| 5 | 04/09/18, 7:05 a.m. | OSSEILY | Screenshot of a digital wedding registry barcode titled "Jim and Jerry's registry." |
| 6 | 04/09/18, 7:09 a.m. | NASSIM ESSAYLI | "Nassim@minervamed.com Essaylia@yahoo.com." |
| 7 | 04/09/18 7:18 a.m. | OSSEILY | Email to "Nassim@minervamed.com" and "Essaylia@yahoo.com." containing 16 registry discounts. |
| 8 | 04/09/18, 7:19 a.m. | OSSEILY | "Print the email at hotel. Keep the coupons physically with you maybe that helps. Email sent 16 cps. Your first account is: Nassimessayli1000@gmail.com. 17,400$. Text me when you start work." |
| 9 | 04/09/18, 1:47 p.m. | NASSIM ESSAYLI | "Team member did not work but I'm pretty sure we figured it Out. Ran into small problem but we figured that out too."<br><br>Photograph of U.S. Retailer 1 receipt showing use of baby registry discount, but no use of Team Member discount. |
| 10 | 04/09/18, 2:00 p.m. | OSSEILY | "What do u think about team." |
| 11 | 04/09/18, 2:15 p.m. | OSSEILY | Screenshot of a U.S. Retailer 1 barcode containing the retired Team Member number. |
| 12 | 04/09/18, 2:16 p.m. | OSSEILY | "In case you need it. Tea[m] 10%." |
| 13 | 04/09/18, 4:00 p.m. | NASSIM ESSAYLI | Photograph of U.S. Retailer 1 receipt showing use of wedding registry discount and Team Member discount. |

| OVERT ACT | DATE, TIME | SENDER | CONTENT |
|---|---|---|---|
| 14 | 04/09/18, 8:07 p.m. | OSSEILY | "How was your day??" |
| 15 | 04/09/18, 8:08 p.m. | NASSIM ESSAYLI | "34 units." |
| 16 | 04/10/18, 10:10 a.m. | NASSIM ESSAYLI | "Day 1 MIN." <br><br> Photographs of six receipts dated April 9, 2018, from U.S. Retailer 1 stores in Ridgedale, Maple Grove, Champlin, Fridley, and Minneapolis, Minnesota showing purchases of 34 items worth approximately $12,367, reduced by approximately $878 in Team Member discounts, approximately $660 in wedding registry discounts, and approximately $1,160 in baby registry discounts. |
| 17 | 04/10/18, 10:15 a.m. | OSSEILY | "Not bad at all, let us do day 2, the lucky day ever...booom. Adams account is ready. Adamessayli105. Please refresh your app and Wallet I already added money. To Adamessayli105." |
| 18 | 04/10/18, 6:35 p.m. | OSSEILY | "They deleted the registry. I am not sure if the screenshot is still working, I will create new registry tonight." |
| 19 | 04/10/18, 6:36 p.m. | OSSEILY | Screenshot of a wedding registry barcode titled "Jack and Jecika's registry." |
| 20 | 04/10/18, 6:36 p.m. | NASSIM ESSAYLI | "I've been using [that] screen shot since yesterday." |
| 21 | 04/10/18, 10:16 p.m. | NASSIM ESSAYLI | "Day 2 Min . . . total count: 73 units." <br><br> Photographs of 12 receipts dated April 10, 2018 from U.S. Retailer 1 stores in St. Louis Park, Bloomington, Edina, Eden Prairie, Minneapolis, Vadnais Heights, and St. Paul, Minnesota showing purchases of 73 items worth approximately $24,486, reduced by approximately $2,204 in Team Member discounts, approximately $2,384 in wedding registry discounts, and approximately $1,037 in baby registry discounts. |

| OVERT ACT | DATE, TIME | SENDER | CONTENT |
|---|---|---|---|
| 22 | 04/10/18, 10:17 p.m. | OSSEILY | "Thank you, that is really good." |
| 23 | 04/11/18, 7:50 a.m. | NASSIM ESSAYLI | "We will need more $$$ on Adams account" |
| 24 | 04/11/18, 7:50 a.m. | OSSEILY | "How much money u have now in your wallet. And how many registries u still have." |
| 25 | 04/11/18, 7:51 a.m. | NASSIM ESSAYLI | "Registries 5 or 6. I'm going to 13 stores today. So I only need about 10." |
| 26 | 04/11/18, 8:10 a.m. | OSSEILY | "Ok Consider it done." |
| 27 | 04/11/18, 8:24 a.m. | OSSEILY | "I will add money to the account soon. Sen[t] 20 registry[,] please use them [in] order so if you don't finish them I can know where you are. Let's make it today good day 90 units, good luck." |
| 28 | 04/11/18, 11:06 a.m. | OSSEILY | "Money are in the account." |
| 29 | 04/11/18, 12:36 p.m. | OSSEILY | "How is it going so far." |
| 30 | 04/11/18, 1:20 p.m. | NASSIM ESSAYLI | "It's going ok. We just got ten more units. Flag is strong but not every store knows. So we're going hard at the stores that sell us? But that makes the flag stronger!" |
| 31 | 04/11/20, 1:21 p.m. | NASSIM ESSAYLI | "Last day today of work there." |
| 32 | 04/11/18, 3:25 p.m. | NASSIM ESSAYLI | "Send 15% now please. Can't find." |
| 33 | 04/11/18, 3:27 p.m. | OSSEILY | Document containing registry coupon titled, "15% off in store for items left on your registry." |
| 34 | 04/11/18, 7:21 p.m. | OSSEILY | "Thank you guys, you did great and amazing work, in 3 days only. Thank you." |
| 35 | 04/11/18, 7:34 p.m. | NASSIM ESSAYLI | "It was like 2 1/2 days." |

| OVERT ACT | DATE, TIME | SENDER | CONTENT |
|---|---|---|---|
| 36 | 04/11/18, 10:01 p.m. | OSSEILY | "Fedex receipt plz. How many box??" |
| 37 | 04/11/18, 10:31 p.m. | NASSIM ESSAYLI | "Total count Minnesota [iPad] Pro 12.9 64g / 1 Pro 10.5 512g/ 2 Pro10.5 256g/ 21 Pro 10.5 64g/ 36 Total pro = 60 Home pods = 10 AW [i.e., Apple Watch] S3 42mm: 54 AW S3 38mm: 40 Nike 38mm:4 Nike 42mm: 1 AW total count: 99 Total units: 169" |
| 38 | 04/11/18, 10:32 p.m. | NASSIM ESSAYLI | Photograph of Federal Express ("FedEx") receipt showing shipment of 321 pounds of freight from Minneapolis, Minnesota, billed to defendant OSSEILY's FedEx account. |

## SELECT OVERT ACTS RELATED TO DIRECTIVES ISSUED BY DEFENDANT OSSEILY AROUND BLACK FRIDAY 2018

Overt Act No. 39:   On or about November 17, 2018, defendant OSSEILY created a WhatsApp chat group, which eventually included defendants OSSEILY, NASSIM ESSAYLI, ADAM ESSAYLI, NASRALLAH, ANTHONY MCCLENNEN, GOODFRIEND, PUNO, and RICHARD MCCLENNEN.

Overt Acts Nos. 40-49:   On or about the following dates, defendant OSSEILY sent the following text messages to his co-schemers using the WhatsApp chat group:

| OVERT ACT | DATE | CONTENT |
|---|---|---|
| 40 | 11/19/18 | "Go big guys today on [U.S. Retailer 1] they have a lot and they are receiving more as well, do you[r] best to get 100 units today." |

15

| OVERT ACT | DATE | CONTENT |
|---|---|---|
| 41 | 11/20/18 | "We will work all till Saturday and Sunday we start shipping. Thursday night during the day as an off day you go to the hotel you relax all day then you start Thursday night until Friday night working. I will add money to all the accounts. Thursday I will send you a message what to buy from every store. For now you can keep on buying them PS4 Spiderman bundle plus Nintendo switches . . . ." |
| 42 | 11/20/18 | "Please text me every night approximately total quantity guy guys have." |
| 43 | 11/21/18 | "Black Friday list: [U.S. Retailer 1]: *Apple Watch Series 3 38 mm and a 42 mm.* *iPad mini 4 128 GB* *iPad six generation 32 GB* *PS4 1 tb spider-man bundle* *Nintendo switch . . . ." |
| 44 | 11/23/18 | "Please please for allgroups, vimportant. Today Friday before 4:30 all should go to fedex and ship what ever u have with fedex ground every thing plz except ps4. I need merchandise as soon as I can. Plz ship to [defendant OSSEILY's home address] Irvine ca 92614. 915083048. Fedex account number. I need merchandise soon to get high price top market. Before profit goes down." |
| 45 | 11/23/18 | "Ship then continue work at [U.S. Retailer 1] until u finish all the gift cards in your account. U can work tomorrow also at [U.S. Retailer 1]. I need merchandise plz." |
| 46 | 11/23/18 | "They should be shipped with freight company. I have account with Forward air. But priority to ship with Fedex today before 5." |
| 47 | 11/23/18 | "Plz everybody send me fedex receipt and total number of bxs. Thx all. Will add money soon to all accounts." |
| 48 | 11/23/18 | "Who needs gift cards I can add to his account. [U.S. Retailer 1] sale ends tomorrow night. But coupons 20% only today." |
| 49 | 11/24/18 | "Today u can go to [U.S. Retailer 1] and finish the money in your account plz, (the products from today u can ship later via fedex). Thx all." |

**SELECT OVERT ACTS RELATED TO THE TEAM MEMBER DISCOUNT**

**The M.G. Team Member Number**

Overt Act No. 50:   On or about May 6, 2016, defendant NASRALLAH sent defendant OSSEILY photographs of a Team Member Discount Card belonging to U.S. Retailer 1 employee M.G. (which contained M.G.'s name and Team Member number), and defendant OSSEILY replied, "Save it."

Overt Acts Nos. 51-58:   On or about the following dates, from U.S. Retailer 1 stores in the following locations, the persons named below used M.G.'s Team Member number to buy U.S. Retailer 1 merchandise with the Team Member discount:

| OVERT ACT | DATE | DEFENDANT/ CO-CONSPIRATOR | LOCATION |
|---|---|---|---|
| 51 | 06/17/16 | OSSEILY | Dublin, CA |
| 52 | 06/18/16 | OSSEILY | San Jose, CA |
| 53 | 10/29/16 | OSSEILY | Irvine, CA |
| 54 | 11/25/16 | OSSEILY | Houston, TX |
| 55 | 11/25/16 | NASRALLAH | Portland, OR |
| 56 | 11/26/16 | OSSEILY | Houston, TX |
| 57 | 11/26/16 | Co-Conspirator 8 ("CC-8") | Houston, TX |
| 58 | 11/28/16 | OSSEILY | Dallas, TX |

**The Z.E. Team Member Number**

Overt Act No. 59:   On or about February 26, 2017, defendant OSSEILY created the following "note" on his mobile phone, which contained the Team Member number of U.S. Retailer 1 employee Z.E.: "6118[****] Team nassiem friend."

Overt Act No. 60:   On or about October 7, 2017, defendant OSSEILY sent defendant NASSIM ESSAYLI a text message stating, "Text me the number 611....." and defendant NASSIM ESSAYLI replied by sending defendant OSSEILY the following text message containing Z.E.'s Team Member number: "6118[****]."

Overt Acts Nos. 61-63:   On or about the following dates, from U.S. Retailer 1 stores in the following locations, the defendants named below used Z.E.'s Team Member number to buy U.S. Retailer 1 merchandise with the Team Member discount:

| OVERT ACT | DATE | DEFENDANT | LOCATION |
|---|---|---|---|
| 61 | 09/01/15 | OSSEILY | Northridge, CA |
| 62 | 01/11/16 | NASSIM ESSAYLI | Pittsburgh, PA |
| 63 | 11/06/16 | ADAM ESSAYLI | Alameda, CA |

### Other Team Member Numbers

Overt Act No. 64:   On or about May 15, 2017, Osseily created a "note" on his mobile phone stating, "(675) 1[**-**] Team member Anaheim girl," which contained the Team Member number of U.S. Retailer 1 employee J.B.

Overt Act No. 65:   On or about February 7, 2018, defendant NASSIM ESSAYLI sent defendant OSSEILY a screenshot of a Loyalty Account to which Team Member number ****6482 -- that is, the Team Member number of U.S. Retailer 1 employee J.G. -- had been uploaded, followed approximately 90 minutes later with a text message stating, "Call me back. Team member worked fine. Just log out and log [in]."

Overt Act No. 66:   On or about September 21, 2018, defendant NASSIM ESSAYLI sent defendant OSSEILY a text message stating,

"[****]3931 TM #," which contained the Team Member number of U.S.

Retailer 1 employee J.B.2, and defendant OSSEILY replied, "Thx get

more."

Overt Act No. 67:   On or about February 5, 2019, defendant

OSSEILY modified the following "note" on his mobile phone, which

contained Team Member numbers of U.S. Retailer 1 employees E.A.,

M.A., D.L., J.G., J.H., J.P., K.G., K.M., J.B.2., S.D., M.A.2, and

M.O.:

```
Team van nuys.[***-*]04-14.
[***-*]83-84.
[**-**]9-544.
[**-**]6-482.
Santa ana:
[***-*]95-08
Maybe team: [***-*]59-28.
Team san jose: [(***) *]60-11.
Team pittsbirge: [(***) *]38-25.
Team rossville: [***-*]5559.
Team Nj. [****]3931.nass.
Team orange [(***) *]98-00
Team columbos [(***) *]24-36.
Team chulavista [****]0550.
```

### The Retired Team Member Number

Overt Act No. 68:   On or about July 5, 2014, defendant OSSEILY

created the following "note" on his mobile phone, which contained the

retired Team Member number: "Team 4800[****]68003 Retiery."

Overt Act No. 69:   On or about July 30, 2017, defendant NASSIM

ESSAYLI sent defendant OSSEILY text messages stating, "by the way 1

team stopped working…but retiree still good. So if that one dies I

have no more bar codes," and defendant OSSEILY replied, "No worries I

will get u."

Overt Act No. 70:   On or about November 25, 2017, defendant

NASSIM ESSAYLI sent defendant OSSEILY a photograph of a Team Member

Discount Card belonging to a dependent of retired U.S. Retailer 1

employee T.S. (which contained T.S.'s name and the retired Team Member number), and defendant OSSEILY replied, "Thx."

Overt Act No. 71:   On or about April 8, 2018, defendant OSSEILY sent defendant MYBURGH the following text messages, which contained the retired Team Member number: "Call me. 4800[****]68003. Add this to your sto card."

Overt Act No. 72:   On or about July 9, 2019, defendant NASSIM ESSAYLI sent defendant OSSEILY a text message stating, "My team member not working," and defendant OSSEILY replied by sending the following text, which contained the retired Team Member number: "Team [****]6800."

Overt Act No. 73:   On or about July 1 and 2, 2019, defendants OSSEILY and ADAM ESSAYLI exchanged the following text messages (including one containing the retired Team Member number) and screenshot:

| SENDER | CONTENT |
|---|---|
| ADAM ESSAYLI | "Shit my team member flagged. Should I buy on credit card without 10%." |
| OSSEILY | "No. Go to profile setting and delete it. On [U.S. Retailer 1] app. Profile remove. Sign out and sign [in] and will be gone." |
| ADAM ESSAYLI | "I need account info to log back in." |
| OSSEILY | Screenshot of App sign-in page with account email address "adamess2020@gmail.com" and password "Adam3233." |
| ADAM ESSAYLI | "Where is the tm number." |
| OSSEILY | "Add it. [****]6800." |

Overt Acts Nos. 74-81: On or about the following dates, the defendants named below sent and received screenshots of Loyalty

Accounts -- registered under the following names and containing the following gift card values -- to which the retired Team Member number had been uploaded.

| OVERT ACT | DATE | SENDER | RECIPIENT | ACCOUNT NAME | GIFT CARD VALUE |
|---|---|---|---|---|---|
| 74 | 04/12/18 | OSSEILY | MYBURGH | Unknown | Unknown |
| 75 | 04/20/18 | MYBURGH | OSSEILY | "Jack" | $5,447 |
| 76 | 04/20/18 | NASRALLAH | OSSEILY | "Jack" | $33,278 |
| 77 | 04/20/18 | NASRALLAH | OSSEILY | "Jimmy" | $24,693 |
| 78 | 06/30/18 | NASRALLH | OSSEILY | "Adam" | $13,345 |
| 79 | 06/30/18 | OSSEILY | NASSIM ESSAYLI | "Adam" | $15,345 |
| 80 | 09/11/18 | NASSIM ESSAYLI | OSSEILY | "Adam" | $8,287 |
| 81 | 02/24/19 | NASSIM ESSAYLI | OSSEILY | "Nass" | $3,190 |

### Counterfeit Team Member Discount Cards

Overt Act No. 82:   On or about December 5, 2017, defendant RICHARD MCCLENNEN sent defendant OSSEILY an image depicting a counterfeit Team Member Discount Card in defendant RICHARD MCCLENNEN's name.

Overt Act No. 83:   On or about July 6, 2019, defendants NASSIM ESSAYLI and PUNO exchanged the following text messages:

| SENDER | CONTENT |
|---|---|
| NASSIM ESSAYLI | "We need to make physical team member cards for when they ask us for team.  This is becoming a small problem. 2 transactions I missed today because of this. If I had a card on me no problem." |
| PUNO | "Agreed. I had that happen to me too." |

| SENDER | CONTENT |
|--------|---------|
| NASSIM ESSAYLI | "I can make them at fedex Andre tomorrow." |

### Other Overt Acts Related to the Team Member Discount

Overt Act No. 84:   On or about October 30, 2017, defendants OSSEILY and NASSIM ESSAYLI exchanged the following text messages:

**3887**

| SENDER | CONTENT |
|--------|---------|
| OSSEILY | "[U.S. Retailer 1] would like to make work easier for you." |
| NASSIM ESSAYLI | "What do you mean???" |
| OSSEILY | "They are adding the team member to the account so it will be digital bar code or it will deduct automatic." |
| OSSEILY | Screenshot of Loyalty Account profile page showing place to enter "team member number." |
| OSSEILY | "When you update the app they ask you to add your team member number to the account. When you log in. Looks cool right. Try to sign in to any account, and you see it. First update the app." |

Overt Act No. 85:   On or about August 7, 2017, defendant OSSEILY sent defendant NASSIM ESSAYLI a voice message stating, "Hi Nassim, just for priority, the iPad fifth generation, all hard drive, this one I'm sure it can sell, with the rain check, the team, and the five."

Overt Act No. 86:   On or about August 2, 2017, defendant NASSIM ESSAYLI sent defendant OSSEILY a text message stating, "I couldn't find my team member card on me. But I found it in the car . . . ."

Overt Act No. 87:   On or about May 7, 2018, OSSEILY ran the following Google searches on his mobile phone: (a) "how can I add my

22

team member discount to my [U.S. Retailer 1] account"; (b) "[U.S. Retailer 1] team member discount app"; (c) "[U.S. Retailer 1] team member number 10 digit"; (d) "[U.S. Retailer 1] team member number"; and (e) "how can I add my team member discount to my [U.S. Retailer 1] wallet."

Overt Act No. 88:   On or about March 29, 2018, defendants OSSEILY and ADAM ESSAYLI exchanged the following text messages:

| SENDER | CONTENT |
| --- | --- |
| ADAM ESSAYLI | "Which account has money." |
| OSSEILY | "Adamessayli103. Text me starting balance please it is around 15k" |
| ADAM ESSAYLI | "And there is team" |
| OSSEILY | "Yp. Confirm the total please before you start." |

Overt Act No. 89:   On or about June 3, 2018, defendant NASSIM ESSAYLI sent defendant OSSEILY text messages stating, "I'm in Jimmy jonsonns1 right now. You're sure TM works? I'm this account. I have not tested it," and defendant OSSEILY replied, "Yes it is good."

**SELECT PURCHASES OF U.S. RETAILER 1 ITEMS WITH THE TEAM MEMBER DISCOUNT**

Overt Acts Nos. 90-673: On or about the following dates, the defendants named below sent defendant OSSEILY photographs of receipts showing purchases of U.S. Retailer 1 merchandise with the Team Member discount from U.S. Retailer 1 stores in the following states:

| OVERT ACT | DATE | DEFENDANT | STATE(S) |
| --- | --- | --- | --- |
| 90 | 11/21/16 | ADAM ESSAYLI | California |
| 91 | 11/24/16 | NASRALLAH | Oregon |

| OVERT ACT | DATE | DEFENDANT | STATE(S) |
|---|---|---|---|
| 92 | 12/07/16 | ADAM ESSAYLI | California |
| 93 | 12/11/16 | NASRALLAH | Texas |
| 94 | 12/18/16 | NASRALLAH | Texas |
| 95 | 03/12/17 | NASSIM ESSAYLI | North Carolina |
| 96 | 03/13/17 | NASSIM ESSAYLI | Virginia |
| 97 | 03/14/17 | NASSIM ESSAYLI | Virginia |
| 98 | 03/15/17 | NASSIM ESSAYLI | Virginia |
| 99 | 03/16/17 | NASSIM ESSAYLI | Virginia, Maryland, Washington, D.C. |
| 100 | 03/17/17 | NASSIM ESSAYLI | Maryland, Virginia |
| 101 | 03/19/17 | NASSIM ESSAYLI | Pennsylvania, New Jersey |
| 102 | 07/29/17 | NASSIM ESSAYLI | Florida |
| 103 | 07/30/17 | NASSIM ESSAYLI | Florida |
| 104 | 07/31/17 | NASSIM ESSAYLI | Florida |
| 105 | 08/01/17 | NASSIM ESSAYLI | Florida |
| 106 | 08/05/17 | NASSIM ESSAYLI | Florida |
| 107 | 08/07/17 | NASSIM ESSAYLI | Georgia |
| 108 | 08/13/17 | NASSIM ESSAYLI | Georgia |
| 109 | 08/14/17 | MYBURGH | North Carolina |
| 110 | 08/18/17 | NASSIM ESSAYLI | Georgia |
| 111 | 08/27/17 | NASSIM ESSAYLI | Texas |
| 112 | 08/28/17 | MYBURGH | Texas |
| 113 | 09/01/17 | NASSIM ESSAYLI | Oklahoma |
| 114 | 10/05/17 | MYBURGH | Maryland |
| 115 | 10/06/17 | MYBURGH | Virginia |

| OVERT ACT | DATE | DEFENDANT | STATE(S) |
|-----------|------|-----------|----------|
| 116 | 10/07/17 | MYBURGH | Maryland |
| 117 | 10/08/17 | MYBURGH | Delaware |
| 118 | 10/10/17 | MYBURGH | New Jersey |
| 119 | 10/15/17 | NASSIM ESSAYLI | Minnesota |
| 120 | 10/16/17 | NASSIM ESSAYLI | Minnesota |
| 121 | 10/19/17 | NASSIM ESSAYLI | Minnesota |
| 122 | 10/22/17 | MYBURGH | North Carolina |
| 123 | 10/25/17 | MYBURGH | North Carolina |
| 124 | 11/07/17 | MYBURGH | Florida |
| 125 | 11/08/17 | MYBURGH | Florida |
| 126 | 11/10/17 | ADAM ESSAYLI | Georgia |
| 127 | 11/12/17 | ADAM ESSAYLI | North Carolina |
| 128 | 11/13/17 | MYBURGH | Florida |
| 129 | 11/14/17 | NASSIM ESSAYLI | Texas |
| 130 | 11/15/17 | ADAM ESSAYLI | Virginia |
| 131 | 11/17/17 | ADAM ESSAYLI | Maryland |
| 132 | 11/17/17 | MYBURGH | Ohio |
| 133 | 11/17/17 | NASSIM ESSAYLI | Texas |
| 134 | 11/24/17 | MYBURGH | Texas |
| 135 | 12/13/17 | NASSIM ESSAYLI | California |
| 136 | 01/07/18 | NASSIM ESSAYLI | Missouri |
| 137 | 01/24/18 | MYBURGH | New York |
| 138 | 01/27/18 | MYBURGH | New Jersey |
| 139 | 01/30/18 | MYBURGH | Virginia |
| 140 | 02/21/18 | NASSIM ESSAYLI | California |
| 141 | 03/09/18 | MYBURGH | Washington |

| OVERT ACT | DATE | DEFENDANT | STATE(S) |
|---|---|---|---|
| 142 | 03/12/18 | MYBURGH | Washington |
| 143 | 03/13/18 | MYBURGH | Washington |
| 144 | 03/15/18 | MYBURGH | Washington |
| 145 | 03/18/18 | MYBURGH | Washington |
| 146 | 03/20/18 | MYBURGH | Washington |
| 147 | 03/21/18 | NASSIM ESSAYLI | California |
| 148 | 03/24/18 | MYBURGH | California |
| 149 | 03/24/18 | NASSIM ESSAYLI | California |
| 150 | 03/25/18 | MYBURGH | California |
| 151 | 03/29/18 | MYBURGH | California |
| 152 | 03/30/18 | MYBURGH | California |
| 153 | 04/03/18 | MYBURGH | Texas |
| 154 | 04/04/18 | MYBURGH | Texas |
| 155 | 04/08/18 | MYBURGH | Texas |
| 156 | 04/09/18 | MYBURGH | Texas |
| 157 | 04/10/18 | MYBURGH | Texas |
| 158 | 04/10/18 | NASSIM ESSAYLI | Minnesota |
| 159 | 04/12/18 | MYBURGH | Texas |
| 160 | 04/13/18 | MYBURGH | Texas |
| 161 | 04/20/18 | MYBURGH | Pennsylvania |
| 162 | 04/21/18 | MYBURGH | Ohio |
| 163 | 04/22/18 | MYBURGH | Ohio |
| 164 | 04/23/18 | MYBURGH | Ohio |
| 165 | 04/25/18 | MYBURGH | Ohio |
| 166 | 04/27/18 | MYBURGH | Indiana, Kentucky |

| OVERT ACT | DATE | DEFENDANT | STATE(S) |
|-----------|------|-----------|----------|
| 167 | 04/28/18 | MYBURGH | Indiana |
| 168 | 04/29/18 | MYBURGH | Indiana |
| 169 | 04/30/18 | MYBURGH | Illinois |
| 170 | 05/01/18 | MYBURGH | Illinois |
| 171 | 05/05/18 | MYBURGH | New Jersey |
| 172 | 05/05/18 | NASSIM ESSAYLI | Colorado |
| 173 | 05/06/18 | MYBURGH | Pennsylvania |
| 174 | 05/06/18 | NASSIM ESSAYLI | Colorado |
| 175 | 05/12/18 | NASSIM ESSAYLI | California |
| 176 | 05/13/18 | NASSIM ESSAYLI | California |
| 177 | 06/01/18 | NASSIM ESSAYLI | Texas |
| 178 | 06/02/18 | NASSIM ESSAYLI | Oklahoma |
| 179 | 06/03/18 | NASSIM ESSAYLI | Oklahoma |
| 180 | 06/05/18 | NASSIM ESSAYLI | Texas |
| 181 | 07/06/18 | NASSIM ESSAYLI | Texas |
| 182 | 07/24/18 | NASSIM ESSAYLI | Texas |
| 183 | 07/26/18 | NASSIM ESSAYLI | Texas |
| 184 | 08/31/18 | NASSIM ESSAYLI | California |
| 185 | 09/07/18 | ADAM ESSAYLI | Arizona |
| 186 | 09/07/18 | NASSIM ESSAYLI | Massachusetts |
| 187 | 09/08/18 | ADAM ESSAYLI | Arizona |
| 188 | 09/08/18 | NASSIM ESSAYLI | New Hampshire |
| 189 | 09/09/18 | NASSIM ESSAYLI | Massachusetts |
| 190 | 09/10/18 | NASSIM ESSAYLI | Massachusetts |
| 191 | 09/11/18 | ADAM ESSAYLI | Arizona |
| 192 | 09/11/18 | NASSIM ESSAYLI | Massachusetts |

| OVERT ACT | DATE | DEFENDANT | STATE(S) |
|---|---|---|---|
| 193 | 09/13/18 | NASSIM ESSAYLI | Connecticut |
| 194 | 09/14/18 | NASSIM ESSAYLI | Connecticut |
| 195 | 09/15/18 | NASSIM ESSAYLI | Connecticut |
| 196 | 09/16/18 | NASRALLAH | California |
| 197 | 09/17/18 | NASRALLAH | California |
| 198 | 09/17/18 | NASSIM ESSAYLI | Pennsylvania |
| 199 | 09/18/18 | NASRALLAH | California |
| 200 | 09/18/18 | NASSIM ESSAYLI | Pennsylvania |
| 201 | 09/19/18 | NASRALLAH | California |
| 202 | 09/19/18 | NASSIM ESSAYLI | Pennsylvania |
| 203 | 09/20/18 | NASRALLAH | California |
| 204 | 09/20/18 | NASSIM ESSAYLI | Pennsylvania |
| 205 | 09/21/18 | NASRALLAH | California |
| 206 | 09/21/18 | NASSIM ESSAYLI | Pennsylvania |
| 207 | 09/22/18 | NASRALLAH | California |
| 208 | 09/23/18 | NASSIM ESSAYLI | Maryland |
| 209 | 09/24/18 | NASSIM ESSAYLI | Maryland |
| 210 | 09/25/18 | NASSIM ESSAYLI | Maryland |
| 211 | 09/26/18 | NASSIM ESSAYLI | Virginia |
| 212 | 09/28/18 | NASSIM ESSAYLI | Virginia |
| 213 | 09/29/18 | NASSIM ESSAYLI | Virginia |
| 214 | 09/30/18 | NASSIM ESSAYLI | North Carolina |
| 215 | 10/02/18 | ADAM ESSAYLI | Massachusetts |
| 216 | 10/02/18 | NASSIM ESSAYLI | North Carolina |
| 217 | 10/03/18 | ADAM ESSAYLI | Massachusetts |
| 218 | 10/03/18 | NASRALLAH | Illinois |

| OVERT ACT | DATE | DEFENDANT | STATE(S) |
|---|---|---|---|
| 219 | 10/03/18 | NASSIM ESSAYLI | North Carolina |
| 220 | 10/04/18 | ADAM ESSAYLI | Massachusetts |
| 221 | 10/04/18 | NASRALLAH | Illinois |
| 222 | 10/04/18 | NASSIM ESSAYLI | North Carolina |
| 223 | 10/05/18 | ADAM ESSAYLI | Massachusetts |
| 224 | 10/05/18 | NASRALLAH | Illinois |
| 225 | 10/05/18 | NASSIM ESSAYLI | South Carolina |
| 226 | 10/06/18 | ADAM ESSAYLI | Connecticut |
| 227 | 10/06/18 | NASRALLAH | Illinois |
| 228 | 10/06/18 | NASSIM ESSAYLI | Georgia |
| 229 | 10/07/18 | ADAM ESSAYLI | Pennsylvania |
| 230 | 10/07/18 | NASRALLAH | Illinois |
| 231 | 10/07/18 | NASSIM ESSAYLI | Georgia |
| 232 | 10/08/18 | ADAM ESSAYLI | Pennsylvania |
| 233 | 10/08/18 | NASRALLAH | Indiana |
| 234 | 10/09/18 | NASRALLAH | Ohio |
| 235 | 10/09/18 | NASSIM ESSAYLI | Georgia |
| 236 | 10/10/18 | NASRALLAH | Ohio |
| 237 | 10/10/18 | NASSIM ESSAYLI | Alabama |
| 238 | 10/12/18 | NASRALLAH | Indiana, Kentucky |
| 239 | 10/14/18 | NASRALLAH | Missouri |
| 240 | 10/15/18 | NASRALLAH | Missouri |
| 241 | 10/16/18 | NASRALLAH | Missouri |
| 242 | 10/17/18 | PUNO | North Carolina |
| 243 | 10/19/18 | NASRALLAH | Minnesota |

| OVERT ACT | DATE | DEFENDANT | STATE(S) |
|---|---|---|---|
| 244 | 10/22/18 | PUNO | North Carolina, Virginia |
| 245 | 10/24/18 | NASRALLAH | Illinois |
| 246 | 10/24/18 | PUNO | Maryland |
| 247 | 10/25/18 | PUNO | Maryland |
| 248 | 10/26/18 | NASRALLAH | Illinois |
| 249 | 10/26/18 | PUNO | Pennsylvania |
| 250 | 10/27/18 | PUNO | Pennsylvania |
| 251 | 10/28/18 | PUNO | Connecticut |
| 252 | 10/29/18 | PUNO | Massachusetts |
| 253 | 10/30/18 | PUNO | Massachusetts |
| 254 | 10/31/18 | NASRALLAH | Missouri |
| 255 | 11/01/18 | NASRALLAH | Missouri |
| 256 | 11/02/18 | NASRALLAH | Missouri |
| 257 | 11/05/18 | NASRALLAH | Alabama |
| 258 | 11/07/18 | PUNO | North Carolina |
| 259 | 11/08/18 | NASRALLAH | Georgia |
| 260 | 11/09/18 | PUNO | North Carolina |
| 261 | 11/10/18 | ADAM ESSAYLI | Arizona |
| 262 | 11/10/18 | NASSIM ESSAYLI | Arizona |
| 263 | 11/10/18 | PUNO | Virginia |
| 264 | 11/11/18 | ADAM ESSAYLI | Arizona |
| 265 | 11/11/18 | PUNO | Virginia |
| 266 | 11/12/18 | ADAM ESSAYLI | Arizona |
| 267 | 11/13/18 | ADAM ESSAYLI | Nevada |
| 268 | 11/13/18 | NASSIM ESSAYLI | Nevada |

| OVERT ACT | DATE | DEFENDANT | STATE(S) |
|---|---|---|---|
| 269 | 11/14/18 | ADAM ESSAYLI | Nevada |
| 270 | 11/14/18 | MYBURGH | Washington |
| 271 | 11/16/18 | MYBURGH | Washington |
| 272 | 11/16/18 | NASRALLAH | Florida |
| 273 | 11/18/18 | ADAM ESSAYLI | Minnesota |
| 274 | 11/18/18 | NASSIM ESSAYLI | Texas |
| 275 | 11/19/18 | ADAM ESSAYLI | Minnesota |
| 276 | 11/19/18 | NASSIM ESSAYLI | Texas |
| 277 | 11/20/18 | ADAM ESSAYLI | Minnesota |
| 278 | 11/21/18 | NASRALLAH | Indiana |
| 279 | 11/21/18 | NASSIM ESSAYLI | Texas |
| 280 | 11/22/18 | RICHARD MCCLELLEN | Minnesota |
| 281 | 11/23/18 | ADAM ESSAYLI | Minnesota |
| 282 | 11/23/18 | MYBURGH | Washington |
| 283 | 11/23/18 | PUNO | Maryland |
| 284 | 11/27/18 | NASRALLAH | Illinois |
| 285 | 11/28/18 | NASSIM ESSAYLI | Texas |
| 286 | 11/28/18 | ANTHONY MCCLENNEN | Texas |
| 287 | 11/29/18 | ANTHONY MCCLENNEN | Oklahoma |
| 288 | 11/30/18 | ANTHONY MCCLENNEN | Kansas, Missouri |
| 289 | 12/01/18 | ANTHONY MCCLENNEN | Iowa |
| 290 | 12/01/18 | NASSIM ESSAYLI | Iowa |
| 291 | 12/02/18 | NASRALLAH | Ohio |
| 292 | 12/02/18 | PUNO | North Carolina |
| 293 | 12/04/18 | PUNO | Georgia |

| OVERT ACT | DATE | DEFENDANT | STATE(S) |
|---|---|---|---|
| 294 | 12/05/18 | ANTHONY MCCLENNEN | Minnesota, Wisconsin |
| 295 | 12/05/18 | MYBURGH | Colorado |
| 296 | 12/05/18 | NASRALLAH | Pennsylvania |
| 297 | 12/05/18 | NASSIM ESSAYLI | Minnesota |
| 298 | 12/05/18 | PUNO | Tennessee |
| 299 | 12/06/18 | ANTHONY MCCLENNEN | Minnesota |
| 300 | 12/06/18 | NASSIM ESSAYLI | Minnesota |
| 301 | 12/06/18 | PUNO | Tennessee |
| 302 | 12/07/18 | NASSIM ESSAYLI | Minnesota |
| 303 | 12/07/18 | PUNO | Kentucky |
| 304 | 12/08/18 | NASSIM ESSAYLI | Wisconsin |
| 305 | 12/08/18 | PUNO | Ohio |
| 306 | 12/09/18 | ANTHONY MCCLENNEN | Wisconsin |
| 307 | 12/09/18 | MYBURGH | Texas |
| 308 | 12/09/18 | NASRALLAH | Maryland |
| 309 | 12/09/18 | NASSIM ESSAYLI | Wisconsin |
| 310 | 12/09/18 | PUNO | Indiana |
| 311 | 12/10/18 | MYBURGH | Texas |
| 312 | 12/11/18 | ANTHONY MCCLENNEN | Illinois |
| 313 | 12/11/18 | MYBURGH | Texas |
| 314 | 12/11/18 | NASSIM ESSAYLI | Illinois |
| 315 | 12/11/18 | PUNO | Illinois |
| 316 | 12/12/18 | ANTHONY MCCLENNEN | Illinois |
| 317 | 12/12/18 | MYBURGH | Texas |
| 318 | 12/12/18 | PUNO | Illinois |

| OVERT ACT | DATE | DEFENDANT | STATE(S) |
|---|---|---|---|
| 319 | 12/13/18 | ANTHONY MCCLENNEN | Illinois |
| 320 | 12/13/18 | MYBURGH | Texas |
| 321 | 12/13/18 | NASRALLAH | Pennsylvania |
| 322 | 12/13/18 | NASSIM ESSAYLI | Illinois |
| 323 | 12/13/18 | PUNO | Illinois |
| 324 | 12/14/18 | ANTHONY MCCLENNEN | Illinois |
| 325 | 12/14/18 | MYBURGH | Texas |
| 326 | 12/14/18 | NASSIM ESSAYLI | Illinois |
| 327 | 12/14/18 | PUNO | Illinois |
| 328 | 12/16/18 | ANTHONY MCCLENNEN | Illinois |
| 329 | 12/16/18 | NASRALLAH | New Jersey |
| 330 | 12/16/18 | NASSIM ESSAYLI | Illinois |
| 331 | 12/17/18 | ANTHONY MCCLENNEN | Ohio |
| 332 | 12/17/18 | MYBURGH | Texas |
| 333 | 12/17/18 | PUNO | Pennsylvania |
| 334 | 12/18/18 | ADAM ESSAYLI | Arizona |
| 335 | 12/18/18 | ANTHONY MCCLENNEN | Ohio |
| 336 | 12/18/18 | MYBURGH | Texas |
| 337 | 12/18/18 | NASSIM ESSAYLI | Ohio |
| 338 | 12/18/18 | PUNO | Pennsylvania |
| 339 | 12/19/18 | ADAM ESSAYLI | Arizona |
| 340 | 12/19/18 | MYBURGH | Texas |
| 341 | 12/19/18 | PUNO | Pennsylvania |
| 342 | 12/20/18 | ADAM ESSAYLI | Arizona |
| 343 | 12/20/18 | MYBURGH | Texas |
| 344 | 12/20/18 | PUNO | Maryland |

| OVERT ACT | DATE | DEFENDANT | STATE(S) |
|-----------|------|-----------|----------|
| 345 | 12/21/18 | ADAM ESSAYLI | Nevada |
| 346 | 12/21/18 | NASRALLAH | Oklahoma |
| 347 | 12/21/18 | PUNO | Maryland |
| 348 | 12/22/18 | ADAM ESSAYLI | Nevada |
| 349 | 01/15/19 | PUNO | California |
| 350 | 01/16/19 | PUNO | California |
| 351 | 01/17/19 | PUNO | California |
| 352 | 01/18/19 | NASSIM ESSAYLI | California |
| 353 | 01/18/19 | PUNO | California |
| 354 | 01/19/19 | PUNO | California |
| 355 | 01/20/19 | NASSIM ESSAYLI | California |
| 356 | 01/20/19 | PUNO | California |
| 357 | 01/21/19 | PUNO | California |
| 358 | 01/22/19 | ANTHONY MCCLENNEN | California |
| 359 | 01/22/19 | NASSIM ESSAYLI | California |
| 360 | 01/23/19 | ANTHONY MCCLENNEN | California |
| 361 | 01/25/19 | ANTHONY MCCLENNEN | California |
| 362 | 01/26/19 | ANTHONY MCCLENNEN | California |
| 363 | 01/26/19 | NASSIM ESSAYLI | California |
| 364 | 01/28/19 | PUNO | Texas |
| 365 | 01/29/19 | PUNO | Texas |
| 366 | 01/30/19 | ANTHONY MCCLENNEN | Massachusetts |
| 367 | 01/30/19 | PUNO | Texas |
| 368 | 01/31/19 | ANTHONY MCCLENNEN | Massachusetts |
| 369 | 01/31/19 | PUNO | Texas |
| 370 | 02/01/19 | ANTHONY MCCLENNEN | Massachusetts |

| OVERT ACT | DATE | DEFENDANT | STATE(S) |
|---|---|---|---|
| 371 | 02/01/19 | NASSIM ESSAYLI | Connecticut |
| 372 | 02/01/19 | PUNO | Texas |
| 373 | 02/02/19 | ADAM ESSAYLI | Minnesota |
| 374 | 02/02/19 | ANTHONY MCCLENNEN | Connecticut |
| 375 | 02/02/19 | NASSIM ESSAYLI | Connecticut |
| 376 | 02/02/19 | PUNO | Texas |
| 377 | 02/03/19 | ADAM ESSAYLI | Minnesota |
| 378 | 02/03/19 | ANTHONY MCCLENNEN | New Jersey |
| 379 | 02/03/19 | PUNO | Texas |
| 380 | 02/04/19 | ADAM ESSAYLI | Minnesota |
| 381 | 02/04/19 | ANTHONY MCCLENNEN | New Jersey |
| 382 | 02/05/19 | ADAM ESSAYLI | Minnesota |
| 383 | 02/05/19 | ANTHONY MCCLENNEN | Pennsylvania |
| 384 | 02/05/19 | NASSIM ESSAYLI | New Jersey |
| 385 | 02/06/19 | ADAM ESSAYLI | Wisconsin |
| 386 | 02/06/19 | ANTHONY MCCLENNEN | Pennsylvania |
| 387 | 02/06/19 | NASSIM ESSAYLI | Pennsylvania |
| 388 | 02/07/19 | ADAM ESSAYLI | Wisconsin |
| 389 | 02/08/19 | ANTHONY MCCLENNEN | Pennsylvania |
| 390 | 02/08/19 | NASSIM ESSAYLI | Pennsylvania |
| 391 | 02/09/19 | ADAM ESSAYLI | Illinois |
| 392 | 02/09/19 | ANTHONY MCCLENNEN | Maryland |
| 393 | 02/09/19 | PUNO | North Carolina |
| 394 | 02/10/19 | ADAM ESSAYLI | Illinois |
| 395 | 02/10/19 | PUNO | North Carolina |
| 396 | 02/11/19 | ADAM ESSAYLI | Indiana |

| OVERT ACT | DATE | DEFENDANT | STATE(S) |
|---|---|---|---|
| 397 | 02/11/19 | ANTHONY MCCLENNEN | Maryland, Virginia |
| 398 | 02/12/19 | ADAM ESSAYLI | Illinois |
| 399 | 02/12/19 | NASSIM ESSAYLI | Virginia |
| 400 | 02/12/19 | PUNO | Georgia |
| 401 | 02/13/19 | ADAM ESSAYLI | Illinois |
| 402 | 02/13/19 | NASSIM ESSAYLI | Virginia |
| 403 | 02/13/19 | PUNO | Georgia |
| 404 | 02/14/19 | NASSIM ESSAYLI | Virginia |
| 405 | 02/14/19 | PUNO | Georgia |
| 406 | 02/15/19 | ANTHONY MCCLENNEN | Virginia |
| 407 | 02/15/19 | NASSIM ESSAYLI | Virginia |
| 408 | 02/15/19 | PUNO | Tennessee |
| 409 | 02/16/19 | ANTHONY MCCLENNEN | Virginia |
| 410 | 02/16/19 | NASSIM ESSAYLI | Virginia |
| 411 | 02/16/19 | PUNO | Tennessee |
| 412 | 02/16/19 | PUNO | Tennessee |
| 413 | 02/17/19 | ANTHONY MCCLENNEN | Alabama |
| 414 | 02/17/19 | NASSIM ESSAYLI | Alabama |
| 415 | 02/18/19 | ANTHONY MCCLENNEN | Alabama |
| 416 | 02/18/19 | NASSIM ESSAYLI | Alabama |
| 417 | 02/18/19 | PUNO | Ohio |
| 418 | 02/19/19 | ANTHONY MCCLENNEN | Alabama, Florida |
| 419 | 02/20/19 | ANTHONY MCCLENNEN | Louisiana, Mississippi |
| 420 | 02/21/19 | PUNO | Ohio |

| OVERT ACT | DATE | DEFENDANT | STATE(S) |
|---|---|---|---|
| 421 | 02/22/19 | PUNO | Ohio |
| 422 | 02/23/19 | PUNO | Indiana |
| 423 | 02/24/19 | NASSIM ESSAYLI | Louisiana |
| 424 | 02/24/19 | NASSIM ESSAYLI | Texas |
| 425 | 02/24/19 | PUNO | Ohio |
| 426 | 02/25/19 | PUNO | Ohio |
| 427 | 02/26/19 | ANTHONY MCCLENNEN | Texas |
| 428 | 02/26/19 | NASSIM ESSAYLI | Texas |
| 429 | 02/26/19 | PUNO | Pennsylvania |
| 430 | 02/27/19 | PUNO | Maryland |
| 431 | 02/28/19 | ANTHONY MCCLENNEN | Texas |
| 432 | 02/28/19 | PUNO | Maryland |
| 433 | 03/01/19 | ANTHONY MCCLENNEN | Texas |
| 434 | 03/01/19 | PUNO | Maryland |
| 435 | 03/02/19 | NASSIM ESSAYLI | Texas |
| 436 | 03/02/19 | PUNO | Virginia |
| 437 | 03/03/19 | ANTHONY MCCLENNEN | Texas |
| 438 | 03/04/19 | ANTHONY MCCLENNEN | Texas |
| 439 | 03/04/19 | NASSIM ESSAYLI | Texas |
| 440 | 03/05/19 | ADAM ESSAYLI | California |
| 441 | 03/05/19 | ANTHONY MCCLENNEN | Texas |
| 442 | 03/05/19 | DWYER | California |
| 443 | 03/05/19 | NASSIM ESSAYLI | Texas |
| 444 | 03/06/19 | ADAM ESSAYLI | California |
| 445 | 03/06/19 | ANTHONY MCCLENNEN | Kansas |
| 446 | 03/06/19 | DWYER | California |

| OVERT ACT | DATE | DEFENDANT | STATE(S) |
|---|---|---|---|
| 447 | 03/06/19 | NASSIM ESSAYLI | Kansas |
| 448 | 03/06/19 | PUNO | Colorado |
| 449 | 03/07/19 | ADAM ESSAYLI | California |
| 450 | 03/07/19 | ADAM ESSAYLI | California |
| 451 | 03/07/19 | ANTHONY MCCLENNEN | Kansas, Missouri |
| 452 | 03/07/19 | DWYER | California |
| 453 | 03/07/19 | NASSIM ESSAYLI | Kansas, Missouri |
| 454 | 03/07/19 | PUNO | Colorado |
| 455 | 03/08/19 | ANTHONY MCCLENNEN | Iowa |
| 456 | 03/08/19 | DWYER | California |
| 457 | 03/08/19 | NASSIM ESSAYLI | Iowa |
| 458 | 03/08/19 | PUNO | Colorado |
| 459 | 03/09/19 | PUNO | Colorado |
| 460 | 03/10/19 | ADAM ESSAYLI | California |
| 461 | 03/10/19 | ANTHONY MCCLENNEN | Minnesota |
| 462 | 03/10/19 | DWYER | California |
| 463 | 03/10/19 | PUNO | New Mexico |
| 464 | 03/11/19 | ADAM ESSAYLI | California |
| 465 | 03/11/19 | ANTHONY MCCLENNEN | Minnesota |
| 466 | 03/11/19 | DWYER | California |
| 467 | 03/11/19 | NASSIM ESSAYLI | Minnesota |
| 468 | 03/11/19 | PUNO | Arizona |
| 469 | 03/12/19 | ANTHONY MCCLENNEN | Minnesota |
| 470 | 03/12/19 | NASSIM ESSAYLI | Minnesota |
| 471 | 03/12/19 | PUNO | Arizona |

| OVERT ACT | DATE | DEFENDANT | STATE(S) |
|-----------|------|-----------|----------|
| 472 | 03/13/19 | ADAM ESSAYLI | California |
| 473 | 03/13/19 | ANTHONY MCCLENNEN | Minnesota |
| 474 | 03/13/19 | DWYER | California |
| 475 | 03/13/19 | NASSIM ESSAYLI | Minnesota |
| 476 | 03/13/19 | PUNO | Nevada |
| 477 | 03/14/19 | ADAM ESSAYLI | California |
| 478 | 03/14/19 | ANTHONY MCCLENNEN | Minnesota |
| 479 | 03/14/19 | DWYER | California |
| 480 | 03/14/19 | PUNO | Utah |
| 481 | 03/15/19 | ANTHONY MCCLENNEN | Wisconsin |
| 482 | 03/15/19 | PUNO | Utah |
| 483 | 03/16/19 | ADAM ESSAYLI | California |
| 484 | 03/16/19 | ANTHONY MCCLENNEN | Wisconsin |
| 485 | 03/16/19 | DWYER | California |
| 486 | 03/16/19 | NASSIM ESSAYLI | Wisconsin |
| 487 | 03/17/19 | ADAM ESSAYLI | California |
| 488 | 03/17/19 | DWYER | California |
| 489 | 03/17/19 | PUNO | California |
| 490 | 03/18/19 | ANTHONY MCCLENNEN | California |
| 491 | 03/18/19 | DWYER | California |
| 492 | 03/19/19 | PUNO | California |
| 493 | 03/20/19 | ANTHONY MCCLENNEN | California |
| 494 | 03/20/19 | PUNO | California |
| 495 | 04/09/19 | ADAM ESSAYLI | Nevada |
| 496 | 04/10/19 | PUNO | New Hampshire |
| 497 | 04/11/19 | ADAM ESSAYLI | Ohio |

| OVERT ACT | DATE | DEFENDANT | STATE(S) |
|---|---|---|---|
| 498 | 04/11/19 | DWYER | Ohio |
| 499 | 04/12/19 | ADAM ESSAYLI | Pennsylvania |
| 500 | 04/12/19 | ANTHONY MCCLENNEN | California |
| 501 | 04/12/19 | NASSIM ESSAYLI | California |
| 502 | 04/13/19 | ADAM ESSAYLI | Pennsylvania |
| 503 | 04/13/19 | ANTHONY MCCLENNEN | California |
| 504 | 04/13/19 | NASSIM ESSAYLI | California |
| 505 | 04/14/19 | NASSIM ESSAYLI | California |
| 506 | 04/15/19 | DWYER | Pennsylvania |
| 507 | 04/16/19 | ADAM ESSAYLI | Maryland |
| 508 | 04/16/19 | ANTHONY MCCLENNEN | California |
| 509 | 04/16/19 | DWYER | Maryland |
| 510 | 04/16/19 | NASSIM ESSAYLI | California |
| 511 | 04/17/19 | ADAM ESSAYLI | Washington, D.C. |
| 512 | 04/17/19 | DWYER | Virginia |
| 513 | 04/17/19 | PUNO | New Jersey |
| 514 | 04/18/19 | ADAM ESSAYLI | Virginia |
| 515 | 04/18/19 | DWYER | Virginia |
| 516 | 04/18/19 | PUNO | Pennsylvania |
| 517 | 04/19/19 | ADAM ESSAYLI | Tennessee, Virginia |
| 518 | 04/19/19 | ANTHONY MCCLENNEN | California |
| 519 | 04/19/19 | DWYER | Tennessee |
| 520 | 04/19/19 | NASSIM ESSAYLI | California |
| 521 | 04/20/19 | ADAM ESSAYLI | Kentucky |
| 522 | 04/20/19 | ANTHONY MCCLENNEN | California |

| OVERT ACT | DATE | DEFENDANT | STATE(S) |
|---|---|---|---|
| 523 | 04/20/19 | DWYER | Kentucky, Tennessee |
| 524 | 04/20/19 | NASSIM ESSAYLI | California |
| 525 | 04/20/19 | PUNO | Colorado |
| 526 | 04/22/19 | ANTHONY MCLENNEN | California |
| 527 | 04/22/19 | DWYER | Ohio |
| 528 | 04/22/19 | NASSIM ESSAYLI | California |
| 529 | 04/22/19 | PUNO | Colorado |
| 530 | 04/23/19 | ANTHONY MCCLENNEN | California |
| 531 | 04/23/19 | NASSIM ESSAYLI | California |
| 532 | 04/23/19 | PUNO | Colorado |
| 533 | 04/24/19 | ANTHONY MCCLENNEN | California |
| 534 | 04/24/19 | NASSIM ESSAYLI | California |
| 535 | 04/24/19 | PUNO | New Mexico |
| 536 | 04/25/19 | PUNO | Arizona |
| 537 | 04/26/19 | PUNO | Nevada |
| 538 | 04/29/19 | PUNO | Texas |
| 539 | 04/30/19 | PUNO | Texas |
| 540 | 05/01/19 | PUNO | Texas |
| 541 | 05/02/19 | PUNO | Kansas, Oklahoma |
| 542 | 05/03/19 | PUNO | Missouri |
| 543 | 05/04/19 | PUNO | Oklahoma |
| 544 | 05/05/19 | ANTHONY MCCLENNEN | California |
| 545 | 05/06/19 | ADAM ESSAYLI | Nevada |
| 546 | 05/07/19 | ADAM ESSAYLI | Nevada |
| 547 | 05/11/19 | ANTHONY MCCLENNEN | California |

| OVERT ACT | DATE | DEFENDANT | STATE(S) |
|---|---|---|---|
| 548 | 05/14/19 | ANTHONY MCCLENNEN | California |
| 549 | 05/19/19 | ANTHONY MCCLENNEN | California |
| 550 | 05/19/19 | GOODFRIEND | California |
| 551 | 05/19/19 | NASSIM ESSAYLI | California |
| 552 | 05/20/19 | ANTHONY MCCLENNEN | California |
| 553 | 05/20/19 | GOODFRIEND | California |
| 554 | 05/20/19 | NASSIM ESSAYLI | California |
| 555 | 05/21/19 | ANTHONY MCCLENNEN | California |
| 556 | 05/21/19 | GOODFRIEND | California |
| 557 | 05/21/19 | NASSIM ESSAYLI | California |
| 558 | 05/22/19 | ANTHONY MCCLENNEN | California |
| 559 | 05/22/19 | GOODFRIEND | California |
| 560 | 05/22/19 | NASSIM ESSAYLI | California |
| 561 | 05/23/19 | ANTHONY MCCLENNEN | California |
| 562 | 05/23/19 | GOODFRIEND | California |
| 563 | 05/23/19 | NASSIM ESSAYLI | California |
| 564 | 05/24/19 | ANTHONY MCCLENNEN | California |
| 565 | 05/25/19 | ANTHONY MCCLENNEN | California |
| 566 | 05/25/19 | GOODFRIEND | California |
| 567 | 05/25/19 | NASSIM ESSAYLI | California |
| 568 | 05/26/19 | GOODFRIEND | California |
| 569 | 05/26/19 | NASSIM ESSAYLI | California |
| 570 | 05/31/19 | GOODFRIEND | California |
| 571 | 05/31/19 | NASSIM ESSAYLI | California |
| 572 | 06/01/19 | GOODFRIEND | California |
| 573 | 06/01/19 | NASSIM ESSAYLI | California |

| OVERT ACT | DATE | DEFENDANT | STATE(S) |
|-----------|------|-----------|----------|
| 574 | 06/06/19 | GOODFRIEND | California |
| 575 | 06/07/19 | GOODFRIEND | California |
| 576 | 06/08/19 | ADAM ESSAYLI | Nevada |
| 577 | 06/09/19 | ADAM ESSAYLI | Nevada |
| 578 | 06/13/19 | NASSIM ESSAYLI | California |
| 579 | 06/14/19 | GOODFRIEND | California |
| 580 | 06/14/19 | NASSIM ESSAYLI | California |
| 581 | 06/14/19 | PUNO | California |
| 582 | 06/15/19 | ANTHONY MCCLENNEN | California |
| 583 | 06/15/19 | GOODFRIEND | California |
| 584 | 06/15/19 | NASSIM ESSAYLI | California |
| 585 | 06/15/19 | PUNO | California |
| 586 | 06/16/19 | GOODFRIEND | California |
| 587 | 06/16/19 | NASSIM ESSAYLI | California |
| 588 | 06/17/19 | GOODFRIEND | California |
| 589 | 06/17/19 | NASSIM ESSAYLI | California |
| 590 | 06/18/19 | GOODFRIEND | California |
| 591 | 06/18/19 | NASSIM ESSAYLI | California |
| 592 | 06/24/19 | ADAM ESSAYLI | Minnesota |
| 593 | 06/25/19 | ADAM ESSAYLI | Minnesota |
| 594 | 06/25/19 | GOODFRIEND | Georgia |
| 595 | 06/25/19 | HAYS | California |
| 596 | 06/25/19 | NASSIM ESSAYLI | Georgia |
| 597 | 06/25/19 | PUNO | Georgia |
| 598 | 06/26/19 | ADAM ESSAYLI | Wisconsin |
| 599 | 06/26/19 | GOODFRIEND | Georgia |

| OVERT ACT | DATE | DEFENDANT | STATE(S) |
|---|---|---|---|
| 600 | 06/26/19 | NASSIM ESSAYLI | Florida |
| 601 | 06/26/19 | PUNO | South Carolina |
| 602 | 06/27/19 | ADAM ESSAYLI | Wisconsin |
| 603 | 06/27/19 | GOODFRIEND | Florida |
| 604 | 06/27/19 | HAYS | California |
| 605 | 06/27/19 | NASSIM ESSAYLI | Florida |
| 606 | 06/27/19 | PUNO | Florida |
| 607 | 06/28/19 | ADAM ESSAYLI | Illinois |
| 608 | 06/28/19 | GOODFRIEND | Florida |
| 609 | 06/28/19 | NASSIM ESSAYLI | Florida |
| 610 | 06/28/19 | PUNO | Florida |
| 611 | 06/29/19 | ADAM ESSAYLI | Illinois |
| 612 | 06/29/19 | GOODFRIEND | Florida |
| 613 | 06/29/19 | NASSIM ESSAYLI | Florida |
| 614 | 06/29/19 | PUNO | Florida |
| 615 | 06/30/19 | ADAM ESSAYLI | Illinois |
| 616 | 06/30/19 | PUNO | Florida |
| 617 | 07/01/19 | ADAM ESSAYLI | Illinois |
| 618 | 07/01/19 | GOODFRIEND | Florida |
| 619 | 07/01/19 | PUNO | Florida |
| 620 | 07/02/19 | ADAM ESSAYLI | Illinois |
| 621 | 07/02/19 | GOODFRIEND | Florida |
| 622 | 07/02/19 | HAYS | California |
| 623 | 07/02/19 | NASSIM ESSAYLI | Florida |
| 624 | 07/03/19 | ANTHONY MCCLENNEN | California |
| 625 | 07/03/19 | GOODFRIEND | North Carolina |

| OVERT ACT | DATE | DEFENDANT | STATE(S) |
|---|---|---|---|
| 626 | 07/03/19 | GOODFRIEND | South Carolina |
| 627 | 07/03/19 | NASSIM ESSAYLI | North Carolina, South Carolina |
| 628 | 07/03/19 | PUNO | North Carolina |
| 629 | 07/04/19 | DWYER | New York |
| 630 | 07/04/19 | GOODFRIEND | Virginia |
| 631 | 07/04/19 | NASSIM ESSAYLI | Virginia |
| 632 | 07/04/19 | PUNO | Maryland |
| 633 | 07/05/19 | DWYER | New York |
| 634 | 07/06/19 | DWYER | New York |
| 635 | 07/06/19 | GOODFRIEND | New Jersey, Pennsylvania |
| 636 | 07/06/19 | HAYS | California |
| 637 | 07/06/19 | NASSIM ESSAYLI | New Jersey |
| 638 | 07/06/19 | PUNO | Pennsylvania |
| 639 | 07/07/19 | DWYER | New York |
| 640 | 07/08/19 | NASSIM ESSAYLI | New Jersey |
| 641 | 07/09/19 | NASSIM ESSAYLI | Connecticut |
| 642 | 07/09/19 | PUNO | Connecticut |
| 643 | 07/10/19 | NASSIM ESSAYLI | Connecticut |
| 644 | 07/10/19 | PUNO | Massachusetts |
| 645 | 07/11/19 | DWYER | New York |
| 646 | 07/12/19 | NASSIM ESSAYLI | Massachusetts |
| 647 | 07/12/19 | PUNO | Massachusetts |
| 648 | 07/13/19 | NASSIM ESSAYLI | Massachusetts, Maine |
| 649 | 07/14/19 | ANTHONY MCCLENNEN | Oregon, Washington |

| OVERT ACT | DATE | DEFENDANT | STATE(S) |
|-----------|------|-----------|----------|
| 650 | 07/14/19 | NASSIM ESSAYLI | New Hampshire, Massachusetts |
| 651 | 07/15/19 | ANTHONY MCCLENNEN | Washington |
| 652 | 07/16/19 | ANTHONY MCCLENNEN | Oregon |
| 653 | 07/16/19 | ANTHONY MCCLENNEN | Washington |
| 654 | 07/16/19 | HAYS | California |
| 655 | 07/16/19 | NASSIM ESSAYLI | Massachusetts |
| 656 | 07/17/19 | NASSIM ESSAYLI | Massachusetts |
| 657 | 07/17/19 | NASSIM ESSAYLI | Rhode Island |
| 658 | 07/18/19 | ANTHONY MCCLENNEN | California |
| 659 | 07/18/19 | NASSIM ESSAYLI | Pennsylvania |
| 660 | 07/18/19 | RICHARD MCCLELLEN | California |
| 661 | 07/19/19 | ADAM ESSAYLI | Nevada |
| 662 | 07/19/19 | ANTHONY MCCLENNEN | California |
| 663 | 07/19/19 | RICHARD MCCLELLEN | California |
| 664 | 07/20/19 | ANTHONY MCCLENNEN | California |
| 665 | 07/21/19 | ANTHONY MCCLENNEN | California |
| 666 | 07/21/19 | GOODFRIEND | Pennsylvania |
| 667 | 07/21/19 | NASSIM ESSAYLI | Pennsylvania, West Virginia |
| 668 | 07/21/19 | RICHARD MCCLELLEN | California |
| 669 | 07/22/19 | ANTHONY MCCLENNEN | California |
| 670 | 07/22/19 | GOODFRIEND | Ohio |
| 671 | 07/22/19 | NASSIM ESSAYLI | Ohio |
| 672 | 07/22/19 | PUNO | Virginia |
| 673 | 07/22/19 | RICHARD MCCLELLEN | California |

**SELECT OVERT ACTS RELATED TO WEDDING AND BABY REGISTRY DISCOUNTS**

Overt Acts Nos. 674-696: On or about the following dates, defendants OSSEILY and NASSIM ESSAYLI exchanged the following text messages and screenshots:

| OVERT ACT | DATE | SENDER | CONTENT |
|---|---|---|---|
| 674 | 07/28/17 | OSSEILY | "Send me your email I will send you registry. Ask shane [i.e., defendant MYBURGH] or you to open registry wedding, and to add some wedding and home items on, then add the ipads on it the ones you will buy." |
| 675 | 07/29/17 | NASSIM ESSAYLI | Photograph of U.S. Retailer 1 receipt showing use of baby registry discount and Team Member discount. |
| 676 | 01/07/18 | OSSEILY | Screenshots of registry coupons. |
| 677 | 01/07/18 | NASSIM ESSAYLI | "It's so easy to make registry no[w]." |
| 678 | 04/12/18 | OSSEILY | "Plz send me the screen shot of the registry. That you were using. Now plz. Shane [i.e., defendant MYBURGH] need it." |
| 679 | 04/12/18 | NASSIM ESSAYLI | Screenshot of a wedding registry barcode titled "Jack and Jecika's registry." |
| 680 | 07/06/18 | OSSEILY | Screenshot of a wedding registry barcode titled "Rich and Jane's registry." |
| 681 | 07/06/18 | NASSIM ESSAYLI | "Ummmmm. Something is glitching for me." |
| 682 | 07/06/18 | OSSEILY | Screenshots of registry barcodes, each stating "15% off in store for items left on your registry." |
| 683 | 08/04/18 | OSSEILY | "I just sent you 10 registry plz use them in big transaction, it is hard to get nowadays. But I will keep my eyes on them, thx." |
| 684 | 09/10/18 | OSSEILY | "Make sure your registry is still working before you start work, or you need to create a new one." |

| OVERT ACT | DATE | SENDER | CONTENT |
|---|---|---|---|
| 685 | 09/10/18 | NASSIM ESSAYLI | "my registry has worked three stores in a row now." |
| 686 | 09/10/18 | NASSIM ESSAYLI | Photographs of U.S. Retailer 1 receipts showing use of wedding registry and Team Member discount. |
| 687 | 09/17/18 | OSSEILY | "Now download [U.S. Retailer 1] Registry just the app and then create a new Registry with wedding items first." |
| 688 | 09/17/18 | NASSIM ESSAYLI | "Ok It's downloading very slowly." |
| 689 | 09/17/18 | NASSIM ESSAYLI | "Great job ABU registery works. TY." Photographs of U.S. Retailer 1 receipts showing use of wedding registry discount and Team Member discount. |
| 690 | 09/17/18 | OSSEILY | "My pleasure bro." |
| 691 | 09/21/18 | NASSIM ESSAYLI | "Confirmed! You can scan registry and then scan more items in to transaction and it will still work." |
| 692 | 09/21/18 | NASSIM ESSAYLI | Photographs of U.S. Retailer 1 receipts showing use of wedding registry discount and Team Member discount. |
| 693 | 12/18/18 | NASSIM ESSAYLI | "I need more registries. I will check my other folder maybe 1 maybe 2 or maybe Zero." |
| 694 | 12/18/18 | OSSEILY | "Ok check and I will send u soon." |
| 695 | 06/07/19 | NASSIM ESSAYLI | "Send me registries. 15%!" |
| 696 | 06/07/19 | OSSEILY | "I added it already to the registry. You can scan these two barcodes at the store." Screenshot of coupon with two barcodes titled "15% off in store for items left on your registry." Screenshot of Loyalty Account with image of PlayStation 4 and text, "This item is on your registry." |

Overt Acts Nos. 697-719: On or about the following dates, defendants OSSEILY and ADAM ESSAYLI exchanged the following text messages, screenshots, and photographs:

| OVERT ACT | DATE | SENDER | CONTENT |
|---|---|---|---|
| 697 | 11/08/17 | OSSEILY | "1) rain<br>2) registry a-coupon b-your reg.<br>3) tea[m]<br>4) 5% category" |
| 698 | 11/09/17 | OSSEILY | Screenshot of registry barcode for "Jimmy and Jane's registry." |
| 699 | 11/10/17 | OSSEILY | "Use registry & sto card coupon." |
| 700 | 11/12/17 | ADAM ESSAYLI | Photograph of U.S. Retailer 1 receipt showing use of baby registry discount and Team Member discount. |
| 701 | 11/12/17 | ADAM ESSAYLI | "Do you not want me to buy with registry when I try to buy 2 xboxes at this next store" |
| 702 | 11/12/17 | OSSEILY | "First transaction for the coupons is trial. If you are buying more than 2X boxes or three yes use the registry. Send me a receipt of a good transaction." |
| 703 | 11/12/17 | ADAM ESSAYLI | Photograph of U.S. Retailer 1 receipt showing use of the baby registry discount and Team Member discount. |
| 704 | 09/07/18 | OSSEILY | "Please every body create a new registry for his own and add all items you are buying. No need to have email, put any email on registry." |
| 705 | 09/07/18 | ADAM ESSAYLI | Photograph of U.S. Retailer 1 receipt showing use of the wedding registry discount and Team Member discount. |
| 706 | 09/07/18 | OSSEILY | "Good start buddy." |
| 707 | 10/03/18 | ADAM ESSAYLI | "Missing registry on some . . . ."<br><br>Photograph of U.S. Retailer 1 receipt showing use of wedding registry discount on two of seven items purchased. |
| 708 | 10/03/18 | OSSEILY | "Waw almost missing registry on all." |

| OVERT ACT | DATE | SENDER | CONTENT |
|---|---|---|---|
| 709 | 10/03/18 | ADAM ESSAYLI | Photograph of U.S. Retailer 1 receipt showing use of wedding registry discount on five of seven items purchased. |
| 710 | 10/03/18 | OSSEILY | "Please please do registry on everything." |
| 711 | 10/03/18 | ADAM ESSAYLI | "I couldn't." |
| 712 | 10/03/18 | ADAM ESSAYLI | Photograph of U.S. Retailer 1 receipt showing use of wedding registry discount on five of seven items purchased. |
| 713 | 10/03/18 | OSSEILY | "Great. Still in every receipt there are two Apple Watch are not on registry. But it's still very good transaction." |
| 714 | 10/07/18 | ADAM ESSAYLI | Photograph of U.S. Retailer 1 receipt showing use of wedding registry discount on three of five items purchased. |
| 715 | 10/07/18 | OSSEILY | "Please add every single item u r buying to registry. Because no rain check and no registry is losing money if you miss both. . . . This transaction is not losing money it is making 85$ all the transaction. No need for return. Just for future try not to lose two discounts." |
| 716 | 10/08/18 | ADAM ESSAYLI | Photograph of U.S. Retailer 1 receipt showing use of wedding registry discount on all five items purchased. |
| 717 | 11/10/18 | ADAM ESSAYLI | "All ps4 pro are good yes?" |
| 718 | 11/10/18 | OSSEILY | "Yes if you add to registry." |
| 719 | 11/11/18 | ADAM ESSAYLI | "Same registry still up. I will make a new one each day." |

Overt Acts Nos. 720-742: On or about the following dates, defendants OSSEILY and NASRALLAH exchanged the following text messages, screenshots, and photographs:

| OVERT ACT | DATE | SENDER | CONTENT |
|---|---|---|---|
| 720 | 06/11/17 | OSSEILY | Screenshot of 15% gift registry coupon. |
| 721 | 06/05/18 | OSSEILY | "Check all your registries if you received any coupon plz send it and let me know." |
| 722 | 06/05/18 | NASRALLAH | "No. I haven't opened any lately." |
| 723 | 06/05/18 | OSSELIY | "Check the old ones from your phone, if you received any, I need." |
| 724 | 09/17/18 | OSSEILY | "Sent registry" |
| 725 | 09/17/18 | NASRALLAH | Photographs of U.S. Retailer 1 receipts showing purchases using the wedding and baby registry discounts. |
| 726 | 09/17/18 | NASRALLAH | "Send me more registry." |
| 727 | 09/18/18 | NASRALLAH | Photographs of U.S. Retailer 1 receipts showing purchases using the wedding registry discount. |
| 728 | 09/18/18 | OSSEILY | "Good job." |
| 729 | 09/20/18 | NASRALLAH | "Can u send me 2 different registry online code let me see if that works." |
| 730 | 09/20/18 | OSSEILY | "1 baby, 41 wedding," followed by more than 30 gift registry numbers. |
| 731 | 09/21/18 | NASRALLAH | "Send me registry picture. Just one now." |
| 732 | 09/22/18 | OSSEILY | "Sent 3." Screenshots of three gift registry coupons stating, "15% off in store for items left on your registry." |
| 733 | 09/22/18 | NASRALLAH | Photographs of U.S. Retailer 1 receipts showing purchases using the baby registry and wedding registry discounts. |
| 734 | 10/05/18 | NASRALLAH | Photographs of U.S. Retailer 1 receipts showing purchases using the baby registry and wedding registry discounts. |
| 735 | 10/05/18 | OSSEILY | "Registry perfect. Get more Apple Watch if they approve on the Apple Watch." |
| 736 | 10/20/18 | NASRALLAH | "Send me more registry please." |

| OVERT ACT | DATE | SENDER | CONTENT |
|---|---|---|---|
| 737 | 10/20/18 | OSSEILY | "Ok." |
| 738 | 11/27/18 | NASRALLAH | Photographs of U.S. Retailer 1 receipts showing purchases using the baby registry discount. |
| 739 | 12/12/18 | OSSEILY | "Send me registry plz. Mine all saying used why." |
| 740 | 12/12/18 | NASRALLAH | "I will send you." |
| 741 | 12/12/18 | OSSEILY | "Send one now 15%. Screen shot urgent. Then send me email after." |
| 742 | 12/12/18 | NASRALLAH | Screenshot of gift registry coupon stating "15% off in store for items left on your registry." |

Overt Acts Nos. 743-769: On or about the following dates, defendants OSSEILY and MYBURGH exchanged the following text messages, images, and video clip:

| OVERT ACT | DATE | SENDER | CONTENT |
|---|---|---|---|
| 743 | 02/09/18 | MYBURGH | "Have we tried registry recently?" |
| 744 | 02/09/18 | OSSEILY | "One week ago. Was not good. We will try on Sunday." |
| 745 | 04/09/18 | MYBURGH | "P sure I'm out of registries. Just went through all of them to get one working." |
| 746 | 04/09/18 | OSSEILY | "Ok." Screenshot of coupon stating, "15% off in store for items on your registry." |
| 747 | 04/10/18 | MYBURGH | "Need registry screenshot. ASAP. I'm in transaction. Big one." |
| 748 | 04/10/18 | OSSEILY | Screenshot of a registry barcode titled "Jack and Jecika's registry." |

| OVERT ACT | DATE | SENDER | CONTENT |
|---|---|---|---|
| 749 | 05/06/18 | MYBURGH | Screenshot of U.S. Retailer 1's webpage describing "15% Off Coupon Policy" for gift registries, which states, among other things, that gift registry coupons are "[v]oid if . . . transferred." |
| 750 | 07/31/18 | MYBURGH | "Are baby registries same. I would assume they both work fine." |
| 751 | 07/31/18 | OSSEILY | "Yes they are working, but they are cheaper. But you can make for the same email 2, both baby and wedding for the same email works. I tried that." |
| 752 | 08/04/18 | OSSEILY | "I need a lot." |
| 753 | 08/07/18 | MYBURGH | "I am creating everyday, they are working fine now, I'm piling them up." |
| 754 | 08/10/18 | OSSEILY | "I need more cps plz." |
| 755 | 08/10/18 | MYBURGH | "I'm making every day, should be on par to consistently get 20 everyday soon. They aren't getting deleted now." |
| 756 | 08/15/18 | MYBURGH | Video clip showing spreadsheet titled "Reg files.xlsx" containing over 100 email addresses, accompanied by descriptions such as "baby and wed." |
| 757 | 08/19/18 | MYBURGH | "You have 29 cps in email, all are wedding but two of them so total is 860, waiting on another 18 for tomorrow." |
| 758 | 08/19/18 | OSSEILY | "That is such good news. Sent." |
| 759 | 08/19/18 | MYBURGH | "I will label the baby registries with b at the end." |
| 760 | 08/25/18 | MYBURGH | "You have 21 coupons in email, one 7cps one 14cps. More coming tomorrow.  I sent the 7cps on Aug22." |
| 761 | 08/26/18 | MYBURGH | "You just received another 26cps . . . 47 Total . . . I'm scaling up to 30/day and I'm working 7 days a week now. Idk if I can push harder that 30/day but we can see once with next set comes in." |
| 762 | 08/27/18 | MYBURGH | "17 sent, more tomorrow. 1 baby in batch. Total out 16w+1b." |

| OVERT ACT | DATE | SENDER | CONTENT |
|---|---|---|---|
| 763 | 08/27/18 | MYBURGH | "+18 sent, all wedding today. +540. 35 out 1 baby Total 1045. More tomorrow." |
| 764 | 09/02/18 | MYBURGH | "Can you send the money for ones I have sent you already have a lot coming tonight that I've been saving." |
| 765 | 09/02/18 | OSSEILY | "Yes how much I owe you?" |
| 766 | 09/02/18 | MYBURGH | "1045 right now and then I'll send you new invoice for ones tonight. There's quite a lot!" |
| 767 | 09/06/18 | OSSEILY | "How many registry are you doing in a day." |
| 768 | 09/06/18 | MYBURGH | "25 at a time." |
| 769 | 09/06/18 | OSSEILY | "Good." |

Overt Acts Nos. 770-805: On or about the following dates, defendants OSSEILY and B.K. ESSAYLI exchanged the following text messages, documents, and images:

| OVERT ACT | DATE | SENDER | CONTENT |
|---|---|---|---|
| 770 | 02/08/17 | B.K. ESSAYLI | Document containing 15% gift registry coupon. |
| 771 | 02/08/17 | OSSEILY | "Is this baby or wedding or??" |
| 772 | 02/08/17 | B.K. ESSAYLI | "I don't know. I buy them from someone and I sell them. He doesn't tell me." |
| 773 | 02/08/17 | OSSEILY | "Ok I will try both registries." |
| 774 | 02/13/17 | B.K. ESSAYLI | Two documents containing 15% gift registry coupons. |
| 775 | 02/13/17 | B.K. ESSAYLI | "Try those." |
| 776 | 02/23/17 | OSSEILY | Screenshot of a PayPal receipt for $300 stating, "Thank[s] for 20 reg." |

| OVERT ACT | DATE | SENDER | CONTENT |
|---|---|---|---|
| 777 | 02/23/17 | B.K. ESSAYLI | "I'm sending you coupons to your email now." |
| 778 | 02/27/17 | B.K. ESSAYLI | "Let me know if you need more." |
| 779 | 02/27/17 | OSSEILY | "If they will not be expire before I use them, I can buy more up to 40, I can keep them with me if any sale come soon." |
| 780 | 02/27/17 | B.K. ESSAYLI | "Please don't give them out to people and don't tell people I'm giving them to you." |
| 781 | 02/27/17 | OSSEILY | "Ok bro no worries top secrete." |
| 782 | 03/11/17 | OSSEILY | "do u still have registry? |
| 783 | 03/11/17 | B.K. ESSAYLI | "Eh. Do you need?" |
| 784 | 03/11/17 | OSSEILY | "Yes I should work." |
| 785 | 03/11/17 | B.K. ESSAYLI | "Ok tell me how many." |
| 786 | 03/11/17 | OSSEILY | "I want 20, and maybe I will ask for another 20 later, but for tomorrow 20 only". |
| 787 | 03/12/17 | OSSEILY | "I will send u. 300 now. Send me 20 only plz." |
| 788 | 03/12/17 | OSSEILY | Screenshot of a receipt stating, "You sent $300.00 to Khalil Essayli." |
| 789 | 03/12/17 | B.K. ESSAYLI | "Ok just sent. Check your email." |
| 790 | 03/17/17 | OSSEILY | "I want 50 registry plz." |
| 791 | 03/17/17 | B.K. ESSAYLI | "Send me the money friends and family please so no fees." |
| 792 | 03/17/17 | OSSEILY | "Ok sure. Sent bro." |
| 793 | 03/17/17 | B.K. ESSAYLI | "Got it. I'll send you the coupons in a bit." |
| 794 | 09/28/17 | B.K. ESSAYLI | "I can get 15% from my guy next week. He's charging me $19 so my cost is $20 each. Let me know how many you need so I can tell him." |

| OVERT ACT | DATE | SENDER | CONTENT |
|---|---|---|---|
| 795 | 09/28/17 | OSSEILY | "Hi, I can take 50. I can take them on Monday, I pay you 1000$ Monday." |
| 796 | 10/07/17 | B.K. ESSAYLI | "Bad news man. . . . They canceled all the registries." |
| 797 | 10/07/17 | OSSEILY | "No way. . . . Also the coupons, or only the registries." |
| 798 | 10/07/17 | B.K. ESSAYLI | "The coupons. All of them. All canceled." |
| 799 | 10/07/17 | OSSEILY | "Omg. So how can we work." |
| 800 | 10/07/17 | B.K. ESSAYLI | "No idea. I am still looking. . . . Yea man it sucks." |
| 801 | 10/07/17 | OSSEILY | "Bro can you get me 50 coupons, I can pay $25 each." |
| 802 | 10/07/17 | B.K. ESSAYLI | "Bro I told you the coupons aren't working. I'm not hiding them from you." |
| 803 | 10/07/17 | OSSEILY | "I mean if you have old registry ones not expired yet? I heard that you cant do new registry, but if you already have one it should work." |
| 804 | 10/07/17 | B.K. ESSAYLI | "I don't." |
| 805 | 10/07/17 | OSSEILY | "Ok bro, plz if you get a chance to get any coupon in future let me know. Thx." |

Overt Acts Nos. 806-849: On or about the following dates, defendants OSSEILY and a CC-5 exchanged the following text messages and screenshots:

| OVERT ACT | DATE | SENDER | CONTENT |
|---|---|---|---|
| 806 | 03/21/16 | OSSEILY | "Are you still selling [U.S. Retailer 1] discounts registry? . . . Plz when you receive any new let me know I want them." |

| OVERT ACT | DATE | SENDER | CONTENT |
|---|---|---|---|
| 807 | 03/25/16 | OSSEILY | "Good morning did u have [U.S. Retailer 1] 15%?    . . . When u receive plz let me know." |
| 808 | 04/05/16 | OSSEILY | "Do you have 15%? . . . When do you have I want some please." |
| 809 | 05/23/16 | OSSEILY | "Hi, Any news about [U.S. Retailer 1] discounts? Do u have or are they still making?" |
| 810 | 06/07/16 | OSSEILY | "Any discount for [U.S. Retailer 1]?" |
| 811 | 06/17/16 | OSSEILY | "Did u receive registry coupon?" |
| 812 | 02/08/17 | OSSEILY | "I sow on ebay registry 15% off is that you, if yes let me know i would like to buy some." |
| 813 | 02/08/17 | CC-5 | "yes, I have some." |
| 814 | 02/08/17 | OSSEILY | "Ok so I will buy one and try if it works I will buy more." |
| 815 | 02/13/17 | OSSEILY | "Hi can u send me one coupon now registry. I want to buy one. I will send you money by paypall. . . . Please send me [U.S. Retailer 1] registry 15% coupon." |
| 816 | 02/13/17 | CC-5 | "sent. my paypal pt[*****]07@gmail.com." |
| 817 | 02/15/17 | CC-5 | "How many do you need." |
| 818 | 02/15/17 | OSSEILY | "20." |
| 819 | 02/15/17 | OSSEILY | "How much u give them for me." |
| 820 | 02/15/17 | CC-5 | "This time 15, sometime $35, $25. On Dec I did $50." |
| 821 | 02/16/17 | OSSEILY | "Good morning, I sent $300. . . . You can send them to usaili.abd@gmail.com." |
| 822 | 02/26/17 | OSSEILY | "If I want 50 more when can u sent them?" |
| 823 | 02/26/17 | CC-5 | "I will send 20 in tomorrow      morning. . . . but if you need 50 more, I need 1-2 weeks." |
| 824 | 03/05/17 | CC-5 | "I will have 30 tomorrow, do you still need them?" |

| OVERT ACT | DATE | SENDER | CONTENT |
|---|---|---|---|
| 825 | 03/05/17 | OSSEILY | "Yes plz save them fir me." |
| 826 | 03/06/17 | OSSEILY | "I will send money now total 450 []right?" |
| 827 | 03/16/17 | OSSEILY | "I need 20 more, let me know when they will be available." |
| 828 | 07/28/17 | OSSEILY | "Do u have [U.S. Retailer 1] 15% regt. . . . How much best price. . . .   How much you can for 50 quantity." |
| 829 | 07/28/17 | CC-5 | "750 plus bonus 10." |
| 830 | 07/28/17 | OSSEILY | "Ok deal for today, let them be ready. Send me your paypal account and I will send the money. . . . 750 been sent." |
| 831 | 08/01/17 | OSSEILY | "Ok I want now 65 registry, plz for 750$ and you can send me extra if you want thx." |
| 832 | 08/02/17 | OSSEILY | "I need 20 min every day, starting from today." |
| 833 | 08/15/17 | OSSEILY | "Hi any registry today?? . . . Plz try to make more registry I will by them all, don't worry." |
| 834 | 08/18/17 | OSSEILY | "I can buy 20 every day from you." |
| 835 | 08/23/17 | OSSEILY | "My order is now 100 pcs. How many can you send every day?" |
| 836 | 08/27/17 | OSSEILY | "You can send me up to 100 registry." |
| 837 | 08/28/17 | OSSEILY | "I will buy all the ones you have, don't offer anybody, I buy all, I want large quantity." |
| 838 | 09/10/17 | OSSEILY | "I want another 100, but I want to receive them after 10 days if they are good only for 1 month." |
| 839 | 09/10/17 | CC-5 | "Ok, I will send on 9.20." |

| OVERT ACT | DATE | SENDER | CONTENT |
|-----------|------|--------|---------|
| 840 | 09/23/17 | OSSEILY | "Is the registry coupon still working I was on vacation the last two weeks I didn't try. You can send me the 100 coupons starting from Monday please ten every day is good. . . . After I use them it will take me two weeks I will order another hundred." |
| 841 | 10/07/17 | OSSEILY | "It is hard now a days to use the registry, can you do better price if I order large quantity? Can you do 10$ or 15$ if I order another 100. . . . I am not alone using them, my cousins are helping me." |
| 842 | 10/07/17 | CC-5 | "Ok, when you need 100?" |
| 843 | 10/07/17 | OSSEILY | "Now if you can." |
| 844 | 10/17/17 | OSSEILY | "Hi, I need 15% registry, I finish all. I need 50 plz." |
| 845 | 10/24/17 | OSSEILY | "Good morning, plz don't forget me, I [n]eed alot, keep ordering as much as you can. I will start paying you 25 for each, I want all what you receive. I want 25 every day from now till new year." |
| 846 | 11/03/17 | OSSEILY | "I will send you 2500 gift card soon, for another 100. . . .  I sent you 5*500=2500$ total" |
| 847 | 11/09/17 | OSSEILY | "How many do you have now, I will take all." |
| 848 | 11/09/17 | CC-5 | "Maybe 50." |
| 849 | 11/09/17 | OSSEILY | "Only I need more. Plz send me tonight as much as you can, I will send you more money when you need." |

Overt Act No. 850:  On or about May 23, 2017, defendant OSSEILY

sent CC-4 a U.S. Retailer 1 advertisement showing a same-sex couple

in wedding attire embracing in front of the words, "That's love. BE

YOURSELF, TOGETHER. Build a [U.S. Retailer 1] Wedding Gift Registry

1  as unique as the two of you," followed by a text messages stating,

2  "Haha."

3  ### SELECT OVERT ACTS RELATED TO FLAT-RATE DISCOUNTS

4  #### Communications Between Defendants OSSEILY and B.K. ESSAYLI

5  <u>Overt Acts Nos. 851-886</u>: On or about the following dates,

6  defendants OSSEILY and B.K. ESSAYLI exchanged the following text

7  messages and other items:

| OVERT ACT | DATE | SENDER | CONTENT |
|-----------|------|--------|---------|
| 851 | 02/27/17 | OSSEILY | "Salam bro, can you please sent me the 10$ coupon and I pay for that, and I keep it top top secrete. But plz tell me how much it cost first and when does it expire. Thx." |
| 852 | 02/27/17 | B.K. ESSAYLI | "Who told you I have it." |
| 853 | 02/27/17 | OSSEILY | "Try to get it if you can. Nobody[.] I am guessing, since you are like me smart." |
| 854 | 02/27/17 | B.K. ESSAYLI | "Hahaha I don't have it. But how much would you pay for it. If I get it." |
| 855 | 02/27/17 | OSSEILY | "Try to get it and we both make money, and I will make you happy." |
| 856 | 02/27/17 | B.K. ESSAYLI | "I know someone whos selling a $5 off coupon. You can scan unlimited times. And it doesn't expire. But he's asking a lot. $2000." |
| 857 | 02/27/17 | OSSEILY | "Great for how much" |
| 858 | 02/27/17 | B.K. ESSAYLI | "If you want we can pay half half." |
| 859 | 02/27/17 | OSSEILY | "Waw but that is too much. Do u think it is worth it?" |
| 860 | 02/27/17 | B.K. ESSAYLI | "It doesn't expire. And you can scan as many times as you want. I asked him why. For that much. He said because people send it to other people." |

| OVERT ACT | DATE | SENDER | CONTENT |
|---|---|---|---|
| 861 | 02/27/17 | OSSEILY | "If it is 20$ I think it is worth it, and we don't send it to any body." |
| 862 | 02/27/17 | B.K. ESSAYLI | "I don't think there is a $20 one man. Bas up to you. I would pay a 1000 but not 2000." |
| 863 | 02/27/17 | OSSEILY | "Sorry I don't want it." |
| 864 | 02/27/17 | B.K. ESSAYLI | "Ok. How much would you pay so I can offer him. Would you pay 800 and I pay 1200? Remember it is unlimited scans. Never expires. . . . We can split it. I'm okay to pay 1250 if you are ok paying 750. Because it's worth it for me. But I can't pay 2000." |
| 865 | 02/27/17 | OSSEILY | "I don't think I can do it. . . . If it is 10$ I am ok to pay that, but for the 5 give me some time to answer u." |
| 866 | 02/27/17 | B.K. ESSAYLI | "I think if he has a $10 one he's gonna want like $5000 hahah." |
| 867 | 03/08/17 | B.K. ESSAYLI | "Can you do $500." |
| 868 | 03/08/17 | OSSEILY | "No sorry bro I can go only 400 for this one." |
| 869 | 03/08/17 | B.K. ESSAYLI | "He's not gonna accept. He won't go lower than 1200.  I was gonna pay 700 if you did 500." |
| 870 | 03/09/17 | OSSEILY | "I want it, I can go 500, but I want to talk to u" |
| 871 | 03/09/17 | B.K. ESSAYLI | "He doesn't want to sell it anymore. He doesn't want to risk it being stopped he said." |
| 872 | 03/09/17 | OSSEILY | "See what you can do and let me know plz, try one more time if you can. I need it." |
| 873 | 03/09/17 | B.K. ESSAYLI | "Bro I can't keep asking him. I get the 15% from him I don't want him to be mad." |

| OVERT ACT | DATE | SENDER | CONTENT |
|---|---|---|---|
| 874 | 03/11/17 | OSSEILY | "Can u check plz if I can buy the $5 coupon. I am ok with half of your cost, let us split 50/50." |
| 875 | 03/11/17 | B.K. ESSAYLI | "I'll ask." |
| 876 | 03/11/17 | OSSEILY | "Please check I have to work tomorrow I need it." |
| 877 | 03/11/17 | B.K. ESSAYLI | "He won't sell it." |
| 878 | 03/11/17 | OSSEILY | "I can pay 600 if u pay also 600 we should get it, for 1200 if he wants." |
| 879 | 03/16/17 | B.K. ESSAYLI | "The guy is selling a $10 gift card coupon for $3000. It works on anything. It works on iTunes if you buy something else for $10 or more and you can scan it as many times as you want. Never expires." |
| 880 | 03/16/17 | OSSEILY | "I wish you told me about that at the beginning of the week, so i can take the advantage of the sale." |
| 881 | 03/16/17 | B.K. ESSAYLI | "He just told me." |
| 882 | 03/17/17 | OSSEILY | "Can u ask him plz if he has one for 20$ I can go 3k." |
| 883 | 03/17/17 | B.K. ESSAYLI | "He doesn't. He tells me when he gets new ones. . . . You don't want the $10. . . . Let me know about the $10." |
| 884 | 03/17/17 | OSSEILY | "Ok i will check if there is coming another sale soon." |
| 885 | 03/17/17 | B.K. ESSAYLI | "Ok. The $10 coupon works on psn too. $10 gift card coupon. So you don't need a sale. Just letting [you] know." |
| 886 | 03/17/17 | OSSEILY | "I am good for coupon, I want to focus on apple watch now." |

**Defendant NASSIM ESSAYLI's 10-Day Florida Purchasing Trip**

Overt Acts Nos. 887-896: On or about March 27, 2017, at approximately the following times, defendant NASSIM ESSAYLI bought gaming gift cards from self-checkout registers at the following U.S. Retailer 1 stores in Florida. During each transaction, defendant NASSIM ESSAYLI scanned a $5 coupon the following number of times to obtain the following discounts:

| OVERT ACT | TIME (EST) | STORE | GIFT CARD VALUE | TIMES $5 COUPON SCANNED | RESULTING DISCOUNT | TOTAL PAID |
|---|---|---|---|---|---|---|
| 887 | 6:24 p.m. | Dadeland | $260 | 32 | $160 | $100 |
| 888 | 6:28 p.m. | Dadeland | $340 | 34 | $170 | $170 |
| 889 | 7:09 p.m. | Dadeland South | $260 | 37 | $185 | $75 |
| 890 | 7:16 p.m. | Dadeland South | $470 | 38 | $280 | $190 |
| 891 | 8:18 p.m. | Kendall | $230 | 32 | $160 | $70 |
| 892 | 8:20 p.m. | Kendall | $300 | 51 | $255 | $45 |
| 893 | 10:16 p.m. | North Miami | $200 | 32 | $160 | $40 |
| 894 | 10:20 p.m. | North Miami | $330 | 50 | $250 | $80 |
| 895 | 10:24 p.m. | North Miami | $300 | 40 | $200 | $100 |
| 896 | 10:27 p.m. | North Miami | $200 | 35 | $175 | $25 |

Overt Act No. 897: On or about March 27, 2017, at approxiamtely 11:07 p.m., defendant NASSIM ESSAYLI sent defendant OSSEILY photographs of receipts of his March 27, 2017 purchases using the $5 coupon, along with the text messages, "03/27/2017. Day 1. . . .

Please confirm did you receive"; defendant OSSEILY replied, "Yes thx."

Overt Acts Nos. 898-919: On or about March 28, 2017, at approximately the following times, defendant NASSIM ESSAYLI bought gaming gift cards from self-checkout registers at the following U.S. Retailer 1 stores in Florida.  During each transaction, defendant NASSIM ESSAYLI scanned a $5 coupon the following number of times to obtain the following discounts:

| OVERT ACT | TIME (EST) | STORE | GIFT CARD VALUE | TIMES $5 COUPON SCANNED | RESULTING DISCOUNT | TOTAL PAID |
|---|---|---|---|---|---|---|
| 898 | 12:26 p.m. | Aventura | $260 | 52 | $260 | $0 |
| 899 | 12:31 p.m. | Aventura | $515 | 67 | $335 | $180 |
| 900 | 1:33 p.m. | Hollywood | $360 | 52 | $260 | $100 |
| 901 | 1:36 p.m. | Hollywood | $330 | 46 | $230 | $100 |
| 902 | 1:39 p.m. | Hollywood | $280 | 42 | $210 | $70 |
| 903 | 1:42 p.m. | Hollywood | $400 | 70 | $350 | $50 |
| 904 | 1:45 p.m. | Hollywood | $300 | 52 | $260 | $40 |
| 905 | 3:27 p.m. | Miramar | $500 | 68 | $340 | $160 |
| 906 | 3:35 p.m. | Miramar | $320 | 54 | $270 | $50 |
| 907 | 3:38 p.m. | Miramar | $260 | 36 | $180 | $80 |
| 908 | 3:41 p.m. | Miramar | $270 | 34 | $170 | $100 |
| 909 | 5:46 p.m. | Davie | $395 | Unknown ("Unk.") | Unk. | Unk. |
| 910 | 5:51 p.m. | Davie | $580 | 97 | $485 | $95 |
| 911 | 5:57 p.m. | Davie | $300 | 53 | $265 | $35 |
| 912 | 8:21 p.m. | Plantation | $260 | 47 | $235 | $25 |
| 913 | 8:25 p.m. | Plantation | $350 | 65 | $325 | $25 |
| 914 | 9:21 p.m. | Sawgrass | $360 | 57 | $285 | $75 |

| OVERT ACT | TIME (EST) | STORE | GIFT CARD VALUE | TIMES $5 COUPON SCANNED | RESULTING DISCOUNT | TOTAL PAID |
|---|---|---|---|---|---|---|
| 915 | 9:28 p.m. | Sawgrass | $350 | 52 | $260 | $90 |
| 916 | 10:14 p.m. | Lauderhill | $180 | 26 | $130 | $50 |
| 917 | 10:16 p.m. | Lauderhill | $310 | 52 | $260 | $50 |
| 918 | Unknown | Unknown | $460 | 65 | $325 | $135 |
| 919 | Unknown | Unknown | $310 | 47 | $235 | $75 |

Overt Acts Nos. 920-937: On or about March 29, 2017, at approximately the following times, defendant NASSIM ESSAYLI bought gaming gift cards from self-checkout registers at the following U.S. Retailer 1 stores in Florida.  During each transaction, defendant NASSIM ESSAYLI used a $10 coupon the following number of times to obtain the following discounts:

| OVERT ACT | TIME (EST) | STORE | GIFT CARD VALUE | TIMES $10 COUPON SCANNNED | RESULTING DISCOUNT | TOTAL PAID |
|---|---|---|---|---|---|---|
| 920 | 12:50 p.m. | Fort Lauderdale | $390 | 32 | $320 | $70 |
| 921 | 12:54 p.m. | Fort Lauderdale | $440 | 39 | $390 | $50 |
| 922 | 12:57 p.m. | Fort Lauderdale | $329.99 | 28 | $280 | $49.99 |
| 923 | 1:00 p.m. | Fort Lauderdale | $540 | 49 | $490 | $50 |
| 924 | 1:03 p.m. | Fort Lauderdale | $480 | 43 | $430 | $50 |
| 925 | 3:41 p.m. | Deerfield Beach | $340 | 29 | $290 | $50 |
| 926 | 3:45 p.m. | Deerfield Beach | $400 | 25 | $250 | $150 |

| OVERT ACT | TIME (EST) | STORE | GIFT CARD VALUE | TIMES $10 COUPON SCANNNED | RESULTING DISCOUNT | TOTAL PAID |
|---|---|---|---|---|---|---|
| 927 | 4:54 p.m. | Deerfield Beach West | $450 | 35 | $350 | $100 |
| 928 | 4:58 p.m. | Deerfield Beach West | $400 | 30 | $300 | $100 |
| 929 | 5:01 p.m. | Deerfield Beach West | $480 | 43 | $430 | $50 |
| 930 | 5:05 p.m. | Deerfield Beach West | $330 | 28 | $280 | $50 |
| 931 | 7:26 p.m. | Delray Beach | $380 | 33 | $330 | $50 |
| 932 | 7:31 p.m. | Delray Beach | $320 | 27 | $270 | $50 |
| 933 | 7:35 p.m. | Delray Beach | $515 | 44 | $440 | $75 |
| 934 | 7:39 p.m. | Delray Beach | $560 | 51 | $510 | $50 |
| 935 | 8:34 p.m. | Boynton Beach SE | $400 | 30 | $300 | $100 |
| 936 | 8:38 p.m. | Boynton Beach SE | $430 | 38 | $380 | $50 |
| 937 | 8:43 p.m. | Boynton Beach SE | $760 | 67 | $670 | $90 |

Overt Act No. 938-951: On or about March 29, 2017, beginning at approximately the following times, defendants OSSEILY and NASSIM ESSAYLI exchanged the following text messages and photographs:

| OVERT ACT | TIME | SENDER | CONTENT |
|---|---|---|---|
| 938 | 7:50 p.m. | NASSIM ESSAYLI | Photographs of receipts showing purchases with a $10 coupon. |
| 939 | 8:00 p.m. | NASSIM ESSAYLI | "$11,340 saved I believe." |

| OVERT ACT | TIME | SENDER | CONTENT |
|---|---|---|---|
| 940 | 8:01 p.m. | OSSEILY | "Just today or in 3 days[?]" |
| 941 | 8:01 p.m. | NASSIM ESSAYLI | "Today." |
| 942 | 8:02 p.m. | OSSEILY | "Shshshshshshsh" |
| 943 | 8:02 p.m. | NASSIM ESSAYLI | "Lol. Quiet. No flag. So smooth. [Co-Conspirator 6 ("CC-6")] helps a lot." |
| 944 | 8:03 p.m. | OSSEILY | "Great I wish she [i.e., CC-6] doesn't know how much you save." |
| 945 | 8:04 p.m. | NASSIM ESSAYLI | "She is fine. I told her like only 50% and we sell it and we split it 4 ways. But she has full shopping cart each store and I wait and after she starts I go and she makes mistakes a lot keeping them very busy." |
| 946 | 8:04 p.m. | OSSEILY | "Ok take care bro. Good good luck good." |
| 947 | 8:06 p.m. | NASSIM ESSAYLI | "Shipment tomorrow. How u want it. Overnight. Express saver." |
| 948 | 8:07 p.m. | OSSEILY | "Yes we talk tomorrow. . . .  You can send the 10$ for adam only plz." |
| 949 | 8:08 p.m. | NASSIM ESSAYLI | "Does he have it? Ok I will send it to Adam. Of course Abu. I made the contract." |
| 950 | 8:09 p.m. | OSSEILY | "Tell him to start 50% and see how it goes first day with him." |
| 951 | 8:09 p.m. | NASSIM ESSAYLI | "This coupons is best in my hands I believe. I'll tell him 50%. I won't send him unless he asks. But let him use the 5%." |

Overt Acts Nos. 952-961: On or about March 30, 2017, at approximately the following times, defendant NASSIM ESSAYLI bought gaming gift cards from self-checkout registers at the following U.S. Retailer 1 stores in Florida.  During each transaction, defendant

NASSIM ESSAYLI used a $10 coupon the following number of times to obtain the following discounts:

| OVERT ACT | TIME (EST) | STORE | GIFT CARD VALUE | TIMES $10 COUPON SCANNED | RESULTING DISCOUNT | TOTAL PAID |
|---|---|---|---|---|---|---|
| 952 | 1:32 p.m. | Wellington South | $200 | 15 | $150 | $50 |
| 953 | 1:36 p.m. | Wellington South | $470 | 37 | $370 | $80 |
| 954 | 1:40 p.m. | Wellington South | $400 | 35 | $350 | $50 |
| 955 | 1:44 p.m. | Wellington South | $870 | 64 | $640 | $230 |
| 956 | 3:42 p.m. | West Palm Beach | $220 | 17 | $170 | $50 |
| 957 | 3:45 p.m. | West Palm Beach | $220 | 17 | $170 | $50 |
| 958 | 4:51 p.m. | Lark Park/ Palm Beach Gardens | $299.99 | 21 | $210 | $89.99 |
| 959 | 4:55 p.m. | Lark Park/ Palm Beach Gardens | $410 | 26 | $260 | $150 |
| 960 | 8:39 p.m. | Stuart | $300 | 25 | $250 | $50 |
| 961 | 8:42 p.m. | Stuart | $310 | 26 | $260 | $50 |

Overt Act No. 962: On or about March 31, 2017, at approximately 9:20 a.m., defendant NASSIM ESSAYLI sent defendant OSSEILY photographs of receipts showing his March 30, 2017 purchases with the $10 coupon, and defendant OSSEILY replied, "Thx."

Overt Acts Nos. 963-977: On or about March 31, 2017, at approximately the following times, defendant NASSIM ESSAYLI bought gaming gift cards from self-checkout registers at the following U.S. Retailer 1 stores in Florida. During each transaction, defendant

68

NASSIM ESSAYLI scanned a $10 coupon the following number of times to obtain the following discounts:

| OVERT ACT | TIME (EST) | STORE | GIFT CARD VALUE | TIMES $10 COUPON SCANNED | RESULTING DISCOUNT | TOTAL PAID |
|---|---|---|---|---|---|---|
| 963 | 11:04 a.m. | Clermont | $100 | 5 | $50 | $50 |
| 964 | 11:40 a.m. | Clermont | $460 | 36 | $360 | $100 |
| 965 | 11:45 a.m. | Clermont | $520 | 47 | $470 | $50 |
| 966 | 11:51 a.m. | Clermont | $550 | 50 | $500 | $50 |
| 967 | 11:57 a.m. | Clermont | $750 | 65 | $650 | $100 |
| 968 | 3:07 p.m. | Winter Garden | $680 | 63 | $630 | $50 |
| 969 | 3:29 p.m. | Winter Garden | $340 | 33 | $330 | $10 |
| 970 | Unknown | Unknown | $1,120 | 98 | $980 | $140 |
| 971 | 4:59 p.m. | Orlando Southwest | $500 | 25 | $250 | $250 |
| 972 | 6:28 p.m. | Hunter's Creek | $340 | 29 | $290 | $50 |
| 973 | 8:08 p.m. | Orlando Millenia | $400 | 35 | $350 | $50 |
| 974 | 8:11 p.m. | Orlando Millenia | $380 | 33 | $330 | $50 |
| 975 | Unknown | Orlando Millennia | $510 | 46 | $460 | $50 |
| 976 | 8:18 p.m. | Orlando Millennia | $699.99 | 65 | $650 | $49.99 |
| 977 | 8:24 p.m. | Orlando Millenia | $375 | 30 | $300 | $75 |

Overt Act No. 978-981: On or about March 31, 2017, beginning at approximately the following times, defendants OSSEILY and NASSIM ESSAYLI exchanged the following text messages and photographs:

69

| OVERT ACT | TIME | SENDER | CONTENT |
|---|---|---|---|
| 978 | 7:23 p.m. | NASSIM ESSAYLI | "03/31/2017"<br><br>Photographs of receipts showing purchases with a $10 coupon. |
| 979 | 8:32 p.m. | OSSEILY | "How much total saving today and total spent today do you know." |
| 980 | 8:50 p.m. | NASSIM ESSAYLI | "I could add it up but I have not yet. Saved less than 7,000 and spent less than 1,000. But it's all there." |
| 981 | 9:41 p.m. | OSSEILY | "Ok thx bro." |

Overt Acts Nos. 982-999: On or about the April 1, 2017, at approximately the following times, defendant NASSIM ESSAYLI bought gaming gift cards from self-checkout registers at the following U.S. Retailer 1 stores in Florida.  During each transaction, defendant NASSIM ESSAYLI used a $10 coupon the following number of times to obtain the following discounts:

| OVERT ACT | TIME (EST) | STORE | GIFT CARD VALUE | TIMES $10 COUPON SCANNED | RESULTING DISCOUNT | TOTAL PAID |
|---|---|---|---|---|---|---|
| 982 | 12:37 p.m. | East Colonial | $280 | 23 | $230 | $50 |
| 983 | 12:47 p.m. | East Colonial | $320 | 27 | $270 | $50 |
| 984 | Unknown ("Unk.") | Unk. | $640 | 54 | $540 | $100 |
| 985 | 1:55 p.m. | Waterford Lakes | $250 | 15 | $150 | $100 |
| 986 | 1:58 p.m. | Waterford Lakes | $250 | 20 | $200 | $50 |
| 987 | 3:08 p.m. | Orlando East | $150 | 3 | $30 | $120 |
| 988 | 3:58 p.m. | Oviedo | $370 | 27 | $270 | $100 |

| OVERT ACT | TIME (EST) | STORE | GIFT CARD VALUE | TIMES $10 COUPON SCANNED | RESULTING DISCOUNT | TOTAL PAID |
|---|---|---|---|---|---|---|
| 989 | 4:09 p.m. | Oviedo | $350 | 20 | $200 | 150 |
| 990 | 6:08 p.m. | Casselberry | $380 | 18 | $180 | $200 |
| 991 | 7:07 p.m. | Altamonte Springs | $590 | 49 | $490 | $100 |
| 992 | 8:05 p.m. | Lake Mary | $280 | 22 | $220 | $60 |
| 993 | 8:09 p.m. | Lake Mary | $350 | 25 | $250 | $100 |
| 994 | 9:00 p.m. | Sanford | $300 | 23 | $230 | $70 |
| 995 | 9:04 p.m. | Sanford | $370 | 32 | $320 | $50 |
| 996 | 9:07 p.m. | Sanford | $420 | 37 | $370 | $50 |
| 997 | 9:11 p.m. | Sanford | $180 | 16 | $160 | $20 |
| 998 | 9:42 p.m. | Orange City | $200 | 15 | $150 | $50 |
| 999 | 9:45 p.m. | Orange City | $320 | 27 | $270 | $50 |

Overt Act No. 1000-1004: On or about April 1, 2017, beginning at approximately the following times, defendants OSSEILY and NASSIM ESSAYLI exchanged the following text messages and photographs:

| OVERT ACT | TIME | SENDER | CONTENT |
|---|---|---|---|
| 1000 | 10:50 p.m. | NASSIM ESSAYLI | Photographs of April 1, 2017 purchases with the $10 coupon. |
| 1001 | 11:18 p.m. | OSSEILY | "Send me total saving and total spending if u can plz thx." |
| 1002 | 11:19 p.m. | NASSIM ESSAYLI | "Trying to sleep. I cannot do savings sorry I will total it all before closing out w you whenever we do that week by week or month by month." |
| 1003 | 11:20 p.m. | OSSEILY | "Ok bro. Good night." |
| 1004 | 11:21 p.m. | NASSIM ESSAYLI | "But it was over 5k. I was missing one back pic of receipt." |

Overt Acts Nos. 1005-1027: On or about April 2, 2017, at approximately the following times, defendant NASSIM ESSAYLI bought gaming gift cards from self-checkout registers at the following U.S. Retailer 1 stores in Florida.  During each transaction, defendant NASSIM ESSAYLI used a $10 coupon the following number of times to obtain the following discounts:

| OVERT ACT | TIME (EST) | STORE | GIFT CARD VALUE | TIMES $10 COUPON SCANNED | RESULTING DISCOUNT | TOTAL PAID |
|---|---|---|---|---|---|---|
| 1005 | 12:09 p.m. | Jacksonville St. Johns | $360 | 26 | $260 | $100 |
| 1006 | 12:15 p.m. | Jacksonville St. Johns | $790 | 64 | $640 | $150 |
| 1007 | 4:27 p.m. | Jacksonville Beach | $350 | 30 | $300 | $50 |
| 1008 | 4:31 p.m. | Jacksonville Beach | $460 | 39 | $390 | $70 |
| 1009 | 4:36 p.m. | Jacksonville Beach | $520 | 47 | $470 | $50 |
| 1010 | 4:40 p.m. | Jacksonville Beach | $280 | 23 | $230 | $50 |
| 1011 | 5:45 p.m. | Jacksonville East | $260 | 21 | $210 | $50 |
| 1012 | 5:48 p.m. | Jacksonville East | $570 | 54 | $540 | $30 |
| 1013 | 5:53 p.m. | Jacksonville East | $280 | 25 | $250 | $30 |
| 1014 | 6:43 p.m. | Regency | $550 | 45 | $450 | $100 |
| 1015 | 6:48 p.m. | Regency | $380 | 33 | $330 | $50 |
| 1016 | 6:51 p.m. | Regency | $420 | 27 | $270 | $150 |
| 1017 | 7:54 p.m. | Ortega | $380 | 33 | $330 | $50 |
| 1018 | 7:57 p.m. | Ortega | $390 | 34 | $340 | $50 |
| 1019 | 8:07 p.m. | Ortega | $420 | 37 | $370 | $50 |

| OVERT ACT | TIME (EST) | STORE | GIFT CARD VALUE | TIMES $10 COUPON SCANNED | RESULTING DISCOUNT | TOTAL PAID |
|---|---|---|---|---|---|---|
| 1020 | 8:10 p.m. | Ortega | $470 | 42 | $420 | $50 |
| 1021 | 8:14 p.m. | Ortega | $460 | 44 | $440 | $20 |
| 1022 | 8:56 | Jacksonville West | $300 | 25 | $250 | $50 |
| 1023 | 8:59 p.m. | Jacksonville West | $300 | 25 | $250 | $50 |
| 1024 | 9:01 p.m. | Jacksonville West | $250 | 21 | $210 | $40 |
| 1025 | 9:04 p.m. | Jacksonville West | $500 | 45 | $450 | $50 |
| 1026 | 9:07 p.m. | Jacksonville West | $340 | 32 | $320 | $20 |
| 1027 | 9:10 p.m. | Jacksonville West | $440 | 42 | $420 | $20 |

Overt Act No. 1028: On or about April 2, 2017, beginning at approxiamtely 6:33 p.m. (9:33 p.m. EST), defendant NASSIM ESSAYLI sent defendant OSSEILY photographs of receipts of his April 2, 2017 purchases with the $10 coupon, along with a text message stating, "Total savings $8340 total spent $1421.31 (on receipts)-not including waters and Starbucks etc."

Overt Acts Nos. 1029-1040: On or about the April 3, 2017, at approximately the following times, defendant NASSIM ESSAYLI bought gaming gift cards from self-checkout registers at the following U.S. Retailer 1 stores in Florida.  During each transaction, defendant NASSIM ESSAYLI used a $10 coupon the following number of times to obtain the following discounts:

| OVERT ACT | TIME (EST) | STORE | GIFT CARD VALUE | TIMES $10 COUPON SCANNED | RESULTING DISCOUNT | TOTAL PAID |
|---|---|---|---|---|---|---|
| 1029 | 3:42 p.m. | New Tampa | $300 | 25 | $250 | $50 |
| 1030 | 3:45 p.m. | New Tampa | $630 | 58 | $580 | $50 |
| 1031 | 3:49 p.m. | New Tampa | $870 | Unknown | Unknown | |
| 1032 | 3:55 p.m. | New Tampa | $140 | 12 | $120 | $20 |
| 1033 | 7:46 p.m. | North Dale Mabry | $425 | 35 | $350 | $75 |
| 1034 | 7:50 p.m. | North Dale Mabry | $375 | 35 | $350 | $25 |
| 1035 | 7:54 p.m. | North Dale Mabry | $500 | 45 | $450 | $50 |
| 1036 | Unknown | Unknown | Unknown | 62 | $620 | $20 |
| 1037 | Unknown | Unknown | $680 | 61 | $610 | $70 |
| 1038 | 8:39 p.m. | Tampa West | $490 | 44 | $440 | $50 |
| 1039 | 9:41 p.m. | Clearwater | $310 | 29 | $290 | $20 |
| 1040 | 9:45 p.m. | Clearwater | $510 | 46 | $460 | $50 |

Overt Act No. 1041: On or about April 3, 2017, beginning at approxiamtely 9:03 p.m. (12:03 a.m. EST on April 4, 2017), defendant NASSIM ESSAYLI sent defendant OSSEILY photographs of receipts of his April 3, 2017 purchases with the $10 coupon.

Overt Acts Nos. 1042-1057: On or about the April 4, 2017, at approximately the following times, defendant NASSIM ESSAYLI bought gaming gift cards from self-checkout registers at the following U.S. Retailer 1 stores in Florida.  During each transaction, defendant NASSIM ESSAYLI used a $10 coupon the following number of times to obtain the following discounts:

| OVERT ACT | TIME (EST) | STORE | GIFT CARD VALUE | TIMES $10 COUPON SCANNED | RESULTING DISCOUNT | TOTAL PAID |
|---|---|---|---|---|---|---|
| 1042 | 11:58 a.m. | Pinellas Park | $380 | 14 , | $140 | $240 |
| 1043 | 12:03 p.m. | Pinellas Park | $470 | 22 | $220 | $250 |
| 1044 | 4:58 p.m. | Brandon | $430 | 33 | $330 | $100 |
| 1045 | 5:02 p.m. | Brandon | $350 | 25 | $250 | $100 |
| 1046 | 5:07 p.m. | Brandon | $450 | 32 | $320 | $130 |
| 1047 | 5:48 p.m. | Brandon South | $370 | 32 | $320 | $50 |
| 1048 | 5:52 p.m. | Brandon South | $440 | 40 | $400 | $40 |
| 1049 | 5:55 p.m. | Brandon South | $580 | 50 | $500 | $80 |
| 1050 | 7:29 p.m. | Bradenton | $650 | 55 | $550 | $100 |
| 1051 | 7:36 p.m. | Bradenton | $470 | 42 | $420 | $50 |
| 1052 | 7:39 p.m. | Bradenton | $410 | 36 | $360 | $50 |
| 1053 | 8:15 p.m. | University Parkway | $250 | 20 | $200 | $50 |
| 1054 | 8:19 p.m. | University Parkway | $420 | 40 | $400 | $20 |
| 1055 | Unknown | Unknown | $810 | 76 | $760 | $50 |
| 1056 | 9:15 p.m. | Sarasota | $380 | 34 | $340 | $40 |
| 1057 | 9:19 p.m. | Sarasota | $280 | 24 | $240 | $40 |

Overt Act No. 1058: On or about April 4, 2017, beginning at approxiamtely 9:52 p.m., defendant NASSIM ESSAYLI sent defendant OSSEILY photographs of receipts of his April 4, 2017 purchases with the $10 coupon, along with a text message stating, "Savings = $6,300 Cost = $1537."

Overt Acts Nos. 1059-1075: On or about the April 5, 2017, at approximately the following times, defendant NASSIM ESSAYLI bought gaming gift cards from self-checkout registers at the following U.S. Retailer 1 stores in Florida.  During each transaction, defendant NASSIM ESSAYLI used a $10 coupon the following number of times to obtain the following discounts:

| OVERT ACT | TIME (EST) | STORE | GIFT CARD VALUE | TIMES $10 COUPON SCANNED | RESULTING DISCOUNT | TOTAL PAID |
|-----------|------------|-------|-----------------|--------------------------|--------------------|------------|
| 1059 | 4:12 p.m. | Cape Coral North | $540 | 48 | $480 | $60 |
| 1060 | 4:16 p.m. | Cape Coral North | $240 | 22 | $220 | $20 |
| 1061 | 4:18 p.m. | Cape Coral North | $280 | 23 | $230 | $50 |
| 1062 | 5:00 p.m. | Cape Coral | $570 | 52 | $520 | $50 |
| 1063 | 5:05 p.m. | Cape Coral | $700 | 62 | $620 | $80 |
| 1064 | 6:42 p.m. | Fort Myers | $630 | 56 | $560 | $70 |
| 1065 | 6:48 p.m. | Fort Myers | $920 | 87 | $870 | $50 |
| 1066 | 6:54 p.m. | Fort Myers | $300 | 20 | $200 | $100 |
| 1067 | 7:57 p.m. | Lee County | $560 | 51 | $510 | $50 |
| 1068 | 8:02 p.m. | Lee County | $480 | 43 | $430 | $50 |
| 1069 | 8:06 p.m. | Lee County | $920 | 90 | $900 | $20 |
| 1070 | 8:52 p.m. | Coconut Point | $690 | 64 | $640 | $50 |
| 1071 | 8:57 p.m. | Coconut Point | $530 | 44 | $440 | $90 |
| 1072 | 9:01 p.m. | Coconut Point | $570 | 55 | $550 | $20 |
| 1073 | 9:05 p.m. | Coconut Point | $270 | 26 | $260 | $10 |
| 1074 | 10:03 p.m. | Naples | $500 | 45 | $450 | $50 |

| OVERT ACT | TIME (EST) | STORE | GIFT CARD VALUE | TIMES $10 COUPON SCANNED | RESULTING DISCOUNT | TOTAL PAID |
|---|---|---|---|---|---|---|
| 1075 | 10:07 p.m. | Naples | $560 | 50 | $500 | $60 |

Overt Act No. 1076: On or about April 6, 2017, beginning at approxiamtely 5:28 a.m., defendant NASSIM ESSAYLI sent defendant OSSEILY photographs of receipts of his April 5, 2017 purchases with the $10 coupon, along with a text message stating, "$8380 savings."

**Communications Between Defendants OSSEILY and NASRALLH**

Overt Acts Nos. 1077-1085: On or about the following dates, at approximately the following times, defendants OSSEILY and NASRALLSH exchanged the following text messages, screenshots, and photographs:

| OVERT ACT | DATE, TIME | SENDER | CONTENT |
|---|---|---|---|
| 1077 | 04/04/17, 10:58 p.m. | NASRALLAH | Photograph of a portion of a U.S. Retailer 1 receipt showing use of a $20 flat-rate coupon at least eight times to purchase gaming gift cards. |
| 1078 | 04/09/17, 12:00 p.m. | NASRALLAH | Photograph of a receipt from a U.S. Retailer 1 store in Hammond, Louisiana showing use of a $10 flat-rate coupon 14 times to obtain a $140 discount on the purchase of gaming gift cards. |
| 1079 | 04/19/17, 10:15 a.m. | OSSEILY | Screenshot of barcode from U.S. Retailer 1 Loyalty Account. "Salam.  Plz try this one and let me know." |
| 1080 | 04/19/17, 10:16 a.m. | NASRALLAH | "is it 10$?" |
| 1081 | 04/19/17, 10:16 a.m. | OSSEILY | "Yes." |
| 1082 | 04/19/17, 10:22 a.m. | NASRALLAH | "it works." |

| OVERT ACT | DATE, TIME | SENDER | CONTENT |
|---|---|---|---|
| 1083 | 04/19/17, 10:23 a.m. | OSSEILY | "send me clear clear receipt." |
| 1084 | 04/19/17, 10:28 a.m. | NASRALLAH | Photograph of receipt from a U.S. Retailer 1 store in Newnan, Georgia showing the purchase of one $25 gaming gift card for $15 after applying a $10 flat-rate coupon. |
| 1085 | 04/20/17, 7:33 p.m. | NASRALLAH | Screenshot of the following iPhone "note" titled "april 19" showing "saving[s]" of $1,250 on the purchase of $2,595 in gaming gift cards:<br><br>"april 19<br>psn 76<br>psn25 3<br>steam 20<br>battlnet 30<br>paid 1345<br>saving 1250." |

## Communications Between Defendant OSSEILY and CC-4

Overt Acts Nos. 1086-1094: On or the following dates, at approximately the following times, defendant OSSEILY and Co-Conspirator 4 exchanged the following text messages and screenshot:

| OVERT ACT | DATE | SENDER | CONTENT |
|---|---|---|---|
| 1086 | 03/28/17, 10:06 p.m. | OSSEILY | Photograph of a $10 off U.S. Retailer 1 coupon for "Frog Alphabet Pal" child's toy with visible barcode and expiration date of "11/25/09."<br><br>"10$" |
| 1087 | 03/28/17, 10:09 p.m. | CC-4 | "These r working?" |
| 1088 | 03/28/17, 10:13 p.m. | OSSEILY | "I think we should try." |

| OVERT ACT | DATE | SENDER | CONTENT |
|---|---|---|---|
| 1089 | 03/30/17, 3:09 p.m. | OSSEILY | Photograph of U.S. Retailer 1 coupon with visible barcode and expiration date of "6/9/08" stating "FREE $10 [U.S. Retailer 1] GiftCard with purchase of any new or transferred prescription." "It is working I just tried it. 10$ but ask you to scan gift card." |
| 1090 | 03/30/17, 3:34 p.m. | CC-4 | "We should look for 20." |
| 1091 | 03/30/17, 3:40 p.m. | OSSEILY | "I tried there isn't." |
| 1092 | 05/02/18, 11:19 a.m. | OSSEILY | Photograph of U.S. Retailer 1 $5 flat-rate coupon with barcode. |
| 1093 | 05/02/18, 11:20 a.m. | OSSEILY | "Plz add to sto and try on game card $20 steam or blizzard [gaming gift cards] see if it work multiple times." |
| 1094 | 05/02/18, 11:21 a.m. | CC-4 | "Ok. I will try it today in the afternoon." |

### Other Overt Acts Related to Flat-Rate Discounts

Overt Act. No. 1095: On or about July 21, 2017, defendants OSSEILY and NASSIM ESSAYLI exchanged the following text messages and photograph:

| SENDER | CONTENT |
|---|---|
| OSSEILY | Photograph of U.S. Retailer 1 coupon barcode. "10$. Tell him to start testing today, see how it goes with him . . . ." |
| NASSIM ESAYLI | "Lol first store no self checkout. I told him to call ahead." |
| OSSEILY | "Let him see google pictures for store before, he can tell if self checkout or no." |

1    <u>Overt Act. No. 1096</u>: On or about November 21, 2018, defendant

2    NASRALLAH sent various defendants a photograph of a receipt showing

3    multiple uses of a $10 flat-rate coupon, along with a text message

4    stating, "Working self checkout," and defendant ADAM ESSAYLI replied,

5    "Nice I'll try."

6    **SELECT OVERT ACTS RELATED TO THE MILITARY DISCOUNT**

7    <u>Overt Act No. 1097</u>: On or about November 5, 2018, at

8    approximately 10:38 a.m., defendant OSSEILY sent defendant NASRALLAH

9    a photograph of a U.S. Retailer 1 promotion stating, "Thank you to

10   all military personnel, veterans, and your families.  We'd like to

11   offer you 10% off one storewide purchase, Nov. 4th-12th."

12   <u>Overt Act No. 1098</u>: On or about November 5, 2018, at

13   approximately 12:44 p.m., defendant NASRALLAH sent defendant OSSEILY

14   a photograph showing a portion of a U.S. Retailer 1 document titled

15   "Military Discount Backup Scan Sheet," which contained a barcode and

16   the following instruction for U.S. Retailer 1 employees: "take the

17   guest's word that they are military person[el]" is visible.

18   <u>Overt Act No. 1099</u>: On or about November 5, 2018, at

19   approximately 2:05 p.m., defendant NASRALLAH sent defendant OSSEILY a

20   photograph of a U.S. Retailer 1 receipt showing a purchase with the

21   military discount.

22   <u>Overt Act No. 1100</u>: On or about November 11, 2018, defendants

23   OSSEILY and NASSIM ESSAYLI exchanged the following text messages and

24   photographs: **1352**

| SENDER | CONTENT |
|---|---|
| NASSIM ESSAYLI | Photograph of a receipt from a U.S. Retailer 1 store in Scottsdale, Arizona showing use of two "Category Coupons" -- the first for 10% and the second for 5%. |

| SENDER | CONTENT |
|---|---|
| OSSEILY | "What coupon is that. Is it the 5%. What is the first coupon. . . ." |
| NASSIM ESSAYLI | "No. It's military." |

### SELECT OVERT ACTS RELATED TO THE BIRTHDAY DISCOUNT

Overt Act No. 1101: On or about June 30, 2019, beginning at approximately 10:42 a.m., defendant NASRALLAH sent defendant OSSEILY screenshots of approximately 38 5% birthday coupons, before exchanging the following text messages:

| SENDER | CONTENT |
|---|---|
| OSSEILY | "Enough for this week." |
| NASRALLAH | "Okay." |
| OSSEILY | "Save some for next week." |

Overt Act No. 1102: On or about June 30, 2019, beginning at approximately 11:32 a.m., defendants OSSEILY and ADAM ESSAYLI exchanged the following text messages and screenshots:

| SENDER | CONTENT |
|---|---|
| OSSEILY | "I have extra 5% discount for you . . . . Use it with the ps4 and switch . . . ." |
| ADAM ESSAYLI | "Okay send it over." |
| OSSEILY | "I will send you 8, if you want tony [i.e., defendant ANTHONY MCCLENNEN] to use today you can send him from yours." |
| OSSEILY | Screenshots of eight 5% birthday coupons. |
| OSSEILY | "Happy birth day to you." |

Overt Acts Nos. 1103-1106:   On or about July 6, 2019, at approximately the following times, defendants OSSEILY, NASSIM ESSAYLI, and GOODFRIEND exchanged the following text group text messages, photographs, and screenshots:

| OVERT ACTS | TIME | SENDER | CONTENT |
|---|---|---|---|
| 1103 | 1:41 p.m. | NASSIM ESSAYLI | Photograph of receipt from U.S. Retailer 1 store in Marlton, New Jersey showing use of 5% coupons.<br><br>"Only accepted happy birthday coupon." |
| 1104 | 3:00 p.m. | NASSIM ESSAYLI | Photograph of receipt form U.S. Retailer 1 store in Gloucester Township, New Jersey showing use of 5% coupons.<br><br>"I ran out of 5% ABU. I sent 5 to Reed [i.e., defendant GOODFRIEND] so he may still have some." |
| 1105 | 3:09 p.m. | OSSEILY | Screenshots of seven 5% birthday coupons. |
| 1106 | 6:22 p.m. | GOODFRIEND | "I couldn't get a birthday to work I tried like 5." |

Overt Act No. 1107: On or about July 9, 2019, defendants OSSEILY and NASRALLAH exchanged the following text messages and screenshots:

| SENDER | CONTENT |
|---|---|
| NASRALLAH | Screenshots of 10 birthday coupons, each stating "5% off an instore purchase. Happy Birthday!" |
| OSSEILY | "Need more 5% plz." |
| NASRALLAH | "Ok." |
| NASRALLAH | Screenshots of 10 birthday coupons, each stating "5% off an instore purchase. Happy Birthday!" |

Overt Act No. 1108: On or about July 9, 2019, defendant OSSEILY sent defendant NASSIM ESSAYLI screenshots of 10 birthday coupons.

Overt Act. No. 1109: On or about July 10, 2019, defendant NASSIM ESSAYLI sent defendant OSSEILY photographs of U.S. Retailer 1 receipts showing defendant NASSIM ESSAYLI's use of 5% coupons.

Overt Act. No. 1110: On or about July 14, 2019, at approximately the following times, defendants OSSEILY and NASSIM ESSAYLI exchanged the following text messages and screenshots:

| TIME | SENDER | CONTENT |
| --- | --- | --- |
| 10:30 a.m. | NASSIM ESSAYLI | "Can you please send more 5%" |
| 10:36 a.m. | OSSEILY | Screenshots of five of the 10 birthday coupons that defendant NASRALLAH sent defendant OSSEILY on July 9, 2019 at 2:57 p.m. |
| 10:47 a.m. | NASSIM ESSAYLI | Photographs of U.S. Retailer 1 receipts reflecting use of 5% coupons. |

Overt Act No. 1111: On or about July 17, 2019, defendant NASSIM ESSAYLI sent defendant OSSEILY text messages stating, "Need more [U.S. Retailer 1] $$ Need more 5% . . . . 5% ?????" and defendant OSSEILY replied by sending five 5% birthday coupons.

Overt Act No. 1112: On or about July 21, 2019, beginning at approximately 8:19 a.m., CC-4 sent defendant OSSEILY text messages stating, "It seems all colors on sale. For calculator. But the birthday 5 is not coming up," and defendant OSSEILY replied, "Birthday I don't have we have to try to get some."

Overt Act No. 1113: On or about July 21, 2019, beginning at approximately 10:30 a.m., defendant GOODFRIEND sent defendant OSSEILY

a text message stating, "Plz send some birthday 5 percents," and defendant OSSEILY replied, "Yes yes I am trying."

Overt Act No. 1114: On or about July 21, 2019, beginning at approximately 12:25 p.m., defendant NASRALLAH sent defendant OSSEILY photographs of approximately 30 birthday discount coupons, and defendant OSSEILY wrote, "Thx Bob."

Overt Act No. 1115: On or about July 21, 2019, beginning at approximately 12:48 p.m. defendant OSSEILY sent defendant NASSIM ESSAYLI and GOODFRIEND 10 5% birthday coupons, along with the text messages "I will send extra 5% now . . . 10 sent/5%."

Overt Act No. 1116: On or about July 22, 2019, defendants NASSIM ESSSAYLI and GOODFRIEND exchanged the following text messages and screenshots:

| SENDER | CONTENT |
| --- | --- |
| GOODFRIEND | Screenshots of 10 5% birthday coupons. |
| NASSIM ESSAYLI | "You still have some left??" |
| GOODFRIEND | "Yea that's why I just forwarded them so I can access em easier. I think I have 4 still." |
| NASSIM ESSAYLI | "Ok nice job." |

Overt Act No. 1117: On or about July 22, 2019, defendant NASRALLAH sent defendant OSSEILY photographs of ten birthday discount coupons, and defendant OSSEILY replied, "Ok . . . thx."

**SELECT OVERT ACTS RELATED TO RETURNS**

Overt Act No. 1118: On or about June 15, 2019, defendant OSSEILY used the Team Member discount to buy an item from a U.S. Retailer 1 store in Murrieta, California for approximately $195.74, which he

returned less than ten minutes later for a refund of approximately $217.49 -- that is, $21.75 more than the purchase price.  Defendant OSSEILY later sent defendants NASSIM ESSAYLI and GOODFRIEND photographs of the purchase and return receipts, along with a text message stating, "Returned 3rd item."

Overt Act No. 1119: On or about June 17, 2019, defendant OSSEILY sent defendant NASSIM ESSAYLI text messages stating, "Buy and return. Keep it just for you to cover extra expenses."

Overt Act No. 1120: On or about June 25, 2019, defendant NASSIM ESSAYLI used the Team Member discount to buy items from a U.S. Retailer 1 store in Atlanta, Georgia for approximately $1,797.21, which he returned less than 15 minutes later for a refund of approximately $1,996.90 -- that is, approximately $199.69 more than the purchase price.  Defendant NASSIM ESSAYLI then sent photographs of the purchase and return receipts to defendants OSSEILY and GOODFRIEND.

Overt Act No. 1121: On or about June 25, 2019, defendant NASSIM ESSAYLI sent defendants OSSEILY and GOODFRIEND a photograph of a receipt showing the purchase of items from a U.S. Retailer 1 store in Sandy Springs, Georgia, along with the message, "They wanted to post void everything instead of return and they wouldn't do it so I kept it for now and will return at a different store to see if it still works out of curiosity"; defendant OSSEILY replied, "I don't think tomorrow is going to work."

Overt Act No. 1122: On or about June 27, 2019, defendant NASSIM ESSAYLI used the Team Member discount to buy items from a U.S. Retailer 1 store in Merritt Island, Florida for approximately $1,399.69, which he returned less than 20 minutes later for a refund

of approximately $1,555.21 -- that is, approximately $155.52 more than the purchase price. Several minutes later, defendant NASSIM ESSAYLI sent defendants OSSEILY and GOODFRIEND a photograph showing the purchase and return receipts, along with the message, "Manager asked me if this is a scam and I told him NO and he said a lot of people are using weird stolen gift cards…but he returned it for me weird."

Overt Act No. 1123: On or about June 27, 2019, defendant PUNO used the Team Member discount to buy items from a U.S. Retailer 1 store in Jacksonville, Florida for approximately $759.30, which he returned less than 15 minutes later for a refund of approximately $843.67 -- that is, approximately $84.36 more than the purchase price. PUNO then sent defendants OSSEILY and NASSIM ESSAYLI photographs of the purchase and return receipts.

Overt Act No. 1124: On or about June 29, 2019, defendant OSSEILY sent defendant NASSIM ESSAYLI text messages stating, "She [i.e., defendant HAYS] doesn't need [rain check coupons] because there are no merchandise in California. She can only buy and return."

Overt Act No. 1125: On or about July 3, 2019, defendant ADAM ESSAILY sent defendant OSSEILY text messages stating, "St. Louis is done. Bad flag with $0 of purchase. I think I'm done with work . . . V glad I didn't do a return there they were watching everything I do."

Overt Act No. 1126: On or about July 3, 2019, at approximately 1:32 p.m., defendant ANTHONY MCCLENNEN used the Team Member discount to buy items from a U.S. Retailer 1 store in Irvine, California for approximately $785.88, which he returned less than ten minutes later for a refund of approximately $871.98 -- that is, approximately

1   $86.10 more than the purchase price.  Defendant ANTHONY MCCLENNEN

2   then sent defendant OSSEILY photographs of the purchase and return

3   receipts.

4       Overt Act No. 1127: On or about July 6, 2019, defendant ANTHONY

5   MCCLENNEN sent defendant OSSEILY a photograph of a handwritten note

6   stating "each store profit return," followed by a list of numbers,

7   which included "86.10," which equals the profit defendant ANTHONY

8   MCCLENNEN made from the same-day return of the items he purchased on

9   July 3, 2019 at approximately 1:32 p.m.

10      Overt Act No. 1128: On or about July 6, 2019, defendant

11  GOODFRIEND used the Team Member discount to buy items from a U.S.

12  Retailer 1 store in Philadelphia, Pennsylvania for approximately

13  $1,001.14, which he returned less than ten minutes later for a refund

14  of approximately $1,112.38 -- that is, approximately $111.24 more

15  than the purchase price.  Several minutes later, defendant GOODFRIEND

16  sent defendants OSSEILY and NASSIM ESSAILY a photograph of the

17  purchase and return receipts, and defendant NASSIM ESSAYLI replied,

18  "Reed [in] order not to flag[,] please separate your returns in this

19  situation so people don't notice the total is higher.  This will help

20  us in the long run."

21      Overt Act No. 1129: On or about July 6, 2019, defendant HAYS

22  used the Team Member discount to buy items from a U.S. Retailer 1

23  store in Chula Vista, California for $1,068.19, which she returned

24  less than two hours later for a refund of $1,185.34 -- that is,

25  $117.15 more than the purchase price.  Defendant HAYS then sent

26  defendants OSSEILY and NASSIM ESSAILY a photograph showing the

27  purchase and return receipts, after which the following text message

28  exchange occurred:

| SENDER | CONTENT |
|--------|---------|
| NASSIM ESSAYLI | "Separate the return in two transactions please so NOBODY will notice the difference. This is VERY important." |
| HAYS | "Why?" |
| NASSIM ESSAYLI | "So they don't know the totals are more this will prevent issues and [U.S. Retailer 1] corporation from figuring sooner than later. Please just trust me." |

Overt Act No. 1130: On or about July 16, 2019, defendant ANTHONY MCCLENNEN used the Team Member discount to buy items from a U.S. Retailer 1 store in Kelso, Washington for $1,167.45, which he returned less than five minutes later for a refund of $1297.17 (paid in U.S. Retailer 1 gift cards) -- that is, $129.72 more than the purchase price.  Defendant ANTHONY MCCLENNEN then sent defendants OSSEILY and RICHARD MCCLENNEN photographs showing the purchase and return receipts, after which the following text message exchange occurred: **3053**

| SENDER | CONTENT |
|--------|---------|
| OSSEILY | "Good, please add all the gift cards to the account." |
| ANTHONY MCCLENNEN | "I know." |
| OSSEILY | "And please when you return do not return them all one shot return first one then another one then the rest." |
| ANTHONY MCCLENNEN | "Don't worry." |

Overt Act No. 1131: On or about July 18, 2019, defendants OSSEILY, ANTHONY MCLENNEN, and RICHARD MCCLENNEN exchanged the following group text messages and photographs:

| SENDER | CONTENT |
|--------|---------|
| ANTHONY MCCLENNEN | "going to start doing returns they will not take raincheck or they notice that it's for another item." |
| OSSEILY | "OK don't lose the rain checkes save them for me. If that's the only way for you to make money go for it." |
| OSSEILY | "How's it going." |
| RICHARD MCCLENNEN | Photograph of a receipt from a U.S. Retailer 1 store in Sacramento, California showing the purchase of two Apple products with the Team Member discount for approximately $1,869.60. |
| RICHARD MCCLENNEN | Photograph of a receipt from the same U.S. Retailer 1 store in Sacramento, California showing the return of the same two Apple products for a refund of approximately $2,076.33 -- that is, approximately $206.73 more than the purchase prices. |
| OSSEILY | "Please return the first one separately." |

Overt Act No. 1132: On or about July 19, 2019, defendant ANTHONY MCCLENNEN sent defendants OSSEILY and RICHARD MCCLENNEN a photograph of a U.S. Retailer 1 receipt reflecting use of the Team Member discount along with a text message stating, "Couldn't return no same day return," and defendant OSSEILY replied, "Ok, tomorrow you do. But will not make money."

Overt Act No. 1133: On or about July 19, 2019, defendant ADAM ESSAYLI used the Team Member discount to buy items from a U.S. Retailer 1 store in Henderson, Nevada for approximately $1,256.75, which he returned less than 10 minutes later for a refund of approximately $1,396.39 -- that is, approximately $139.64 more than the purchase price. Defendant ADAM ESSAYLI then sent defendant OSSEILY a photograph of the purchase and return receipts, and defendant OSSEILY replied, "Nice. When you return[,] don't return

them all one shot. Return the first[]one separately then return the rest."

Overt Act No. 1134: On or about July 20, 2019, defendant ADAM ESSAYLI sent defendant OSSEILY a text message stating, "Abu Just curious, how are the returns calculated?" and defendant OSSEILY replied, "They should increase the profit [p]er unit you bought. Because when you add them back to the account as if your customer price of unit goes down . . . [T]Hey help in making a big difference between purchase price and selling price."

Overt Act No. 1135: On or about July 22, 2019, defendant NASSIM ESSAYLI sent a text message to defendants OSSEILY and GOODFRIEND stating, "I am still ok with returns if you feel it's cool," and defendant OSSEILY replied, "Keep it the last choice, Ok if they really don't want to sell any."

Overt Act No. 1136: On or about July 22, 2019, defendants OSSEILY, NASSIM ESSAYLI, and GOODFRIEND exchanged the following group text messages:

| SENDER | CONTENT |
|---|---|
| GOODFRIEND | "Abu we need money. Plz." |
| NASSIM ESSAYLI | "Now can you?" |
| OSSEILY | "Ok sure." |
| NASSIM ESSAYLI | "Like 5K." |
| OSSEILY | "Yes I do. If you have some from return please add them as well." |

**SELECT OVERT ACTS RELATED TO FUND REQUESTS AND TRANSFERS**

Overt Act No. 1137: On or about December 15, 2018, defendant OSSEILY sent defendants NASRALLAH, NASSIM ESSAYLI, ADAM ESSAYLI,

GOODFRIEND, PUNO, and ANTHONY MCCLENNEN text messages stating, "Who needs money today. Money top dollar is available."

Overt Act No. 1138: On or about September 26, 2018, defendant NASSIM ESSAYLI sent defendant OSSEILY a text message stating, "Need more money," and defendant OSSEILY replied, "Adding now. 25 k added."

Overt Act No. 1139: On or about October 3, 2018 defendant ADAM ESSAYLI sent defendant OSSEILY a text message stating, "Need money," and defendant OSSEILY replied, "Adding 20 K now . . . ."

Overt Act No. 1140: On or about September 19, 2018, defendant NASRALLAH sent defendant OSSEILY a text message stating, "Send me more money," and defendant OSSEILY replied, "20k added."

Overt Act No. 1141: On or about April 20, 2018, defendant MYBURGH sent defendant OSSEILY a text message stating, "Out of money pretty much now," and defendant OSSEILY replied, "20 k added."

Overt Act No. 1142: On or about February 15, 2019, defendant ANTHONY MCCLENNEN sent defendants OSSEILY and NASSIM ESSAYLI text messages stating, "Need. Please," and defendant OSSEILY replied, "Ok sure. 21,434 added to the account. Good luck."

Overt Act No. 1143: On or about May 20, 2019, defendant GOODFRIEND sent defendant OSSEILY a text message stating, "Will need $," and defendant OSSEILY replied, "20 k added, good luck."

Overt Act No. 1144: On or about October 24, 2018, defendant PUNO sent defendant OSSEILY a text message stating, "I'm gonna need more money I'm down to 5k. On Jimmy20," and defendant OSSEILY replied, "Ok u got it. . . . 20017 added to account."

Overt Act No. 1145: On or about July 15, 2019, defendant OSSEILY sent defendants ANTHONY MCCLELLEN and RICHARD MCCLELLEN text messages

stating, "7k added. Are not you working guys today. Hopefully tomorrow is a big day, since u didn't work today."

Overt Act No. 1146: On or about September 18, 2018, defendant NASRALLAH sent defendant OSSEILY a text message stating, "Okay add 1000 at least so Richie [i.e., defendant RICHARD MCCLELLEN] can start," and defendant OSSEILY replied, "Done added. 20 k added."

Overt Act No. 1147: On or about July 6, 2019, defendant OSSEILY sent defendant DWYER a text message stating, "Money added, good luck Mike," and defendant DWYER replied, "Thank you."

Overt Act No. 1148: On or about June 25, 2019, defendant OSSEILY sent defendants NASSIM ESSAYLI and HAYS a text message stating, "10 k added."

**SELECT OVERT ACTS RELATED TO SHIPMENTS OF U.S. RETAILER 1 MERCHANDISE**

Overt Act No. 1149: On or about November 25, 2016, defendant OSSEILY sent defendant NASRALLAH a screenshot of a note stating, "This is my new Forward Air account # 2243226," followed by the message, "Forword air account no. Please ship for Abdallah or [CC-1]. To Lax terminal. Please notify on arrival and put our phone number."

Overt Act No. 1150: On or about November 17, 2017, defendant OSSEILY sent defendant ADAM ESSAYLI a text message stating, "Make sure plz To ship all systems today," and defendant ADAM ESSAYLI sent defendant OSSEILY a Forward Air waybill showing the shipment of 500 pounds of "electronics" from Dulles International Airport in Washington, D.C., to LAX.

Overt Act No. 1151: On or about November 29 and 30, 2017, defendants OSSEILY and NASSIM ESSAYLI exchanged the following text messages and photographs:

| SENDER | CONTENT |
|--------|---------|
| OSSEILY | "Please ship every single item except return. Everything else ship it today don't keep anything pending plz." |
| NASSIM ESSAYLI | "NAS & SHELBY SHIPMENT CLOSE Black Friday Close: PS4 games: 90 Xbox one games: 102 Google Chromecast: 109 . . . ." Photograph of receipt from FedEx store in Plano, Texas reflecting shipment of approximately 161 pounds of freight. |
| OSSEILY | "Ok, I received 5 boxes of your fedex first shipment I am taking care of them to sell." |

Overt Act No. 1152: On or about October 6, 2018, defendant OSSEILY sent defendants NASSIM ESSAYLI, ADAM ESSAYLI, and NASRALLAH, a text message stating, "Sunday night or Monday before 4 o'clock is a shipping date please: Please ship on Monday before cut off time. Thx."

Overt Acts Nos. 1153-1155: On or about October 7 and 8, 2018, the defendants named below sent defendant OSSEILY the following text messages and photographs:

| OVERT ACT | SENDER | CONTENT |
|-----------|--------|---------|
| 1153 | NASSIM ESSAYLI | "Shipment #10 . . . . Total = 88 units" |
| 1154 | ADAM ESSAYLI | "Shipment 2." Photograph of receipt from FedEx store in Villanova, Pennsylvania showing a shipment of approximately 149 pounds to defendant OSSEILY in Irvine California. |

| OVERT ACT | SENDER | CONTENT |
|-----------|--------|---------|
| 1155 | NASRALLAH | "Shipment 3 1 box."<br><br>Photograph of receipt from FedEx store in Merrillville, Indiana showing shipment of approximately 68 pounds of freight to defendant OSSEILY in Irvine, California. |

Overt Act No. 1156: On or about December 7, 2018, defendant OSSEILY sent defendant NASRALLAH a text message stating, "Plz ship today before 5," and defendant NASRALLAH sent defendant OSSEILY a receipt from a FedEx store in Leesburg, Virginia showing a shipment of approximately 111 pounds of freight to defendant OSSEILY in Irvine, California.

Overt Act No. 1157: On or about November 24, 2018, defendant OSSEILY sent defendant MYBURGH a text message stating, "Ship to lax terminal (los angeles) under my name as recipient. Abu Osseily, 714-244-2460," and on or about November 26, 2018, defendant MYBURGH sent defendant OSSEILY a Forward Air waybill showing the shipment of approximately 1,560 pounds of freight from Seattle-Tacoma International Airport to LAX.

Overt Act No. 1158: On or about December 19, 2018, defendant OSSEILY sent defendant MYBURGH a text message stating, "Send me a FedEx receipt please," and defendant MYBURGH sent defendant OSSEILY a receipt from a FedEx store in Burleson, Texas showing a shipment of approximately 69 pounds of freight to defendant OSSEILY in Irvine, California.

Overt Act No. 1159: On or about February 11, 2019, defendant OSSEILY sent defendants NASSIM ESSAYLI and ANTHONY MCCLENNEN a text message stating, "Plz ship today if u can, thx," and defendant

ANTHONY MCCLENNEN sent defendant OSSEILY a photograph of a receipt from a FedEx store in Springfield, Virginia showing a shipment of approximately 110 pounds of freight to defendant OSSEILY in Irvine, California.

Overt Act No. 1160: On or about March 4, 2019, defendant OSSEILY sent defendants NASSIM ESSAYLI and PUNO a text message stating, "Hi Andre, Fedex receipt of the last shipment of trip 3 plz," and defendant PUNO sent defendant OSSEILY a photograph of a receipt from a FedEx store in Cary, North Carolina showing a shipment of approximately 76 pounds of freight to defendant OSSEILY in Irvine, California, along with the message, "65 units."

Overt Act No. 1161: On or about March 12, 2019, defendant OSSEILY sent defendants NASSIM ESSAYLI and HAYS a text message stating, "Ok ship plz, let her[] put her[] name as sender," and on or about March 13, 2019, defendant NASSIM ESSAYLI sent defendant OSSEILY a photograph of a receipt from a FedEx store in La Mesa, California showing a shipment of approximately 25 pounds of freight, along with the message, "Shelby's [i.e., defendant HAYS's] shipment 21 watches."

Overt Act No. 1162: On or about March 15, 2019, defendant OSSEILY sent defendants ADAM ESSAYLI and DWYER text messages stating, "915 083 048 . . . FedEx account number . . . 18 Salerno Irvine CA 92614," and defendant DWYER sent defendant OSSEILY a photograph of a receipt from a FedEx store in Lodi, California reflecting a shipment of approximately 143 pounds of freight to defendant OSSEILY in Irvine, California.

Overt Act No. 1163: On or about June 16, 2019, defendant OSSEILY sent defendants NASSIM ESSAYLI and GOODFRIEND a text message stating, "Let me know when you ship," and defendant NASSIM ESSAYLI sent

defendant OSSEILY a photograph of a receipt from a FedEx store in Vallejo, California showing a shipment of approximately 302 pounds of freight to defendant OSSEILY in Irvine, California.

Overt Act No. 1164: On or about July 11, 2019, defendant OSSEILY sent defendant PUNO a text message stating, "Andre please ship today and send me the FedEx receipt thank you," and defendant PUNO sent defendant OSSEILY a receipt from a FedEx store in Peabody, Massachusetts showing a shipment of approximately 66 pounds of freight to defendant OSSEILY in Irvine, California, along with the message, "46 units total two boxes."

Overt Act No. 1165: On or about July 11, 2019, defendant OSSEILY sent defendant DWYER a text message stating, "please ship everything you have tomorrow morning," and on or about July 12, 2019, defendant DWYER sent defendant OSSEILY a photograph of a receipt from a FedEx store in New Rochelle, New York showing a shipment of approximately 69 pounds of freight to defendant OSSEILY in Irvine, California.

Overt Act No. 1166: On or about July 22, 2019, defendant OSSEILY sent defendants NASSIM ESSAYLI, ADAM ESSAYLI, ANTHONY MCCLENNEN, and RICHARD MCCLENNEN a text message stating, "Good morning, please ship before 4, o'clock. Thank you."

Overt Acts Nos. 1167-1169: On or about July 22, 2019, the defendants named below sent defendant OSSEILY the following text messages and photographs:

| OVERT ACT | SENDER | CONTENT |
|---|---|---|
| 1167 | NASSIM ESSAYLI | "Shipment . . . ."<br><br>Photograph of a receipt from a FedEx store in Kent, Ohio showing a shipment of approximately 200 pounds of freight to defendant OSSEILY in Irvine California. |
| 1168 | ADAM ESSAYLI | "At fed ex."<br><br>Photograph of a receipt from a FedEx store in Lake Havasu City, Arizona showing a shipment of approximately 21 pounds of freight to defendant OSSEILY in Irvine, California. |
| 1169 | ANTHONY MCCLENNEN | "Yes yes, I'm working out now. Then we ship."<br><br>Photograph of a receipt from a FedEx store in Berkeley, California showing a shipment of approximately 93 pounds to defendant OSSEILY in Irvine, California. |

### SELECT OVERT ACTS RELATED TO PAYMENTS

Overt Acts Nos. 1170-1183: On or about the following dates, defendant OSSEILY sent to the defendants named below photographs of checks, photographs of transaction receipts, or screenshots of money transfers showing payments to those defendants:

| OVERT ACT | DATE | DEFENDANT | AMOUNT |
|---|---|---|---|
| 1170 | 06/24/17 | NASSIM ESSAYLI | $8,000 |
| 1171 | 10/17/17 | NASSIM ESSAYLI | $7,475 |
| 1172 | 07/03/17 | ADAM ESSAYLI | $8,544 |
| 1173 | 08/02/17 | ADAM ESSAYLI | $6,777 |
| 1174 | 11/30/17 | NASRALLAH | $6,655 |
| 1175 | 11/20/18 | NASRALLAH | $9,500 |
| 1176 | 12/13/18 | NASRALLAH | $6,000 |

| OVERT ACT | DATE | DEFENDANT | AMOUNT |
|---|---|---|---|
| 1177 | 10/17/17 | MYBURGH | $3,250 |
| 1178 | 11/20/17 | MYBURGH | $7,500 |
| 1179 | 03/09/19 | GOODFRIEND | $5,250 |
| 1180 | 07/19/19 | GOODFRIEND | $4,075 |
| 1181 | 05/22/19 | PUNO | $5,710 |
| 1182 | 06/30/19 | HAYS | $500 |
| 1183 | 07/22/19 | PUNO | $8,870 |

## SELECT OVERT ACTS RELATED TO PURCHASES OF U.S. RETAILER 1 GIFT CARDS

Overt Acts Nos. 1184-1185: On or about December 20, 2015, the defendants named below spent at least the following amounts to purchase U.S. Retailer 1 gift cards using American Express credit cards associated with accounts opened by CC-1:

| OVERT ACT | PURCHASER | AMOUNT |
|---|---|---|
| 1184 | NASSIM ESSAYLI | $123,000 |
| 1185 | NASRALLAH | $103,000 |

Overt Acts Nos. 1186-1189: On or about December 4, 2016, the defendants and co-conspirators named below spent at least the following amounts to purchase U.S. Retailer 1 gift cards using American Express credit cards associated with accounts opened defendant OSSEILY:

| OVERT ACT | PURCHASER | AMOUNT |
|---|---|---|
| 1186 | NASRALLAH | $71,000 |

| OVERT ACT | PURCHASER | AMOUNT |
|---|---|---|
| 1187 | ADAM ESSAYLI | $19,000 |
| 1188 | CC-2 | $10,000 |
| 1189 | CC-3 | $14,000 |

Overt Acts Nos. 1190-1194: On or about December 3, 2017, the defendants named below spent at least the following amounts to purchase U.S. Retailer 1 gift cards using American Express credit cards associated with accounts opened by the following primary accountholders:

| OVERT ACT | PURCHASER | AMOUNT | ACCOUNTHOLDER |
|---|---|---|---|
| 1190 | NASSIM ESSAYLI | $130,000 | CC-1 |
| 1191 | NASSIM ESSAYLI | $61,000 | OSSEILY |
| 1192 | ADAM ESSAYLI | $33,000 | CC-1 |
| 1193 | ADAM ESSAYLI | $72,000 | OSSEILY |
| 1194 | MYBURGH | $84,000 | OSSEILY |

Overt Act No. 1195: On or about November 22, 2018, defendant RICHARD MCCLENNEN sent defendant OSSEILY and others a text message stating, "Gift card receipts $19,000" along with photographs showing the purchase of $18,999.83 of receipts from a U.S. Retailer 1 store in Minnesota.

Overt Act No. 1196: On or about December 2, 2018, defendant OSSEILY sent defendant NASRALLAH a text message stating, "For buying [U.S. Retailer 1] gift cards today 300$ each. Not more than 10 transaction max on every register, after refreshing the wallet after every transaction, and choose different gift card for paying every

99

time. When u add money to wallet change the gift card, after every transaction."

Overt Act No. 1197: On or about December 2, 2018, defendant PUNO sent defendant OSSEILY text messages asking, "Do I add [t]he gift cards I buy right away," and defendant OSSEILY replied, "No not now . . . Tomorrow . . . Don't bye more than 10 cards a time. Keep moving from register to register."

**SELECT OVERT ACTS RELATED TO RECRUITMENT AND TRAINING**

Overt Act No. 1198: On or about July 13, 2017, CC-1 sent defendant OSSEILY a screenshot of a Facebook posting by defendant NASSIM ESSAYLI, which stated the following:

LOOKING TO PAY SOMEONE TO TRAVEL IN USA W ME FOR 1 week or 2 weeks all expenses paid and $2,000 each week.  Starting around July 28th for 1 or 2 weeks. . . .

Qualifications:
No family members . . .
Must not have too many visible tattoos
Must dress clean . . .

Overt Act No. 1199: On or about July 26, 2017, defendants OSSEILY and NASSIM ESSAYLI exchanged the following text messages:

| SENDER | CONTENT |
| --- | --- |
| NASSIM ESSAYLI | "Please prey for us[.] I have all 4 of us in FL by 2pm tomorrow just a training day for everyone but please I need 25 days of this to cover expenses and put all the money in the bank so O am a little nervous but also excited. Let's see what happens." |
| OSSEILY | "Don't be nervous just let me know how can I help? Take a breath for a moment." |
| NASSIM ESSAYLI | "Start by setting up the account for shane [i.e., defendant MYBURGH] 2,000 at a time and making special password for him. I'll let shane call you every time he needs $$ instead of me." |

| SENDER | CONTENT |
|---|---|
| OSSEILY | "Ok also for shipping let him contact me. Shane [i.e., defendant MYBURGH] has in advance now: 760$. Shane account is. Shane1@work.com. Shane 2017. On [U.S. Retailer 1] app ready, but let him start with his 706$ first before the account. Thx and good luck. . . ." |

Overt Act No. 1200: On or about August 23, 2017, defendants OSSEILY and MYBURGH exchanged the following text messages:

| SENDER | CONTENT |
|---|---|
| MYBURGH | "Abu, I have a very long term friend that i know and trust. Nassim did a phone interview with him. I booked him a ticket of green amex. Here is his flight info." |
| OSSEILY | "Is he going to work with you? Or it is only personal ticket." |
| MYBURGH | "If you'd like his ss# and dl# he will provide it. He will work with me and Nas [i.e., defendant NASSIM ESSAYLI], so he can get used to the group. In the years o have worked for you and [CC-1] I have never suggested anyone until now. I feel like he is a good fit, moving to my level with time. It's not a personal ticket. It will fall under my employee." |
| OSSEILY | "Ok, let Nass [i.e., defendant NASSIM ESSAYLI] meet him and after he approve you start work, and let me know when are you going to start work, and for how many days." |

Overt Act No. 1201: On or about October 22, 2017, defendant OSSEILY sent defendant ADAM ESSAYLI text messages stating, "I cannot travel for a long time so I prefer if you can find somebody to work with you that you can trust. White American not from the family . . . If you didn't find let me know I know somebody I trust and he go with you."

**SELECT OVERT ACTS POST-DATING JULY 23, 2019**

Overt Act No. 1202: On or about August 18, 2019, a co-conspirator used the Team Member discount to buy items from a U.S.

101

Retailer 1 store in Fort Worth, Texas, and subsequently sent a photograph of the purchase receipts to defendant OSSEILY.

Overt Act No. 1203: On or about October 11, 2019, a co-conspirator used the Team Member discount to buy items from a U.S. Retailer 1 store in Plano, Texas, and subsequently sent a photograph of the purchase receipt to defendant OSSEILY.

Overt Act No. 1204: On or about October 21, 2019, defendant OSSEILY deposited approximately $4,554 in defendant ADAM ESSAYLI's bank account.

Overt Act No. 1205: On or about December 22, 2019, defendants OSSEILY and NASSIM ESSAYLI exchanged the following text messages:

| SENDER | CONTENT |
|---|---|
| OSSEILY | "Ipads are still on sale th." |
| NASSIM ESSAYLI | "Good because the last store I forgot use team so I will return the iPads and re buy. I will spend on air later today when Shelby goes to work." |
| OSSEILY | "No need to return, just continue purchasing, and buy more ipad air." |
| NASSIM ESSAYLI | "No I will exchange it still. It's the holidays no problem. Just the iPads not the switch. Adjust price not return." |

Overt Acts Nos. 1206-1211: On or about December 8, 2019, at U.S. Retailer 1 stores in the following states, the defendants and co-conspirators named below spent at least the following amounts to purchase of U.S. Retailer 1 gift cards using American Express credit cards associated with defendant OSSEILY:

| OVERT ACT | PURCHASER | AMOUNT | STATE |
|---|---|---|---|
| 1206 | OSSEILY | $43,000 | California |

| OVERT ACT | PURCHASER | AMOUNT | STATE |
|---|---|---|---|
| 1207 | NASSIM ESSAYLI | $107,000 | Virginia |
| 1208 | ADAM ESSAYLI | $101,000 | Virginia |
| 1209 | NASRALLAH | $49,000 | California |
| 1210 | CC-2 | $10,000 | California |
| 1211 | CC-4 | $27,000 | California |

Overt Act No. 1212: On or about December 20, 2019, a co-conspirator took a screenshot of a Loyalty Account profile -- under the account name "Simple Marketing Essayli" and associated with the email address "jackson5five621@yahoo.com -- to which the retired Team Member number had been uploaded, and subsequently sent that screenshot to defendant OSSEILY.

Overt Act No. 1213: On or about February 6, 2020, a co-conspirator used the Team Member discount to buy items from a U.S. Retailer 1 store in Santa Ana, California, and subsequently sent a photograph of the purchase receipt to defendant OSSEILY.

Overt Act No. 1214: On or about March 9, 2020, defendant NASSIM ESSAYLI flew to Minneapolis, Minnesota on an airline ticket purchased with a credit card associated with one of defendant OSSEILY's American Express accounts.

Overt Act No. 1215: On or about March 9, 2020, at a U.S. Retailer 1 store in St. Paul, Minnesota, defendant NASSIM ESSAYLI stole a keyring from a U.S. Retailer 1 employee containing keys used to unlock secured electronics. Specifically, when the U.S. Retailer 1 employee was looking the other direction, defendant NASSIM ESSAYLI

grabbed her keys from a counter near the cash register and put them into his pocket.

Overt Act No. 1216: On or about March 11, 2020, defendant OSSEILY bought a U.S. Retailer 1 gift card ending in 0951 (the "0951 gift card") from a U.S. Retailer 1 store in Irvine, California.

Overt Act No. 1217: On or about March 11, 2020, defendant OSSEILY loaded the 0951 gift card onto a Loyalty Account used by defendant NASSIM ESSAYLI.

Overt Act No. 1218: On or about March 11, 2020, defendant NASSIM ESSAYLI used the 0951 gift card to buy merchandise from a U.S. Retailer 1 store in Minnesota with the Team Member discount.

**OTHER OVERT ACTS**

Overt Act No. 1219: On or about June 8, 2017, beginning at approximately the following times, defendants OSSEILY and NASSIM ESSAYLI exchanged the following text messages:

| TIME | SENDER | CONTENT |
|---|---|---|
| 9:17 a.m. | NASSIM ESSAYLI | "For my taxes from last years. I'm meeting CPA" |
| 9:21 a.m. | OSSEILY | "Call me if u can" |
| 9:22 a.m. | NASSIM ESSAYLI | "Call u at 9:45" |
| 9:22 a.m. | OSSEILY | "Ok. Talk with cpa only about 2016, don't say any thing about 2017, or about work. He knows all the family, and we don't want any body to know about []new work" |
| 9:25 a.m. | NASSIM ESSAYLI | "Understand" |
| 9:25 a.m. | OSSEILY | "Thx, take care" |

Overt Act No. 1220: On or about July 24, 2017, defendant NASSIM ESSAYLI sent defendant OSSEILY a text message stating, "Can I give

Shane [i.e., defendant MYBURGH] you[r] FedEx. [CC-1] always let him use his??"

Overt Act No. 1221: On or about July 31, 2017, defendants OSSEILY and NASSIM ESSAYLI exchanged the following text messages:

| SENDER | CONTENT |
|---|---|
| NASSIM ESSAYLI | "Hey we need to figure some things out w this AMEX situation. I can't work without money and the card is maxed out. Some stores don't accept gift card and I buy without team member. Lots of gift card scams in Orlando area." |
| OSSEILY | "I am adding money to accounts give me 5 min I will call u." |
| NASSIM ESSAYLI | "This need to change. I need to fly home if this continues. We're missing out on time and units and everything is expensive. [CC-1] didn't answer. I haven't been able to get ahold of you since last night. I have 4 people and everyone is counting on me." |
| OSSEILY | "Relax and breath please, we all one hand to fix the issue. Will be ready in a minute [CC-1] is calling them at the moment." |

Overt Act No. 1222: On or about September 26, 2017, defendant OSSEILY sent defendant NASSIM ESSAYLI a text message stating, "Your check is ready, call [CC-1] plz for pick up."

Overt Act No. 1223: On or about October 16, 2017, defendant NASSIM ESSAYLI sent defendant OSSEILY a text message stating, "Did I get the credit card up," and defendant OSSEILY replied, "Yes I asked [CC-1] To open and he said they will be open tonight but he said only for merchandise on major expenses like a trip expenses only (no Personal use or personal expenses plz)."

Overt Act No. 1224: On or about November 20, 2017, defendant NASSIM ESSAYLI sent defendant OSSEILY a text message stating, "Did you send Amex," and defendant OSSEILY replied, "Not yet I will try

today, I receive it, I have it now, also I will ask [CC-1] to open both accounts for you soon."

Overt Act No. 1225: On or about September 23, 2018, defendant NASSIM ESSAYLI sent defendants OSSEILY and ADAM ESSAYLI a text message stating, "Apparently somebody came in last year and tried to use a bunch of rainchecks and registry and discounts and their District Manager told them to not do any of that for Apple products! That was us"; defendant OSSEILY responded, "Haha so cool they still memorize."

Overt Act No. 1226: On or about November 24, 2018, defendant ADAM ESSAYLI sent defendant OSSEILY text messages stating, "Can I book flight. On [CC-1's] credit cards. Hey sorry one more thing. What is [CC-1's] addrsss and zip for billing info," and defendant OSSEILY replied by sending the address for CC-1's tax services company.

Overt Act No. 1227: On or about November 24, 2018, defendant NASSIM ESSAYLI sent defendant OSSEILY a text message stating:

> "Ok. We were at 75k owed
> Minus 7500 advance
> Minus [CC-1]
> We're at 65k (before Amex)
> Now...what did you advance me and what is the Amex?"

Overt Act No. 1228: On or about January 30, 2019, defendant OSSEILY forwarded defendant NASSIM ESSAYLI the following text messages from defendant MYBURGH:

> "I have people telling me Andre [i.e., defendant PUNO] and others are still working for you in electronics and I can see people are traveling right now. I don't know why you lie. I trained these people and you just cut me out completely after I drop everything in my life to travel for you all over the country. You need to meet with me when I come back from Boston and read a couple things. Or else I'm just going to go ahead with my plans. I'm really not interested in playing this game with you people anymore. . . .

Either come to me with work. For me +2 of the people close
to me of expect an expose on every major news network. Incl
you, [CC-1], Nas [i.e., defendant NASSIM ESSAYLI] as major
players. Money will trace back. I have months of whatsapp
convos saved already. How much does your future matter to
you?

Overt Act No. 1229: On or about July 13, 2019, defendants

OSSEILY and NASSIM ESSAYLI exchanged the following text messages:

| SENDER | CONTENT |
|--------|---------|
| NASSIM ESSAYLI | "Just woke up and I'm having trouble sleeping because I'm thinking you're going to let tony and Richie [i.e., defendants ANTHONY MCCLELLEN and RICHARD MCCLENNEN] work CA…please whatever you do don't let them work CA." |
| OSSEILY | "Ok, I will let them do Oregon and Seattle, and that should be enough for them. California is yours, or Andre [i.e., defendant PUNO] you decide for that." |
| NASSIM ESSAYLI | "Ok. Also you should not pay these guys well. Nothing over 50% total." |

COUNT TWO THROUGH COUNT FOURTEEN

[18 U.S.C. §§ 1341, 2(a)]

1.    The Grand Jury repeats, re-alleges, and incorporates by reference the allegations set forth in paragraphs 1-5 and 7-8 of Count One of this Indictment as if fully set forth herein.

A.    THE SCHEME TO DEFRAUD

2.    Beginning on a date unknown to the Grand Jury, but no later than on or about July 5, 2014, and continuing through at least on or about March 25, 2020, in Los Angeles, Orange, Riverside, and San Bernardino Counties, within the Central District of California, and elsewhere, defendants ABDALLAH OSSEILY, also known as ("aka") "Abu," NASSIM ESSAYLI, aka "Nass," ADAM ESSAYLI, IBRAHIM NASRALLAH, aka "Bob" and "Ibrahim Masrallah," SHANE MYBURGH, ANTHONY MCCLENNEN, aka "Tony," REED AUSTIN GOODFRIEND, MELCHOR ANDRE YAP PUNO, aka "Andre" and "Andrew," RICHARD MCCLELLEN, aka "Richie," MICHAEL DWYER, aka "Mike," and SHELBY HAYS, aka "Shelby Texas," together with others known and unknown to the Grand Jury, knowingly and with the intent to defraud, devised, participated in, and executed a scheme to defraud U.S. Retailer 1 as to material matters, and to obtain money and property from U.S. Retailer 1 by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

B.    MANNER AND MEANS OF THE FRAUDULENT SCHEME

3.    The fraudulent scheme operated, in substance, by the means and in the manner alleged in paragraph 7 of Count One of this Indictment, which is incorporated here.

C.    THE USE OF MAILS

    4.    On or about the following dates, the defendants named below, each aiding and abetting the other, for the purpose of executing the above-described scheme to defraud, willfully caused U.S. Retailer 1 merchandise to be placed in an authorized depository for mail matter in the following locations to be sent and delivered to defendant OSSEILY within the Central District of California, by Federal Express according to the directions thereon:

| COUNT | DATE | DEFENDANTS | SHIPMENT ORIGIN |
|---|---|---|---|
| TWO | 11/29/17 | OSSEILY; NASSIM ESSAYLI | Plano, TX |
| THREE | 12/07/18 | OSSEILY; NASRALLAH | Leesburg, VA |
| FOUR | 12/19/18 | OSSEILY; MYBURGH | Burleson, TX |
| FIVE | 2/11/19 | OSSEILY; NASSIM ESSAYLI; ANTHONY MCCLENNEN | Springfield, VA |
| SIX | 03/04/19 | OSSEILY; PUNO | Cary, NC |
| SEVEN | 03/13/19 | OSSEILY; NASSIM ESSAYLI; HAYS | La Mesa, CA |
| EIGHT | 03/15/19 | OSSEILY; ADAM ESSAILY; DWYER | Lodi, CA |
| NINE | 06/16/19 | OSSEILY; NASSIM ESSAYLI; GOODFRIEND | Vallejo, CA |
| TEN | 07/11/19 | OSSEILY; DWYER | New Rochelle, NY |
| ELEVEN | 07/11/19 | OSSEILY; PUNO | Peabody, MA |

| COUNT | DATE | DEFENDANTS | SHIPMENT ORIGIN |
|---|---|---|---|
| TWELVE | 07/22/19 | OSSEILY;<br>ANTHONY MCCLLELEN;<br>RICHARD MCCLENNEN | Berkeley, CA |
| THIRTEEN | 07/22/19 | OSSEILY;<br>NASSIM ESSAYLI;<br>GOODFRIEND | Kent, OH |
| FOURTEEN | 07/22/19 | OSSEILY;<br>ADAM ESSAYLI | Lake Havasu City, AZ |

## COUNT FIFTEEN THROUGH COUNT THIRTY-SIX

### [18 U.S.C. §§ 1343, 2(a)]

1. The Grand Jury repeats, re-alleges, and incorporates by reference the allegations set forth in paragraphs 1-5 and 7-8 of Count One of this Indictment as if fully set forth herein.

A. THE SCHEME TO DEFRAUD

2. Beginning on a date unknown to the Grand Jury, but no later than on or about July 5, 2014, and continuing through at least on or about March 25, 2020, in Los Angeles, Orange, Riverside, and San Bernardino Counties, within the Central District of California, and elsewhere, defendants ABDALLAH OSSEILY, also known as ("aka") "Abu," NASSIM ESSAYLI, aka "Nass," ADAM ESSAYLI, IBRAHIM NASRALLAH, aka "Bob" and "Ibrahim Masrallah," SHANE MYBURGH, ANTHONY MCCLENNEN, aka "Tony," REED AUSTIN GOODFRIEND, MELCHOR ANDRE YAP PUNO, aka "Andre" and "Andrew," RICHARD MCCLELLEN, aka "Richie," MICHAEL DWYER, aka "Mike," and SHELBY HAYS, aka "Shelby Texas," together with others known and unknown to the Grand Jury, knowingly and with the intent to defraud, devised, participated in, and executed a scheme to defraud U.S. Retailer 1 as to material matters, and to obtain money and property from U.S. Retailer 1 by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

B. MANNER AND MEANS OF THE FRAUDULENT SCHEME

3. The fraudulent scheme operated, in substance, by the means and in the manner alleged in paragraph 7 of Count One of this Indictment, which is incorporated here.

111

C.    THE USE OF WIRES

     4.    On or about the following dates, the defendants named below, together with others known and unknown to the Grand Jury, each aiding and abetting the other, for the purpose of executing and attempting to execute the above-described scheme to defraud, caused the transmission of wire communications in interstate commerce, namely records of items purchased at U.S. Retailer 1 stores in the following locations, within the Central District of California, to U.S. Retailer 1's servers in Minnesota.

| COUNT | DATE | DEFENDANT(S) | LOCATION |
|---|---|---|---|
| FIFTEEN | 09/01/15 | OSSEILY | Northridge, CA |
| SIXTEEN | 10/29/16 | OSSEILY | Irvine, CA |
| SEVENTEEN | 11/21/16 | OSSEILY; ADAM ESSAYLI | San Clemente, CA |
| EIGHTEEN | 12/13/17 | OSSEILY; NASSIM ESSAYLI | Santa Fe Springs, CA |
| NINETEEN | 02/21/18 | OSSEILY; NASSIM ESSAYLI | San Clemente, CA |
| TWENTY | 08/31/18 | OSSEILY; NASSIM ESSAYLI | Fullerton, CA |
| TWENTY-ONE | 01/22/19 | OSSEILY; ANTHONY MCCLENNEN | Norco, CA |
| TWENTY-TWO | 01/22/19 | OSSEILY; NASSIM ESSAYLI | Ontario, CA |
| TWENTY-THREE | 03/05/19 | OSSEILY; DWYER | Garden Grove, CA |
| TWENTY-FOUR | 03/06/19 | OSSEILY; ADAM ESSAYLI | Carson, CA |
| TWENTY-FIVE | 03/07/19 | OSSEILY; DWYER | Burbank, CA |

| COUNT | DATE | DEFENDANT(S) | LOCATION |
|---|---|---|---|
| TWENTY-SIX | 03/17/19 | OSSEILY;<br>PUNO | Redondo Beach, CA |
| TWENTY-SEVEN | 04/13/19 | OSSEILY;<br>NASSIM ESSAYLI | Norco, CA |
| TWENTY-EIGHT | 04/16/19 | OSSEILY;<br>ANTHONY MCCLENNEN | Mission Viejo, CA |
| TWENTY-NINE | 05/14/19 | OSSEILY;<br>ANTHONY MCCLENNEN | Long Beach, CA |
| THIRTY | 05/19/19 | OSSEILY | Manhattan Beach, CA |
| THIRTY-ONE | 05/20/19 | OSSEILY;<br>GOODFRIEND | Fullerton, CA |
| THIRTY-TWO | 05/21/19 | OSSEILY;<br>GOODFRIEND | Whittier, CA |
| THIRTY-THREE | 06/14/19 | OSSEILY;<br>PUNO | San Clemente, CA |
| THIRTY-FOUR | 06/15/19 | OSSEILY | Murrieta, CA |
| THIRTY-FIVE | 06/25/19 | OSSEILY;<br>HAYS | South Gate, CA |
| THIRTY-SIX | 07/16/19 | OSSEILY;<br>HAYS | Moreno Valley, CA |

COUNT THIRTY-SEVEN

[18 U.S.C. §§ 1028A(a)(1) and 2(a)]

1.    The Grand Jury repeats, re-alleges, and incorporates by reference the allegations set forth in paragraphs 1-5 and 7-8 of Count One of this Indictment as if fully set forth herein.

2.    On or about May 6, 2016, within the Central District of California, and elsewhere, defendant ABDALLAH OSSEILY, also known as "Abu," together with others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly possessed, without lawful authority, means of identification that defendant OSSEILY knew belonged to another person, namely, the name and Team Member number of M.G. ending in 6416, during and in relation to the offense of conspiracy to commit mail fraud and wire fraud, a felony violation of 18 U.S.C. § 1349, as charged in Count One of this Indictment.

## COUNT THIRTY-EIGHT

[18 U.S.C. §§ 1028A(a)(1) and 2(a)]

1.    The Grand Jury repeats, re-alleges, and incorporates by reference the allegations set forth in paragraphs 1-5 and 7-8 of Count One of this Indictment as if fully set forth herein.

2.    On or about July 23, 2019, in Orange County, within the Central District of California, and elsewhere, defendant ABDALLAH OSSEILY, also known as "Abu," together with others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly possessed, without lawful authority, means of identification that defendant OSSEILY knew belonged to other persons, namely the Team Member numbers below, during and in relation to the offense of conspiracy to commit mail fraud and wire fraud, a felony violation of 18 U.S.C. § 1349, as charged in Count One of this Indictment.

| MEANS OF IDENTIFICATION |
| --- |
| The Team Member number of M.A. ending in 8384 |
| The Team Member number of D.L. ending in 9544 |
| The Team Member number of J.G. ending in 6482 |
| The Team Member number of J.B. ending in 3931 |
| The Team Member number of A.M. ending in 2436 |
| The Team Member number of M.O. ending in 0550 |

COUNT THIRTY-NINE

[18 U.S.C. §§ 1028A(a)(1) and 2(a)]

1.    The Grand Jury repeats, re-alleges, and incorporates by reference the allegations set forth in paragraphs 1-5 and 7-8 of Count One of this Indictment as if fully set forth herein.

2.    On or about September 1, 2015, in Los Angeles County, within the Central District of California, and elsewhere, defendant ABDALLAH OSSEILY, also known as "Abu," together with others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly possessed and used, without lawful authority, a means of identification that defendant OSSEILY knew belonged to another person, namely the Team Member number of Z.E. beginning in 6118, during and in relation to the offense of wire fraud, a felony violation of 18 U.S.C. § 1343, as charged in Count Fifteen of this Indictment.

COUNT FORTY

[18 U.S.C. §§ 1028A(a)(1) and 2(a)]

1.    The Grand Jury repeats, re-alleges, and incorporates by reference the allegations set forth in paragraphs 1-5 and 7-8 of Count One of this Indictment as if fully set forth herein.

2.    On or about October 29, 2016, in Orange County, within the Central District of California, and elsewhere, defendant ABDALLAH OSSEILY, also known as "Abu," together with others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly possessed and used, without lawful authority, a means of identification that defendant OSSEILY knew belonged to another person, namely the Team Member number of M.G. ending in 6146, during and in relation to the offense of wire fraud, a felony violation of 18 U.S.C. § 1343, as charged in Count Sixteen of this Indictment.

## COUNT FORTY-ONE

[18 U.S.C. §§ 1028A(a)(1) and 2(a)]

1.    The Grand Jury repeats, re-alleges, and incorporates by reference the allegations set forth in paragraphs 1-5 and 7-8 of Count One of this Indictment as if fully set forth herein.

2.    On or about January 11, 2016, within the Central District of California, and elsewhere, defendant NASSIM ESSAYLI, aka "Nass," together with others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly possessed and used, without lawful authority, a means of identification that he knew belonged to another person, namely, the Team Member number of Z.E. beginning in 6118, during and in relation to the offense of conspiracy to commit mail fraud and wire fraud, a felony violation of 18 U.S.C. § 1349, as charged in Count One of this Indictment.

COUNT FORTY-TWO

[18 U.S.C. §§ 1028A(a)(1) and 2(a)]

1.    The Grand Jury repeats, re-alleges, and incorporates by reference the allegations set forth in paragraphs 1-5 and 7-8 of Count One of this Indictment as if fully set forth herein.

2.    On or about October 7, 2017, within the Central District of California, and elsewhere, defendant NASSIM ESSAYLI, aka "Nass," together with others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly possessed and transferred, without lawful authority, a means of identification that he knew belonged to another person, namely, the Team Member number of Z.E. beginning in 6118, during and in relation to the offense of conspiracy to commit mail fraud and wire fraud, a felony violation of 18 U.S.C. § 1349, as charged in Count One of this Indictment.

COUNT FORTY-THREE

[18 U.S.C. §§ 1028A(a)(1) and 2(a)]

1. The Grand Jury repeats, re-alleges, and incorporates by reference the allegations set forth in paragraphs 1-5 and 7-8 of Count One of this Indictment as if fully set forth herein.

2. On or about November 6, 2016, within the Central District of California, and elsewhere, defendant ADAM ESSAYLI, together with others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly possessed and used, without lawful authority, a means of identification that he knew belonged to another person, namely, the Team Member number of Z.E. beginning in 6118, during and in relation to the offense of conspiracy to commit mail fraud and wire fraud, a felony violation of 18 U.S.C. § 1349, as charged in Count One of this Indictment.

## COUNT FORTY-FOUR

[18 U.S.C. §§ 1028A(a)(1) and 2(a)]

1.    The Grand Jury repeats, re-alleges, and incorporates by reference the allegations set forth in paragraphs 1-5 and 7-8 of Count One of this Indictment as if fully set forth herein.

2.    On or about May 6, 2016, in Orange County, within the Central District of California, and elsewhere, defendant IBRAHIM NASRALLAH, together with others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly transferred and possessed, without lawful authority, a means of identification that he knew belonged to another person, namely, the name and Team Member number of M.G. ending in 6416, during and in relation to the offense of conspiracy to commit mail fraud and wire fraud, a felony violation of 18 U.S.C. § 1349, as charged in Count One of this Indictment.

## COUNT FORTY-FIVE

### [18 U.S.C. §§ 1028A(a)(1) and 2(a)]

1.    The Grand Jury repeats, re-alleges, and incorporates by reference the allegations set forth in paragraphs 1-5 and 7-8 of Count One of this Indictment as if fully set forth herein.

2.    On or about November 26, 2016, within the Central District of California, and elsewhere, defendant IBRAHIM NASRALLAH, together with others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly possessed and used, without lawful authority, a means of identification that he knew belonged to another person, namely, the Team Member number of M.G. ending in 6416, during and in relation to the offense of conspiracy to commit mail fraud and wire fraud, a felony violation of 18 U.S.C. § 1349, as charged in Count One of this Indictment.

1                    COUNT FORTY-SIX THROUGH COUNT FIFTY

2                       [18 U.S.C. § 1344(1)]

3         1.    The Grand Jury repeats, re-alleges, and incorporates by

4 reference the allegations set forth in paragraphs 1-5 and 7-8 of

5 Count One of this Indictment as if fully set forth herein.

6 A.    INTRODUCTORY ALLEGATIONS

7         At times relevant to this Indictment:

8         2.    Citibank, N.A. ("Citibank"), MUFG Union Bank, N.A. ("Union

9 Bank"), American Express Centurion Bank ("American Express"), and

10 Zions Bancorporation, N.A., doing business as California Bank & Trust

11 ("California Bank & Trust") were financial institutions, the deposits

12 of which were insured by the Federal Deposit Insurance Corporation.

13 Payments made to pay American Express credit cards were deposited

14 into accounts held by American Express.

15         3.    Defendant ABDALLAH OSSEILY, also known as "Abu," owned

16 electronics wholesale companies Simple Marketing Solutions and Extra

17 Solutions Inc. ("Extra Solutions") in Orange County, California.

18 B.    THE SCHEME TO DEFRAUD

19         4.    Beginning on or about October 19, 2015, and continuing

20 until on or about May 11, 2018, in Orange County, within the Central

21 District of California, and elsewhere, defendant OSSEILY, knowingly

22 and with the intent to defraud, executed, and attempted to execute, a

23 scheme to defraud financial institutions as to material matters.

24         5.    The fraudulent scheme operated, in substance, in the

25 following manner:

26            a.    Defendant OSSEILY would apply for loans, credit cards,

27 and increased credit card spending limits from financial

28 institutions, including (i) a personal credit card from Citibank;

1  (ii) a business loan from Union Bank; (iii) a business credit card
2  from Citibank; (iv) an increased credit card spending limit from
3  American Express; and (v) and a business loan from California Bank &
4  Trust.

5       b.    To improve his chances of being approved for these
6  loans, credit cards, and increased credit card spending limits,
7  defendant OSSEILY would (i) report higher personal and business
8  income than he reported to the Internal Revenue Service (the "IRS");
9  and (ii) provide falsified tax returns to financial institutions.

10      c.    Defendant OSSEILY would use credit he obtained from
11 financial institutions to buy millions of dollars of merchandise from
12 U.S. Retailer 1 stores -- at reduced prices through the unlawful use
13 of discounts and other schemes to defraud -- before reselling the
14 merchandise to third-parties for a profit.

15 C.  EXECUTION OF THE FRAUDULENT SCHEME

16      6.    On or about the following dates, in Orange County, within
17 the Central District of California, defendant OSSEILY committed the
18 following acts, each of which constituted an execution of the
19 fraudulent scheme:

| COUNT | ACT |
|-------|-----|
| FORTY-SIX | On or about October 19, 2015, defendant OSSEILY submitted a personal credit card application to Citibank on which he reported total annual income of $120,000 -- more than the $59,880 in total income he reported to the IRS for the 2014 tax year and the $62,798 in total income he reported to the IRS for the 2015 tax year. |

| COUNT | ACT |
|-------|-----|
| FORTY-SEVEN | On or about July 8, 2016, defendant OSSEILY submitted an application for a business loan of $50,000 to the Villa Park Branch of Union Bank.  As proof of his income, defendant OSSEILY provided Union Bank a falsified tax return for the 2015 tax year, which falsely claimed that the gross sales earned by his company, Simple Marketing Solutions, was $945,932 -- $499,995 more than the gross sales defendant OSSEILY actually reported to the IRS for the 2015 tax year. |
| FORTY-EIGHT | On or about July 14, 2016, defendant OSSEILY submitted a business credit card application for his company, Simple Marketing Solutions, to Citibank on which he reported total income of $90,000 -- more than the $0 in gross income that OSSEILY reported to the IRS for Simple Marketing Solutions for the 2015 tax year, and more than the $26,281 in gross income that OSSEILY reported to the IRS for Simple Marketing Solutions for the 2016 tax year.<br><br>On the same application, defendant OSSEILY reported annual personal income of $90,000 -- more than the $62,798 in total income he reported to the IRS for the 2015 tax year, and more than the $69,728 in adjusted gross income he reported to the IRS for the 2016 tax year. |
| FORTY-NINE | On or about January 10, 2018, defendant OSSEILY provided American Express a falsified tax return for the 2015 tax year in support of his application to increase the spending limit on two credit cards, which falsely claimed that the gross sales earned by his company, Simple Marketing Solutions, was $945,932 -- $499,995 more than the gross sales defendant OSSEILY actually reported to the IRS for the 2015 tax year. |

| COUNT | ACT |
|-------|-----|
| FIFTY | On or about May 11, 2018, defendant OSSEILY submitted an application for a business loan of $95,000 for his company, Extra Solutions, to California Bank & Trust.  In connection with that application, defendant OSSEILY provided a "Profit and Loss" statement for Extra Solutions, on which he reported net income of $100,691 for Extra Solutions in the 2017 tax year -- more than the $64,864 he reported to the IRS as Extra Solutions' income for the 2017 tax year.  Defendant OSSEILY also provided a "Balance Sheet" for Extra Solutions, on which he reported total assets of $152,534.53 for the 2017 tax year -- more than the $120,065 he reported to the IRS as Extra Solutions' total assets for the 2017 tax year. |

COUNT FIFTY-ONE

[18 U.S.C. § 7206(1)]

On or about April 16, 2017, in Orange County, within the Central District of California, and elsewhere, defendant ABDALLAH OSSEILY willfully made and subscribed to a materially false United States Individual Income Tax Return, Form 1040, for the calendar year 2016, which defendant OSSEILY verified by a written declaration that it was made under penalty of perjury, and filed such tax return with the Internal Revenue Service, which defendant OSSEILY did not believe to be true and correct as to every material matter, in that on line 37 of his Form 1040, defendant OSSEILY reported that his adjusted gross income for the calendar year 2016 was $69,728, when, in fact, as defendant OSSEILY then knew and believed, his total income for the calendar year 2016 was in excess of $69,728.

## COUNT FIFTY-TWO

[18 U.S.C. § 7206(1)]

On or about April 15, 2018, in Orange County, within the Central District of California, and elsewhere, defendant ABDALLAH OSSEILY willfully made and subscribed to a materially false United States Individual Income Tax Return, Form 1040, for the calendar year 2017, which defendant OSSEILY verified by a written declaration that it was made under penalty of perjury, and filed such tax return with the Internal Revenue Service, which defendant OSSEILY did not believe to be true and correct as to every material matter, in that on line 37 of his Form 1040, defendant OSSEILY reported that his adjusted gross income for the calendar year 2017 was $82,864, when, in fact, as defendant OSSEILY then knew and believed, his total income for the calendar year 2017 was in excess of $82,864.

1

COUNT FIFTY-THREE

2

[18 U.S.C. § 1425(a)]

3     On or about June 13, 2017, in Los Angeles County, within the

4 Central District of California, defendant ABDALLAH OSSEILY

5 ("OSSEILY"), knowingly and unlawfully attempted to procure for

6 himself naturalization as a United States citizen, to which he was

7 not entitled, by making, in connection with his naturalization

8 application, the following material false statement, that he knew to

9 be false when made, contrary to law and in violation of 18 U.S.C.

10 § 1425(a):  In response to the question "Have you EVER committed,

11 assisted in committing, or attempted to commit, a crime or offense

12 for which you were NOT arrested," OSSEILY answered "No."  In fact,

13 defendant OSSEILY knew at the time he made the statement that it was

14 false because, on or about the following dates, he had committed,

15 assisted in committing, and attempted to commit the following crimes,

16 for which he had not been arrested:

17

| DATE(S) | CRIME(S) |
| --- | --- |
| 07/04/15 – 06/13/17 | Mail Fraud; Wire Fraud; and Conspiracy to Commit Mail Fraud and Wire Fraud |
| 10/19/15 | Bank Fraud |
| 12/15/15 | Perjury Under California State Law |
| 07/07/16 | Bank Fraud |
| 07/16/16 | Bank Fraud |
| 02/17/17 | Perjury Under California State Law |
| 04/16/17 | Subscribing to a False Tax Return |

18
19
20
21
22
23
24
25
26
27
28

COUNT FIFTY-FOUR

[18 U.S.C. § 1015(a)]

On or about March 5, 2019, in Los Angeles County, within the Central District of California, defendant ABDALLAH OSSEILY ("OSSEILY"), knowingly made a false statement under oath in a case, proceeding, and matter relating to, under, and by virtue of a law of the United States relating to naturalization, namely, while under oath during an interview in connection with his naturalization application to become a United States citizen, defendant OSSEILY falsely stated to a United States Customs and Immigration Services Officer that he had never committed, assisted in committing, or attempted to commit a crime or offense for which he had not been arrested. In fact, defendant OSSEILY knew at the time he made the statement that it was false because, on or about the following dates, he had committed, assisted in committing, and attempted to commit the following crimes, for which he had not been arrested:

| DATE(S) | CRIME(S) |
|---------|----------|
| 07/04/15 – 03/05/19 | Mail Fraud; Wire Fraud; and Conspiracy to Commit Mail Fraud and Wire Fraud |
| 10/19/15 | Bank Fraud |
| 12/15/15 | Perjury Under California State Law |
| 07/07/16 | Bank Fraud |
| 07/16/16 | Bank Fraud |
| 02/17/17 | Perjury Under California State Law |
| 04/16/17 | Subscribing to a False Tax Return |
| 01/10/18 | Bank Fraud |
| 04/15/18 | Subscribing to a False Tax Return |
| 05/11/18 | Bank Fraud |

## FORFEITURE ALLEGATION ONE

### [18 U.S.C. § 982]

1.    Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 982(a)(2), and Title 28, United States Code, Section 2461(c), in the event of any defendant's conviction of the offenses set forth in any of Counts One or Forty-Six through Fifty of this First Superseding Indictment.

2.    Any defendant so convicted shall forfeit to the United States of America the following:

   a.    All right, title and interest in any and all property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense; and

   b.    To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.    Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b) and Title 28, United States Code, Section 2461(c), any defendant so convicted shall forfeit substitute property, up to the total value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished

1  in value; or (e) has been commingled with other property that cannot

2  be divided without difficulty.

FORFEITURE ALLEGATION TWO

[18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), in the event of any defendant's conviction of the offenses set forth in any of Counts Two through Thirty-Six of this First Superseding Indictment.

2. Any defendant so convicted shall forfeit to the United States of America the following:

a. All right, title, and interest in any and all property, real or personal, constituting, or derived from, any proceeds traceable to any of the offenses; and

b. To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), any defendant so convicted shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

1

## FORFEITURE ALLEGATION THREE

2       [18 U.S.C. §§ 982 and 1028 and 28 U.S.C. §2461(c)]

3       1.      Pursuant to Rule 32.2 of the Federal Rules of Criminal

4   Procedure, notice is hereby given that the United States of America

5   will seek forfeiture as part of any sentence, pursuant to Title 18,

6   United States Code, Sections 982 and 1028 and Title 28, United States

7   Code, Section 2461(c) in the event of any defendant's conviction of

8   the offenses set forth in any of Counts Thirty-Seven through Forty-

9   Five of this First Superseding Indictment.

10      2.      Any defendant so convicted, shall forfeit to the United

11  States of America the following:

12              a.      All right, title and interest in any and all property,

13  real or personal, constituting, or derived from, any proceeds

14  obtained, directly or indirectly, as a result of the offense;

15              b.      Any personal property used or intended to be used to

16  commit the offense; and

17              c.      To the extent such property is not available for

18  forfeiture, a sum of money equal to the total value of the property

19  described in subparagraphs (a) and (b).

20      3.      Pursuant to Title 21, United States Code, Section 853(p),

21  as incorporated by Title 18, United States Code, Sections 982(b) and

22  1028(g), any defendant so convicted shall forfeit substitute

23  property, up to the total value of the property described in the

24  preceding paragraph if, as the result of any act or omission of said

25  defendant, the property described in the preceding paragraph, or any

26  portion thereof: (a) cannot be located upon the exercise of due

27  diligence; (b) has been transferred, sold to or deposited with a

28  third party; (c) has been placed beyond the jurisdiction of the

court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

FORFEITURE ALLEGATION FOUR

[26 U.S.C. § 7301 and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 26, United States Code, 7301, and Title 28, United States Code, Section 2461(c), in the event of any defendant's conviction of the offenses set forth in any of Counts Fifty-One or Fifty-Two of this First Superseding Indictment.

2. Any defendant so convicted shall forfeit to the United States of America the following:

a. Any property sold or removed by the defendant in fraud of the internal revenue laws, or with design to avoid payment of such tax, or which was removed, deposited, or concealed, with intent to defraud the United States of such tax or any part thereof;

b. All property manufactured into property of a kind subject to tax for the purpose of selling such taxable property in fraud of the internal revenue laws, or with design to evade the payment of such tax;

c. All property whatsoever, in the place or building, or any yard or enclosure, where the property described in subsection (a) or (b) is found, or which is intended to be used in the making of property described in subsection (a), with intent to defraud the United States of tax or any part thereof, on the property described in subsection (a);

d. All property used as a container for, or which shall have contained, property described in subsection (a) or (b);

e.    Any property (including aircraft, vehicles, vessels, or draft animals) used to transport or for the deposit or concealment of property described in subsection (a) or (b), or any property used to transport or for the deposit or concealment of property which is intended to be used in the making or packaging of property described in subsection (a); and

f.    To the extent that such property is not available for forfeiture, a sum of money equal to the total value of the property described in this paragraph.

3.    Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b) and Title 28, United States Code, Section 2461(c), any defendant so convicted shall forfeit substitute property, up to the total value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph, or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

FORFEITURE ALLEGATION FIVE

[18 U.S.C. § 982 and 28 U.S.C. § 2461]

1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 982(a)(6)(A)(i) and (ii)(I) and (II), and Title 28, United States Code, Section 2461(c), in the event of any defendant's conviction of the offenses set forth in Count Fifty-Three of this First Superseding Indictment.

2.    Any defendant so convicted shall forfeit to the United States of America the following:

a.    Any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense;

b.    Any property, real or personal, that is used to facilitate, or is intended to be used to facilitate, the commission of the offense;

c.    Any property, real or personal, that constitutes or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense; and

d.    In the event such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a), (b), and (c).

3.    Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), any defendant so convicted shall forfeit substitute property, up to the total value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph, or any portion thereof (a)

cannot be located upon the exercise of due diligence; (b) has been transferred, sold to or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/s/

Foreperson

NICOLA T. HANNA
United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

ANNAMARTINE SALICK
Assistant United States Attorney
Chief, Terrorism and Export
Crimes Section

MATTHEW J. JACOBS
Assistant United States Attorney
Terrorism and Export Crimes
Section